mtn dismiss

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

| | |
|---|---|
| KENNETH S. ROBBINS | 1000-0 |
| LEIGHTON M. HARA | 7826-0 |
| WENDY M. YAMAMOTO | 8049-0 |

2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net


DAVIS WRIGHT TREMAINE

DOUGLAS ROSS
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101
Telephone: (206) 628-7754
Facsimile: (206) 628-7699
Email: douglasross@dwt.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH;
KAPI`OLANI MEDICAL SPECIALISTS;
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP, | CIVIL NO. CV03-00708 SOM-LEK (Other Civil Action) |

|  |  |
|---|---|
| Plaintiff, | ) NOTICE OF HEARING; |
|  | ) DEFENDANTS HAWAI`I PACIFIC |
| vs. | ) HEALTH, KAPI`OLANI MEDICAL |
|  | ) SPECIALISTS AND KAPI`OLANI |
| HAWAI`I PACIFIC HEALTH; | ) MEDICAL CENTER FOR WOMEN |
| KAPI`OLANI MEDICAL | ) AND CHILDREN'S RENEWED |
| SPECIALISTS; KAPI`OLANI | ) MOTION TO DISMISS, OR IN THE |
| MEDICAL CENTER FOR WOMEN | ) ALTERNATIVE, TO STAY |
| AND CHILDREN, | ) PROCEEDINGS PENDING |
|  | ) RESOLUTION OF THE |
| Defendants. | ) CONCURRENT STATE OF HAWAII |
|  | ) CIRCUIT COURT CASE, OR TO |
|  | ) CONTINUE TRIAL; |
|  | ) MEMORANDUM IN SUPPORT OF |
|  | ) MOTION; CERTIFICATE OF |
|  | ) COMPLIANCE WITH LOCAL RULE |
|  | ) 7.5; DECLARATION OF |
|  | ) KENNETH S. ROBBINS; EXHIBITS |
|  | ) "A" THROUGH "P;" DECLARATION |
|  | ) OF JOHN T. KOMEIJI; |
|  | ) DECLARATION OF JOHN S. |
|  | ) NISHIMOTO; DECLARATION OF |
|  | ) CHARLES ROBERT CHING; |
|  | ) CERTIFICATE OF SERVICE |
|  | ) |
|  | ) HEARING |
|  | ) DATE: _____ |
|  | ) TIME: _____ |
|  | ) JUDGE: _____ |
|  | ) |
|  | ) JUDGE: SUSAN OKI MOLLWAY |
|  | )         U.S. District Judge |
|  | ) |
|  | )         LESLIE E. KOBAYASHI |
|  | )         U.S. Magistrate |
|  | ) |
|  | ) TRIAL: 5/23/06 |

## NOTICE OF HEARING

TO:   ARLEEN D. JOUXSON, ESQ.
      RAFAEL G. DEL CASTILLO, ESQ.
      Jouxson-Meyers & Del Castillo
      309 California Avenue, Suite 209
      Wahiawa, Hawaii 96786

Attorneys for Plaintiff

NOTICE IS HEREBY GIVEN that this motion shall come on for hearing before the HONORABLE SUSAN OKI MOLLWAY, Judge of the United States District Court for the District of Hawaii, United States Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, at _____ o'clock __.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, _____ JAN 10 2006 _____.

_____
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH,
KAPI'OLANI MEDICAL SPECIALISTS
AND KAPI'OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN