IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP, ) | CIVIL NO. CV03-00708 ACK LEK (Other Civil Action) |
| ) | |
| Plaintiff, ) | CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5 |
| ) | |
| vs. ) | |
| ) | |
| HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5

Pursuant to Local Rule 7.5(e), I hereby certify that Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children's Memorandum in Support of its Renewed Motion to Dismiss, or in the Alternative, to Stay Proceedings Pending Resolution of the Concurrent State of Hawaii Circuit Court Case, or to Continue Trial is proportionately spaced, has a typeface of 14 points, and contains 7,455 words and 659 lines. I have relied on Microsoft Word's calculation of the word count.

DATED: Honolulu, Hawaii, _____ JAN 10 2006 _____.

_____
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

Civil No. CV03-00708 ACK LEK; <u>Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.</u>; CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5