```
ARLEEN D. JOUXSON-MEYERS           7223-0
ajouxson@physicianslawfirm.com
RAFAEL G. DEL CASTILLO             6909-0
rdelcastillo@physicianslawfirm.com
JOUXSON-MEYERS & DEL CASTILLO
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772
```

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2005 NOV 28 PM 12: 09

F. OTAKE
CLERK

Attorneys for Plaintiffs
Kelley Woodruff, M.D. and
Hawaii Children's Blood and Cancer Group

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KELLEY WOODRUFF, M.D. and HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>         Plaintiffs,<br>vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN; ROGER DRUE; FRANCES A. HALLONQUIST; NEAL WINN, M.D.; SHERREL HAMMAR, M.D.; DELOITTE & TOUCHE LLP; DENNIS M. WARREN, ESQ.; JOHN DOES 1-99; JANE DOES 1-99; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>         Defendants. | Civil No. 02-1-0090-01 (BIA)<br>(Other Civil Action)<br><br>PLAINTIFFS' NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION; CERTIFICATE OF SERVICE<br><br>[Deponents: C. Sted, P. Courtney; C. Kotsubo, R. Robel, D Langcaon, F Hallonquist, L. O'Brien]<br><br>JUDGE: The Honorable Bert I. Ayabe<br><br>Trial Date: June 5, 2006 |

PLAINNTIFFS' NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

TO:   KENNETH S. ROBBINS, ESQ.
      LEIGHTON HARA, ESQ.
      Robbins & Associates


EXHIBIT A

2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai`i 96813

Attorneys for Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists, Kapi`olani Medical Center for Women and Children, Roger Drue, Frances A. Hallonquist, Neal Winn, M.D., and Sherrel Hammar, M.D.

JOHN S. NISHIMOTO, ESQ.
MICHAEL VAN DYKE, ESQ.
Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, Hawai`i 96813

Attorneys for Dennis M. Warren, Esq.

JOHN T. KOMEIJI, ESQ.
KAREN ARIKAWA, ESQ.
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawai`i 96813

Attorneys for Deloitte & Touche LLP

PLEASE TAKE NOTICE that PLAINTIFFS Kelley Woodruff, M.D. and Hawaii Children's Blood and Cancer Group, by and through their attorneys, Jouxson-Meyers & del Castillo, will take the oral depositions of the persons listed below, on the dates and times indicated below at the offices of Robbins & Associates, Davies Pacific Center, Suite 2200, 841 Bishop Street, Honolulu, Hawai`i 96813:

| Name and Address of Deponent | Date and Time |
| --- | --- |
| Charles Sted | December 1, 2005 at 9:00 a.m. |
| Pam Courtney | December 7, 2005 at 9:00 a.m. |
| Carol Kotsubo | December 14, 2005 at 9:00 a.m. |
| Richard Robel | December 15, 2005 at 9:00 a.m. |
| Dew Anne Langcaon | December 20, 2005 at 9:00 a.m. |

<u>Name and Address of Deponent</u>
Frances A. Hallonquist

Lawrence O'Brien

<u>Date and Time</u>
December 22, 2005 at 9:00 a.m.

January 7, 2006 at 9:00 a.m.

The depositions shall be upon oral examination and will be taken before a notary public or other officer authorized to administer oaths, from the office of Ralph Rosenberg Court Reporters, pursuant to Rule 28(a) and Rule 30 of the Hawai`i Rules of Civil Procedure. Said deposition may be used for all purposes permitted under the Hawaii Rules of Civil Procedure and the Federal Rules of Civil Procedure. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

DATED: Honolulu, Hawai`i, November 28, 2005

ARLEEN D. JOUXSON-MEYERS
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiffs
Kelley Woodruff, M.D. and
Hawaii Children's Blood and Cancer Group

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KELLEY WOODRUFF, M.D. and HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAPI'OLANI MEDICAL SPECIALISTS; KAPI'OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN; ROGER DRUE; FRANCES A. HALLONQUIST; NEAL WINN, M.D.; SHERREL HAMMAR, M.D.; DELOITTE & TOUCHE LLP; DENNIS M. WARREN, ESQ.; JOHN DOES 1-99; JANE DOES 1-99; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>　　　　　Defendants. | Civil No. 02-1-0090-01 (BIA)<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br>[Notice of Depositions: C. Sted, P. Courtney; C. Kotsubo, R. Robel, D Langcaon, F. Hallonquist, L. O'Brien]<br><br><br><br><br>JUDGE: The Honorable Bert I. Ayabe<br><br>Trial Date: June 5, 2006 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the above-identified parties at the addresses shown as follows:

TO:　　KENNETH S. ROBBINS, ESQ.　　　(✓) hand delivery ( ) 1st class mail
　　　　LEIGHTON HARA, ESQ.
　　　　Robbins & Associates
　　　　2200 Davies Pacific Center
　　　　841 Bishop Street
　　　　Honolulu, Hawai'i 96813

　　　　Attorneys for Defendants Hawai'i Pacific Health, Kapi'olani Medical Specialists, Kapi'olani Medical Center for Women and Children, Roger Drue, Frances A. Hallonquist, Neal Winn, M.D., and Sherrel Hammar, M.D.

　　　　JOHN S. NISHIMOTO, ESQ.　　　(✓) hand delivery ( ) 1st class mail
　　　　MICHAEL VAN DYKE, ESQ.
　　　　Pauahi Tower
　　　　1001 Bishop Street, Suite 2500

Honolulu, Hawai`i 96813

Attorneys for Dennis M. Warren, Esq.

JOHN T. KOMEIJI, ESQ.   (✓) hand delivery ( ) 1st class mail
KAREN ARIKAWA, ESQ.
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawai`i 96813

Attorneys for Deloitte & Touche LLP

DATED: Honolulu, Hawai`i, November 28, 2005

_____
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiffs
KELLEY WOODRUFF, M.D.
HAWAII CHILDREN'S BLOOD AND CANCER GROUP

2