1

```
 1        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

 2                       STATE OF HAWAII

 3   ----------------------------------------------------

 4   KELLEY WOODRUFF, M.D., and HAWAII CHILDREN'S
     BLOOD AND CANCER GROUP,
 5        Plaintiffs,

 6              Civil No.              02-1-0090-01 (BIA)
         vs.
 7
     HAWAI'I PACIFIC HEALTH; KAPI'OLANI MEDICAL
 8   SPECIALISTS; KAPI'OLANI MEDICAL CENTER FOR WOMEN AND
     CHILDREN; ROGER DRUE; FRANCES A. HALLONQUIST; NEAL
 9   WINN, M.D.; SHERREL HAMMAR, M.D.; DELOITTE & TOUCHE
     LLP; DENNIS M. WARREN, ESQ.; JOHN DOES 1-99; JANE
10   DOES 1-99; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL
     UNITS 1-10,
11        Defendants.

12   ----------------------------------------------------
```

DEPOSITION OF KELLEY ANN WOODRUFF, M.D.

VOLUME I

Taken on behalf of the Defendants Hawai'i Pacific Health, Kapi'olani Medical Specialists, Kapi'olani Medical Center for Women and Children, Roger Drue, Frances a. Hallonquist, Neal Winn, M.D., and Sherrel Hammar, M.D., at the office of Robbins & Associates, 841 Bishop Street, Suite 2200, Honolulu, Hawaii 96813, commencing at 8:14 a.m., on October 6, 2005, pursuant to Notice.

BEFORE: DENNIS J. YANKEE, CSR NO. 285
        Certified Shorthand Reporter


EXHIBIT F

Ralph Rosenberg Court Reporters, Inc.
Ofc: (808)524-2090   Fax: (808)524-2596

|  |  |  |
|---|---|---|
|  | 1 | mind and decided not to resign, and at some point I |
|  | 2 | did obtain new counsel. |
| 08:56 | 3 | Q.   Okay.  Are there any other facilities that |
|  | 4 | we have not mentioned where, to your knowledge, you |
|  | 5 | currently have privileges to practice medicine? |
|  | 6 | You've mentioned you are on the staff at Kapi'olani |
|  | 7 | Medical Center, correct? |
| 08:57 | 8 | A.   That's correct. |
| 08:57 | 9 | Q.   You're on the staff of St. Francis, |
|  | 10 | correct? |
| 08:57 | 11 | A.   Yes. |
| 08:57 | 12 | Q.   You say you're credentialed by Kaiser but, |
|  | 13 | to your knowledge, have no privileges there, correct? |
| 08:57 | 14 | MR. DEL CASTILLO:  Well, I think that |
|  | 15 | misstates her testimony, so I'm going to object to |
|  | 16 | that.  I don't think she said she didn't have |
|  | 17 | privileges.  She said she didn't understand whether |
|  | 18 | she had privileges, based upon that credentialing. |
| 08:57 | 19 | BY MR. ROBBINS: |
| 08:57 | 20 | Q.   Is that correct? |
| 08:57 | 21 | A.   Yes. |
| 08:57 | 22 | Q.   Are there any other facilities where you |
|  | 23 | have privileges? |
| 08:57 | 24 | A.   Yes. |
| 08:57 | 25 | Q.   Where? |

| | | |
|---|---|---|
| | 1 | share profits in the business? |
| 33 | 2 | A.   I don't know. |
| 09:33 | 3 | Q.   Well, can you describe for us the mechanism |
| | 4 | by which you share profits with Doctor Wilkinson? |
| 09:33 | 5 | A.   We have a business together, and we both |
| | 6 | bring in income into that business, and we share the |
| | 7 | profits of that business. |
| 09:33 | 8 | Q.   What is the business? |
| 09:33 | 9 | A.   What is its name? |
| 09:33 | 10 | Q.   Yes. |
| 09:33 | 11 | A.   Its name is Hawaii Children's Blood and |
| | 12 | Cancer Group. |
| 09:34 | 13 | Q.   What is the nature of the business?  By |
| | 14 | that I mean, as I understand it in reviewing your |
| | 15 | declarations, it is not a corporation, correct? |
| 09:34 | 16 | A.   No, we are not incorporated. |
| 09:34 | 17 | Q.   What type of a business entity is it, if |
| | 18 | it's not a corporation, what is it? |
| 09:34 | 19 | A.   I guess I don't know. |
| 09:34 | 20 | Q.   And what is the business of HCBCG, in other |
| | 21 | words, what kind of business does it conduct? |
| 09:34 | 22 | A.   We treat patients who have hematology or |
| | 23 | oncology problems. |
| 09:34 | 24 | Q.   And where physically is that practice, in |
| | 25 | other words, when you see your patients where do you |

```
           1   see those patients?
  34       2        A.   The vast majority of patients are seen at
           3   Kapi'olani Medical Center for Women and Children.
09:34      4        Q.   At the PAU?
09:34      5        A.   Outpatients are seen in the PAU.
09:34      6        Q.   And the inpatients are seen if they're
           7   admitted to the Medical Center I guess, right?
09:35      8        A.   Inpatient are seen in the inpatient wards.
09:35      9        Q.   And on what basis do you share the profits,
          10   is it 50/50?
09:35     11        A.   Yes.
09:35     12        Q.   When did you and Doctor Wilkinson enter
          13   into this agreement with each other?
  :35     14        A.   Our business started April 2002.
09:35     15        Q.   And was that shortly after Doctor Wilkinson
          16   resigned his employment at KMS?
09:35     17        A.   It's the day after.
09:35     18        Q.   As far as Suite 1050 is concerned, have you
          19   signed any kind of lease as a tenant of that suite?
09:35     20        A.   No.
09:35     21        Q.   So, would it be correct to say that Doctor
          22   Wilkinson is the, as you understand it, the sole
          23   signatory on any lease for Suite 1050?
09:36     24        A.   I don't know who the signatory on the lease
          25   is.
```

263

```
16:20    1              C E R T I F I C A T E
   20    2    STATE OF HAWAII              )
16:20    3                                 ) SS.
16:20    4    CITY AND COUNTY OF HONOLULU  )
16:20    5
16:20    6         I, DENNIS J. YANKEE, do hereby certify;
16:20    7         That on October 6, 2005, at 8:14 a.m.
         8    appeared before me KELLEY ANN WOODRUFF, M.D., the
         9    witness whose deposition is contained herein; that
        10    prior to being examined she was by me duly sworn;
16:20   11         That the deposition was taken down by me in
        12    machine shorthand and was thereafter reduced to
        13    typewritten form under my supervision; that the
        14    foregoing represents to the best of my ability, a
        15    true and correct transcript of the proceedings had in
        16    the foregoing matter.
16:20   17         I further certify that I am not an attorney
        18    for any of the parties hereto, nor in any way
        19    concerned with the cause.
16:20   20         DATED this 13th day of October, 2005, in
        21    Honolulu, Hawaii.
16:20   22
16:20   23    [signature]
16:20   24    _____
   20   25    DENNIS J. YANKEE, CSR 285
```

Ralph Rosenberg Court Reporters, Inc.
Ofc: (808)524-2090    Fax: (808)524-2596