```
                                        FIRST CIRCUIT COURT
                                         STATE OF HAWAII
                                              FILED
                                          JUL 2 6 2005
                                         3:30  o'clock P. M.
                                         [signature]
                                        Clerk, 21st Division
```

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI`I

| | |
|---|---|
| KELLEY WOODRUFF, M.D., ) | CIVIL NO. 02-1-0090-01 (BIA) |
| ) | (Other Civil Action) |
| Plaintiff, ) | |
| ) | TRIAL SETTING STATUS |
| vs. ) | CONFERENCE ORDER OF: |
| ) | July 26, 2005 |
| HAWAI'I PACIFIC HEALTH; ) | |
| KAPI'OLANI MEDICAL SPECIALISTS;) | |
| KAPI'OLANI MEDICAL CENTER FOR ) | New Trial Date: JUN 0 5 2006 |
| WOMEN AND CHILDREN; ROGER DRUE;) | |
| FRANCES A. HALLONQUIST; NEAL ) | |
| WINN, M.D.; SHERREL HAMMAR, ) | Trial Judge: Bert I. Ayabe |
| M.D.; DELOITTE & TOUCHE LLP; ) | |
| DENNIS M. WARREN, ESQ.; JOHN ) | |
| DOES 1-99; JANE DOES 1-99; DOE ) | |
| ENTITIES 1-20; AND DOE ) | |
| GOVERNMENTAL UNITS 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

TRIAL SETTING STATUS CONFERENCE ORDER OF: July 26, 2005

A status conference was held before the Honorable Bert I. Ayabe, in his Chambers, on __July 26, 2005__.

_[signature] Rafael del Castillo_, attorney for _Plaintiffs_,
_[signature]_, attorney for _Plaintiff_,
_[signature]_, attorney for _HPH, KMP + all individual Ds except D. Warren_,
_[signature] John Nishimoto Michael Van Dyke_ attorney for _D. Dennis Warren_,

EXHIBIT H

____JOHN KOMEIJI____, attorney for ____Deloitte & Touche____,

_____, attorney for _____,

were present, and the Court, having been duly informed of the status of the above-entitled case, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the trial of the above-entitled case set for the week of __October 3, 2005__ has been continued and is now scheduled to commence on __June 5, 2006__.

Jury _✓_   Jury-waived____   Length of trial: _15_ trial days

Out/state party _✓_   Out/state witness _✓_   Expert witness _✓_

**Alternative Dispute Resolution**:

CAAP_____   Mediation/Other:_____

Deadline to complete Mediation/Other: __Jan 31, 2006__

**Exchange Expert's Report**:

Plaintiff_____   Defendant(s)_____   Other_____

**Settlement Conference**: Date/Time_____ TBA _✓_

**Pretrial Conference**: Date/Time_____ TBA _✓_

Other: __December 8, 2005 - Status Conference @ 2:00 p.m.__

DATED: HONOLULU, HAWAI`I, __JUL 2 6 2005__.

/s/ Bert I. Ayabe
BERT I. AYABE
JUDGE OF THE ABOVE-ENTITLED COURT

(SEAL)

APPROVED AS TO FORM:

_[signature]_
Atty for _Plaintiff_

_[signature]_
Atty for _Plaintiff_

_[signature]_
Atty for _HPH, et al_

_[signature]_
Atty for _Dennis Wane_

_[signature]_
Atty for _Peultate & Tind_

_____
Atty for _____

Kelley Woodruff, M.D. v Hawaii Pacific Health, etal.
Civil No. 02-1-0090; Trial Setting Status Conference
Order of July 26, 2005

NOTICE SENT TO:

    ARLEEN D. JOUXSON, ESQ.
    RAFAEL G. DEL CASTILLO, ESQ.
    JOUXSON-MEYERS & DEL CASTILLO
    309 California Avenue, Suite 209
    Wahiawa, HI  96786

        Attorneys for Plaintiff

    JOHN T. KOMEIJI, ESQ.
    PATSY H. KIRIO, ESQ.
    MICHAEL LORUSSO, ESQ.
    WATANABE, ING, KAWASHIMA & KOMEIJI
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI  96813

        Attorneys for Defendant
        DELOITTE & TOUCHE  LLP

    JOHN S. NISHIMOTO, ESQ.
    MICHAEL J. VAN DYKE, ESQ.
    AYABE, CHONG, NISHIMOTO, SIA & NAKAMURA
    1001 Bishop Street
    Pauahi Tower, Suite 2500
    Honolulu, HI  96813

        Attorneys for Defendant
        DENNIS M. WARREN, ESQ.

    KENNETH S. ROBBINS, ESQ.
    DOUGLAS S. CHIN, ESQ.
    LEIGHTON M. HARA, ESQ.
    ROBBINS & ASSOCIATES
    2200 Davies Pacific Center
    841 Bishop Street
    Honolulu, HI  96813

        Attorneys for Defendants
        HAWAI'I PACIFIC HEALTH, KAPI'OLANI MEDICAL
        SPECIALISTS and KAPI'OLANI MEDICAL CENTER FOR
        WOMEN AND CHILDREN

CHARLES ROBERT CHING, ESQ.
55 Merchant Street, 27th Floor
Honolulu, HI  96813

    Attorneys for Defendants
    HAWAI'I PACIFIC HEALTH, KAPI'OLANI MEDICAL
    SPECIALISTS and KAPI'OLANI MEDICAL CENTER FOR
    WOMEN AND CHILDREN

PATRICK H. JONES, ESQ.
SARAH O. WANG, ESQ.
MELANIE MITO MAY, ESQ.
MARR HIPP JONES & WANG
1001 Bishop Street, Suite 1550
Honolulu, H I  96813

    Attorneys for Defendants
    HAWAI'I PACIFIC HEALTH, KAPI'OLANI MEDICAL
    SPECIALISTS and KAPI'OLANI MEDICAL CENTER FOR
    WOMEN AND CHILDREN

## NOTICE OF ENTRY

The foregoing Trial Setting Status Conference Order of: July 26, 2005 in Civil No. 02-1-0090-01 (BIA) has been entered and copies thereof served on the above-identified parties by placing the same in their respective court jackets, on _July 26, 2005_.

                                                /s/ P. Takeuchi
                                        Clerk, Twenty-First Division