ARLEEN D. JOUXSON-MEYERS          7223-0
ajouxson@physicianslawfirm.com
RAFAEL G. DEL CASTILLO            6909-0
rdelcastillo@physicianslawfirm.com
JOUXSON-MEYERS & DEL CASTILLO
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772

Attorneys for Plaintiffs
Kelley Woodruff, M.D. and
Hawaii Children's Blood and Cancer Group

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KELLEY WOODRUFF, M.D. and HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN; ROGER DRUE; FRANCES A. HALLONQUIST; NEAL WINN, M.D.; SHERREL HAMMAR, M.D.; DELOITTE & TOUCHE LLP; DENNIS M. WARREN, ESQ.; JOHN DOES 1-99; JANE DOES 1-99; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>　　　　　Defendants. | Civil No. 02-1-0090-01 (BIA)<br>(Other Civil Action)<br><br>PLAINTIFFS' AMENDED FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT; TABLES OF CONTENTS AND AUTHORITIES; AMENDED MEMORANDUM IN SUPPORT OF PLAINTIFFS' AMENDED FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF ARLEEN JOUXSON-MEYERS; DECLARATION OF KELLEY WOODRUFF, M.D.; EXHIBITS 1 – 36; AMENDED NOTICE OF HEARING MOTION; CERTIFICATE OF SERVICE<br><br>DATE: <u>OCTOBER 27, 2005</u><br>TIME: <u>10:00 AM</u><br><br>JUDGE: The Honorable Bert I. Ayabe<br><br>Trial Date: June 5, 2006 |

PLAINTIFFS' AMENDED FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT

　　　　Plaintiffs Kelley Woodruff, M.D. and Hawaii Children's Blood and Cancer Group, by and through their attorneys, Jouxson-Meyers & del Castillo, hereby respectfully move this honorable Court for an Order granting partial summary judgment in Plaintiffs'



EXHIBIT I