```
                    CIVIL TRIAL CALENDAR
                       FIRST  CIRCUIT
                    TWENTY FIRST  DIVISION


        DATE:  THURSDAY, OCTOBER 27, 2005
       JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
       CLERK:
    REPORTER:
BAILIFF/LAW CLERK:  C. ABE

---------------------------------------------------------------PAGE     1

10:00 A.M.

  1CC 02-1-000090 KELLEY WOODRUFF MD              ARLEEN DOROTHY JOUXSON
                     VS.                          RAFAEL GOODWIN DEL CASTIL
                  HAWAI'I PACIFIC HEALTH ETAL     FOR KELLEY WOODRUFF

                                                  KENNETH S ROBBINS
                                                  VINCENT ARD RHODES
                                                  CHARLES ROBERT CHING
                                                  PATRICK HUDSON JONES
                                                  FOR KAPIOLANI MEDICAL SP

                                                  MICHAEL A LORUSSO
                                                  JOHN T KOMEIJI
                                                  KAREN YUKIE ARIKAWA
                                                  FOR DELOITTE & TOUCHE LL

                                                  JOHN S NISHIMOTO
                                                  MICHAEL JOHN VAN DYKE
                                                  FOR DENNIS M WARREN


     PLAINTIFFS' FIRST MOTION FOR PARTIAL SUMMARY
  JUDGMENT (MVT: A. JOUXSON-MEYERS) (FR. 8/9/05)

     **********COURT REPORTER JUNE SPOHN**********
  10:28 - 10:50 A.M.          CT CLK: A. HONDA
  APPEARANCES:  ARLEEN JOUXON-MEYERS/RAFAEL DEL
                  CASTILLO FOR PLAINTIFFS
                KENNETH ROBBINS/LEIGHTON HARA FOR
                  HAWAII PACIFIC HEALTH, KAPIOLANI
                  MEDICAL SPECIALISTS & KAPIOLANI
                  MEDICAL CENTER FOR WOMEN & CHILDREN
                JOHN NISHIMOTO/MICHAEL VAN DYKE FOR
                  DENNIS WARREN, ESQ.
                JOHN KOMEIJI/KAREN ARIKAWA FOR
                  DELOITTE & TOUCHE
     AFTER HEARING THE ARGUMENT OF COUNSEL, THE COURT
  TOOK THE MATTER UNDER ADVISEMENT.
     **********<MINUTE ORDER 10/31/2005>**********
```


EXHIBIT J

```
                    CIVIL TRIAL CALENDAR
                       FIRST  CIRCUIT
                    TWENTY FIRST  DIVISION


             DATE:  THURSDAY, OCTOBER 27, 2005
            JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
            CLERK:
         REPORTER:
BAILIFF/LAW CLERK:  C. ABE
```

---PAGE    2

  BASED ON THE MEMORANDA SUBMITTED, ARGUMENT AND FOR GOOD CAUSE SHOWN ON THE RECORD, THE COURT DENIES THE MOTION AS THERE ARE MATERIAL QUESTIONS OF FACT REGARDING THE PROPER BILLING PRACTICES AT KAPIOLANI.  IT IS ALSO PREMATURE TO DISMISS ANY OF THE DEFENDANTS' DEFENSES WHICH APPEAR TO BE LEGALLY SUFFICIENT BASED ON THE LIMITED EVIDENCE PRESENTED TO THE COURT.  THEREFORE, THE MOTION IS DENIED.
  MR. VAN DYKE TO PREPARE THE ORDER.
  A COPY OF THIS MINUTE ORDER WAS PLACED IN THE COURT JACKET FOR ARLEEN JOUXSON-MEYERS, ESQ., KENNETH ROBBINS, ESQ., MICHAEL VAN DYKE, ESQ., & JOHN KOMEIJI, ESQ.