# December 2005

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | **30** K. Robbins Unavailable (AM) | **1** 9am – 4:30p **C. Sted Depo** Approved by All | **2** | **3** |
| **4** | **5** 10:00a – 4:30p **R. Cooney Depo** Approved by All | **6** K. Robbins Unavailable | **7** **P. Courtney** 9:00a – 2:00p | **8** K. Robbins Unavailable | **9** 8:00a – 12:00p **Dr. Dougan Depo** Approved by All | **10** |
| **11** | **12** K. Robbins Unavailable p.m. | **13** K. Robbins Unavailable | **14** 8:00a – 3:00p **C. Katsubo Depo** Approved by All | **15** 9:00a – 4:30p **R. Robel Depo** Approved by All | **16** K. Robbins Unavailable | **17** |
| **18** | **19** 9:00a – 4:30p **Dr. Fryberger Depo** Approved by All | **20** 9:00a – 4:30pm **D. Langcaon Depo** Approved by All | **21** K. Robbins Unavailable (AM) 1:00p – 4:30p **N. Winn Depo** | **22** 9:00a – 4:30p **F. Hallonquist Depo** Approved by All | **23** K. Robbins Unavailable p.m. | **24** |
| **25** | **26** Christmas Holiday | **27** No Depositions Scheduled | **28** No Depositions Scheduled | **29** No Depositions Scheduled | **30** No Depositions Scheduled | **31** |

EXHIBIT N

# January 2006

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 | 2 HOLIDAY | 3 | 4 K. Robbins Unavailable | 5 9:00a - 4:30p **R. Drue Depo** Approved By All | 6 | 7 9:00 - 4:30 **L. O'Brien Depo** Approved By All |
| 8 | 9 K. Robbins Trial | 10 K. Robbins Trial | 11 K. Robbins Trial | 12 K. Robbins Trial | 13 K. Robbins Trial | 14 |
| 15 | 16 HOLIDAY | 17 K. Robbins Trial | 18 K. Robbins Trial | 19 K. Robbins Trial | 20 K. Robbins Trial | 21 |
| 22 | 23 K. Robbins Trial | 24 K. Robbins Trial | 25 K. Robbins Trial | 26 K. Robbins Trial | 27 K. Robbins Trial | 28 |
| 29 | 30 K. Robbins Trial | 31 K. Robbins Trial | | | | |