ARLEEN D. JOUXSON-MEYERS            7223-0
ajouxson@physicianslawfirm.com
RAFAEL G. DEL CASTILLO              6909-0
rdelcastillo@physicianslawfirm.com
JOUXSON-MEYERS & DEL CASTILLO
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2005 JUN -9 AM 8: 16

M. LIVICA
CLERK

Attorneys for Plaintiffs
Kelley Woodruff, M.D. and
Hawaii Children's Blood and Cancer Group

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KELLEY WOODRUFF, M.D. and HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>Plaintiffs,<br>vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN; ROGER DRUE; FRANCES A. HALLONQUIST; NEAL WINN, M.D.; SHERREL HAMMAR, M.D.; DELOITTE & TOUCHE LLP; DENNIS M. WARREN, ESQ.; JOHN DOES 1-99; JANE DOES 1-99; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants. | Civil No. 02-1-0090-01 (BIA)<br>(Other Civil Action)<br><br>PLAINTIFFS' FINAL NAMING OF WITNESSES; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br><br><br>Trial:   10/3/05<br>Judge:  Hon. Bert Isao Ayabe |

PLAINTIFFS' FINAL NAMING OF WITNESSES

Plaintiffs Kelley Woodruff, M.D. and Hawaii Children's Blood and Cancer

Group, by and through their attorneys, Jouxson-Meyers & del Castillo, hereby

respectfully submit their Final Naming of Witnesses in the above-entitled matter.


EXHIBIT P

I.  Lay Witnesses

Plaintiffs may call the following lay witnesses to testify on their behalf at the trial of this matter:

1.  Kelley A. Woodruff, M.D.
    c/o Arleen D. Jouxson-Meyers
    Rafael G. del Castillo
    Jouxson-Meyers & del Castillo, AAL, LLLC
    302 California Ave., Suite 209
    Wahiawa, Hawai`i 96786

2.  Robert Wilkinson, M.D.
    c/o Arleen D. Jouxson-Meyers
    Rafael G. del Castillo
    Jouxson-Meyers & del Castillo, AAL, LLLC
    302 California Ave., Suite 209
    Wahiawa, Hawai`i 96786

3.  Darryl Glaser, M.D.
    c/o Kapi`olani Medical Specialists
    1319 Punahou Street
    Honolulu, Hawai`i 96826

4.  Desiree Medeiros, M.D.
    c/o Kapi`olani Medical Specialists
    1319 Punahou Street
    Honolulu, Hawai`i 96826

5.  Wade Kyono, M.D.
    c/o Kapi`olani Medical Specialists
    1319 Punahou Street
    Honolulu, Hawai`i 96826

6.  Randy Wada, M.D.
    c/o Kapi`olani Medical Specialists
    1319 Punahou Street
    Honolulu, Hawai`i 96826

7.  Neal Winn, M.D.
    c/o Kapi`olani Medical Specialists
    1319 Punahou Street
    Honolulu, Hawai`i 96826

8. Sherrel Hammar, M.D.
   c/o Kapi`olani Medical Center for Women and Children
   1319 Punahou Street
   Honolulu, Hawai`i 96826

9. Dianne Fochtman, RN
   c/o Kapi`olani Medical Center for Women and Children
   1319 Punahou Street
   Honolulu, Hawai`i 96826

10. Pamela Courtney, RN
    c/o Kapi`olani Medical Center for Women and Children
    1319 Punahou Street
    Honolulu, Hawai`i 96826

11. Kathy Hanai-Lee
    c/o Kapi`olani Medical Center for Women and Children
    1319 Punahou Street
    Honolulu, Hawai`i 96826

12. Norella Brooks, RN
    c/o Kapi`olani Medical Center for Women and Children
    1319 Punahou Street
    Honolulu, Hawai`i 96826

13. Susan Young, RN
    c/o David Simons, Esq.
    707 Richards Street, PH1
    Honolulu, Hawai`i 96813

14. Carol Kotsubo, RN
    c/o Kapi`olani Medical Center for Women and Children
    1319 Punahou Street
    Honolulu, Hawai`i 96826

15. Henny Breen, RN
    c/o Kapi`olani Medical Center for Women and Children
    1319 Punahou Street
    Honolulu, Hawai`i 96826

16. Jean Quigby, RN
    c/o Kapi`olani Medical Center for Women and Children
    1319 Punahou Street
    Honolulu, Hawai`i 96826

17. Lori Conley

   c/o Kapi`olani Medical Center for Women and Children
   1319 Punahou Street
   Honolulu, Hawai`i 96826

18. Jayne Thorp, RN
   c/o Kapi`olani Medical Center for Women and Children
   1319 Punahou Street
   Honolulu, Hawai`i 96826

19. Joyce Wong, RN
   c/o Kapi`olani Medical Center for Women and Children
   1319 Punahou Street
   Honolulu, Hawai`i 96826

20. Mary Gaughram, RN
   c/o Kapi`olani Medical Center for Women and Children
   1319 Punahou Street
   Honolulu, Hawai`i 96826

21. Julie Sestak, RN
   c/o Kapi`olani Medical Center for Women and Children
   1319 Punahou Street
   Honolulu, Hawai`i 96826

22. Dee Ann Omatsu, RN
   c/o Kapi`olani Medical Center for Women and Children
   1319 Punahou Street
   Honolulu, Hawai`i 96826

23. Judy Fadrowski, RN
   c/o Kapi`olani Medical Center for Women and Children
   1319 Punahou Street
   Honolulu, Hawai`i 96826

24. Richard Robel
   c/o Hawai`i Pacific Health
   55 Merchant Street
   Honolulu, Hawai`i 96813

25. Kathy Correa
   c/o Kapi`olani Medical Center for Women and Children
   1319 Punahou Street
   Honolulu, Hawai`i 96826

26. Robert Ching
   c/o Kapi`olani Medical Center for Women and Children

           1319 Punahou Street
           Honolulu, Hawai`i 96826

27.    Lawrence O'Brien
       c/o Hawai`i Pacific Health
       55 Merchant Street
       Honolulu, Hawai`i 96813

28.    Roger Drue
       c/o Hawai`i Pacific Health
       55 Merchant Street
       Honolulu, Hawai`i 96813

29.    Frances Hallonquist
       c/o Hawai`i Pacific Health
       55 Merchant Street
       Honolulu, Hawai`i 96813

30.    Gail Lerch
       c/o Hawai`i Pacific Health
       55 Merchant Street
       Honolulu, Hawai`i 96813

31.    Dew Ann Langcoan
       c/o Hawai`i Pacific Health
       55 Merchant Street
       Honolulu, Hawai`i 96813

32.    Charles A. Sted
       c/o Hawai`i Pacific Health
       55 Merchant Street
       Honolulu, Hawai`i 96813

33.    Kenneth Blickenstaff
       c/o Deloitte & Touche LLP
       1132 Bishop Street, Suite 1200
       Honolulu, Hawai`i 96813

34.    Carmen Wolf
       c/o Deloitte & Touche LLP
       1132 Bishop Street, Suite 1200
       Honolulu, Hawai`i 96813

35.    Shigeko Lau, M.D.
       c/o Straub Clinic & Hospital
       888 South King Street1132 Bishop Street, Suite 1200

Honolulu, Hawai`i 96813

36. Michael Healy, M.D.
    Chief of Pediatrics, The Queen's Medical Center
    1301 Punchbowl Street
    Honolulu, Hawai`i 96813

37. Walton Shim, M.D.
    c/o Kapi`olani Medical Center for Women and Children
    1319 Punahou Street
    Honolulu, Hawai`i 96826

38. Michael Sia, M.D.
    c/o Kapi`olani Medical Center for Women and Children
    1319 Punahou Street
    Honolulu, Hawai`i 96826

39. Allen Britten, M.D.
    c/o Kapi`olani Medical Center for Women and Children
    1319 Punahou Street
    Honolulu, Hawai`i 96826

40. Rodney Boychuk, M.D.
    c/o Kapi`olani Medical Center for Women and Children
    1319 Punahou Street
    Honolulu, Hawai`i 96826

41. Raul Rudoy, M.D.
    Department of Pediatrics, John A. Burns School of Medicine
    Kapi`olani Medical Center for Women and Children
    1319 Punahou Street, 7th Floor
    Honolulu, Hawai`i 96826

42. Carl Vogel, M.D.
    c/o Cancer Research Center of Hawai`i
    1236 Lauhala Street
    Honolulu, Hawaii 96813

43. Robert Cooney, PhD
    c/o Cancer Research Center of Hawai`i
    1236 Lauhala Street
    Honolulu, Hawaii 96813

44. Brian Issel, M.D.
    c/o Cancer Research Center of Hawai`i
    1236 Lauhala Street

      Honolulu, Hawaii 96813

45.    Linda Rosen, M.D.
       c/o Family Health Services Division, Dept. of Health
       1250 Punchbowl Street, Room 258
       Honolulu, Hawaii 96813

46.    Lynette Honbo, M.D.
       c/o Jouxson-Meyers & del Castillo, AAL, LLLC
       302 California Ave., Suite 209
       Wahiawa, Hawaii 96786

47.    Richard Friedman, M.D.
       c/o The Queen's Medical Center
       1301 Punchbowl
       Honolulu, Hawai`i 96813

48.    Robert Hee
       c/o The Queen's Medical Center
       1301 Punchbowl
       Honolulu, Hawai`i 96813

49.    Dewey Kim, Esq.
       c/o Arleen D. Jouxson-Meyers
       Rafael G. del Castillo
       Jouxson-Meyers & del Castillo, AAL, LLLC
       302 California Ave., Suite 209
       Wahiawa, Hawai`i 96786

50.    Designated witness(es) of AlohaCare
       1357 Kapiolani Blvd.,
       Suite 1250
       Honolulu, Hawai`i 96814

51.    Designated witness(es) of Cancer Research Center of Hawaii
       University of Hawaii
       1236 Lauhala Street
       Honolulu, Hawai`i 96813

52.    Designated witness(es) of John A. Burns School of Medicine
       University of Hawaii
       c/o Director of Administrative Services
       Legal Counsel
       Bachman Hall #207

2444 Dole Street
Honolulu, Hawaii 96822

53. Designated witness(es) of The Queen's Health Systems
1099 Alakea Street
Suite 1100
Honolulu Hawai`i 96813

54. Designated witness(es) of Queen's Medical Center
1301 Punchbowl Street
Honolulu Hawai`i 96813

55. Designated witness(es) of Hawaii Medical Service Association
818 Keeaumoku Street
Honolulu Hawai`i 96814

56. Designated witness(es) of Hawaii Management Alliance Association
737 Bishop Street
Suite 1200
Honolulu, Hawai`i 96813

57. Designated witness(es) of University Health Alliance
700 Bishop Street, 3rd Floor
Honolulu, Hawai`i 96813

58. Designated witness(es) of Dept. of Health, State of Hawai`i
1250 Punchbowl Street
Honolulu, Hawai`i 9681

59. Peter Locatelli, M.D.
c/o Jouxson-Meyers & del Castillo
302 California Ave.
Suite 209
Wahiawa, Hawai`i 96786

60. Henry Yim, M.D.
c/o Jouxson-Meyers & del Castillo
302 California Ave.
Suite 209
Wahiawa, Hawai`i 96786

61. Ken Ward, M.D.
c/o Jouxson-Meyers & del Castillo
302 California Ave.
Suite 209

8

Wahiawa, Hawai`i 96786

62. Marion Melish, M.D.
c/o Kapi`olani Medical Center for Women and Children
1319 Punahou Street
Honolulu, Hawai`i 96826

63. Ginger Osman
c/o Jouxson-Meyers & del Castillo
302 California Ave.
Suite 209
Wahiawa, Hawai`i 96786

64. J. Russell Geyer, M.D.
c/o Jouxson-Meyers & del Castillo
302 California Ave.
Suite 209
Wahiawa, Hawai`i 96786

65. Mary Ann Lee
c/o Jouxson-Meyers & del Castillo
302 California Ave.
Suite 209
Wahiawa, Hawai`i 96786

66. Bridgette Bourdoux, parent of Kai Wilkinson
c/o Jouxson-Meyers & del Castillo
302 California Ave.
Suite 209
Wahiawa, Hawai`i 96786

67. Jennifer Colby
c/o Jouxson-Meyers & del Castillo
302 California Ave.
Suite 209
Wahiawa, Hawai`i 96786

68. Nina Humphreys
c/o Jouxson-Meyers & del Castillo
302 California Ave.
Suite 209
Wahiawa, Hawai`i 96786

69. Sharon Powlison, RN
c/o Kapi`olani Medical Center for Women and Children
1319 Punahou Street

    Honolulu, Hawai`i 96826

70. Designated witness(es) of Medical Executive Committee
   KMCWC
   1319 Punahou Street
   Honolulu, Hawaii 96826

71. Designated witness(es) of Kaiser Foundation Health Plan, Inc.
   c/o PHCS Hawaii, Inc.
   #1600 Pauai Tower
   1001 Bishop Street
   Honolulu, Hawaii 96813

72. Designated witness(es) of Hawaii Permanente Medical Group
   c/o Shelley Young
   2828 Paa Street, #2050
   Honolulu, Hawaii 96819

73. Designated witness(es) of Hawaii Pacific Health
   c/o Kapi`olani Medical Center for Women and Children
   1319 Punahou Street
   Honolulu, Hawai`i 96826

74. Designated witness(es) of Deloitte & Touche
   c/o John Komeiji, Esq.
   First Hawaiian Center
   999 Bishop Street, 23rd Floor
   Honolulu, HI 96813

75. Dennis Warren, Esq.
   John S. Nishimoto, Esq.
   Pauahi Tower
   1001 Bishop Street, Suite 2500
   Honolulu, HI 96813

  Plaintiffs reserve the right to name additional such lay witnesses or Custodian(s) of Records by amendment to this Final Naming as the Court permits.

Plaintiffs reserve the right to call rebuttal witnesses, as necessary.

II. <u>Expert Witnesses</u>

   1. David Eisenstadt
     c/o Arleen D. Jouxson-Meyers
     Rafael G. del Castillo

Jouxson-Meyers & del Castillo, AAL, LLLC
309 California Ave., Suite 209
Wahiawa, Hawai`i 96786

Plaintiffs reserve the right to name such additional expert witnesses by amendment to this Final Naming as the Court permits. Plaintiffs also reserve the right to name expert witnesses to testify upon the opinions offered by any expert witnesses Defendants name.

Dated: Honolulu, Hawai`i, June 8, 2005

_____
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
Kelley Woodruff, M.D. and
Hawaii Children's Blood and Cancer Group

ARLEEN D. JOUXSON-MEYERS       7223-0
ajouxson@physicianslawfirm.com
RAFAEL G. DEL CASTILLO          6909-0
rdelcastillo@physicianslawfirm.com
JOUXSON-MEYERS-MEYERS & DEL CASTILLO
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772

Attorneys for Plaintiffs
Kelley Woodruff, M.D. and
Hawaii Children's Blood and Cancer Group

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KELLEY WOODRUFF, M.D. and HAWAII CHILDREN'S BLOOD AND CANCER GROUP, | ) Civil No. 02-1-0090-01 (BIA)<br>) (Other Civil Action)<br>)<br>) CERTIFICATE OF SERVICE |
| Plaintiffs, | ) [Final Naming] |
| vs. | ) |
| | ) |
| HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN; ROGER DRUE; FRANCES A. HALLONQUIST; NEAL WINN, M.D.; SHERREL HAMMAR, M.D.; DELOITTE & TOUCHE LLP; DENNIS M. WARREN, ESQ.; JOHN DOES 1-99; JANE DOES 1-99; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-10, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the document listed in the foregoing caption will be served on the following parties as follows:

KENNETH S. ROBBINS, ESQ.    ( ) hand delivery  (X) 1st class mail
DOUGLAS CHIN, ESQ.
Robbins & Associates
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai`i 96813

Attorneys for Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists, Kapi`olani Medical Center for Women and Children, Roger Drue, Frances A. Hallonquist, Neal Winn, M.D., and Sherrel Hammar, M.D.


JOHN S. NISHIMOTO, ESQ.    ( ) hand delivery  (X) 1st class mail
MICHAEL VAN DYKE, ESQ.
Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, Hawai`i 96813

Attorneys for Dennis M. Warren, Esq.


JOHN T. KOMEIJI, ESQ.    ( ) hand delivery  (X) 1st class mail
PATSY H. KIRIO, ESQ.
MICHAEL LORUSSO
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawai`i 96813

Attorneys for Deloitte & Touche LLP


Dated: Honolulu, Hawai`i, June 8, 2005


_____
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
Kelley Woodruff, M.D. and
Hawaii Children's Blood and Cancer Group