IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,<br><br>　　　　　Defendants. | CIVIL NO. CV03-00708 SOM-LEK<br>(Other Civil Action)<br><br>DECLARATION OF CHARLES ROBERT CHING |

## DECLARATION OF CHARLES ROBERT CHING

I, CHARLES ROBERT CHING, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

1. I am the General Counsel for Hawaii Pacific Health ("HPH").

2. I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated therein.

3. As general counsel for HPH, I have authority to consent to the continuance of the trial in this matter.

4. On behalf of Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children, I hereby consent

to the continuance of trial in this matter until the trial in the state action (<u>Woodruff, et al. v. Hawaii Pacific Health, et al.</u>; Civil No. 02-1-0090-01 (BIA); First Circuit Court, State of Hawaii) has been completed.

I declare under perjury of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, January 4, 2006.

_____
CHARLES ROBERT CHING

Civil No. CV03-00708 SOM-LEK; <u>Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.</u>; DECLARATION OF CHARLES ROBERT CHING

2