ORIGINAL

ex parte shtn time mtn dismiss

Of Counsel:

ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS          1000-0
LEIGHTON M. HARA            7826-0
WENDY M. YAMAMOTO           8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email: krobbins@robbinsandassociates.net

DAVIS WRIGHT TREMAINE

DOUGLAS ROSS
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101
Telephone: (206) 628-7754
Facsimile: (206) 628-7699
Email: douglasross@dwt.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH;
KAPI`OLANI MEDICAL SPECIALISTS;
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

FILES IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 1 2006

at 10 o'clock and 30 min. M
SUE BEITIA, CLERK

LODGED

JAN 1 0 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

HAWAII CHILDREN'S BLOOD AND )     CIVIL NO. CV03-00708 SOM-LEK
CANCER GROUP,                )     (Other Civil Action)
                             )

Plaintiff,

vs.

HAWAI`I PACIFIC HEALTH;
KAPI`OLANI MEDICAL
SPECIALISTS; KAPI`OLANI
MEDICAL CENTER FOR
WOMEN AND CHILDREN,

Defendants.

)  DEFENDANTS HAWAI`I PACIFIC
)  HEALTH, KAPI`OLANI MEDICAL
)  SPECIALISTS AND KAPI`OLANI
)  MEDICAL CENTER FOR WOMEN
)  AND CHILDREN'S EX PARTE
)  MOTION TO SHORTEN TIME FOR
)  HEARING ON DEFENDANTS
)  HAWAI`I PACIFIC HEALTH,
)  KAPI`OLANI MEDICAL
)  SPECIALISTS AND KAPI`OLANI
)  MEDICAL CENTER FOR WOMEN
)  AND CHILDREN'S RENEWED
)  MOTION TO DISMISS, OR IN THE
)  ALTERNATIVE, TO STAY
)  PROCEEDINGS PENDING
)  RESOLUTION OF THE
)  CONCURRENT STATE OF HAWAII
)  CIRCUIT COURT CASE, OR TO
)  CONTINUE TRIAL;
)  DECLARATION OF KENNETH S.
)  ROBBINS; ORDER GRANTING
)  DEFENDANTS HAWAI`I PACIFIC
)  HEALTH, KAPI`OLANI MEDICAL
)  SPECIALISTS AND KAPI`OLANI
)  MEDICAL CENTER FOR WOMEN
)  AND CHILDREN'S EX PARTE
)  MOTION TO SHORTEN TIME FOR
)  HEARING ON DEFENDANTS
)  HAWAI`I PACIFIC HEALTH,
)  KAPI`OLANI MEDICAL
)  SPECIALISTS AND KAPI`OLANI
)  MEDICAL CENTER FOR WOMEN
)  AND CHILDREN'S RENEWED
)  MOTION TO DISMISS, OR IN THE
)  ALTERNATIVE, TO STAY
)  PROCEEDINGS PENDING
)  RESOLUTION OF THE
)  CONCURRENT STATE OF HAWAII
)  CIRCUIT COURT CASE, OR TO

2

|   |   |
|---|---|
| ) | CONTINUE TRIAL; CERTIFICATE |
| ) | OF SERVICE |
| ) | |
| ) | |
| ) | JUDGE: SUSAN OKI MOLLWAY |
| ) |      U.S. District Judge |
| ) | |
| ) |      LESLIE E. KOBAYASHI |
| ) |      U.S. Magistrate |
| ) | |
| ) | TRIAL: 5/23/06 |

DEFENDANTS HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL
CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO
SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC
HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI
MEDICAL CENTER FOR WOMEN AND CHILDREN'S RENEWED
MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY
PROCEEDINGS PENDING RESOLUTION OF THE CONCURRENT
STATE OF HAWAII CIRCUIT COURT CASE, OR TO CONTINUE TRIAL

COME NOW Defendants Hawai`i Pacific Health, Kapi`olani Medical

Specialists and Kapi`olani Medical Center for Women and Children (collectively

"HPH Defendants"), by and through their attorneys, Robbins & Associates, and

move this Honorable Court, ex parte, for an order permitting HPH Defendants to

shorten the time within which to have a hearing on Defendants Hawai`i Pacific

Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women

and Children's Renewed Motion to Dismiss, or In the Alternative, To Stay

Proceedings Pending Resolution of the Concurrent State of Hawaii Circuit Court

Case, or to Continue Trial filed contemporaneously herewith.

3

The instant Motion is made pursuant to Rules 6(d) and 7, Federal Rules of Civil Procedure, Rules 6.2(c) and 6.2(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the Declaration of Kenneth S. Robbins, and the record and files herein.

DATED:  Honolulu, Hawaii, _____ JAN 1 0 2006 _____.

KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

Civil No. CV03-00708 SOM-LEK; Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE CONCURRENT STATE OF HAWAII CIRCUIT COURT CASE, OR TO CONTINUE TRIAL

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>    Plaintiff,<br><br> vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,<br><br>    Defendants.<br><br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. CV03-00708 SOM-LEK<br>(Other Civil Action)<br><br>ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE CONCURRENT STATE OF HAWAII CIRCUIT COURT CASE, OR TO CONTINUE TRIAL |

ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE CONCURRENT STATE OF HAWAII CIRCUIT COURT CASE, OR TO CONTINUE TRIAL

Upon review of Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children's Ex Parte Motion to Shorten Time for Hearing on Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children's Renewed Motion to Dismiss, or In the Alternative, to Stay Proceedings Pending Resolution of the Concurrent State of Hawaii Circuit Court Case, or To Continue Trial, the declaration of counsel attached thereto, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Ex Parte Motion to Shorten Time for Hearing on Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children's Renewed Motion to Dismiss, or In the Alternative, to Stay Proceedings Pending Resolution of the Concurrent State of Hawaii Circuit Court Case, or To Continue Trial may be heard before the Honorable Susan Oki Mollway,

2

Judge of the above-entitled Court, in her courtroom, United States Courthouse,

Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on

_____, at _____ o'clock ___.m., or as soon thereafter as

counsel may be heard.

DATED:  Honolulu, Hawaii, _____.


_____

JUDGE OF THE ABOVE-ENTITLED COURT




Civil No. CV03-00708 ACK LEK; Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.; ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE CONCURRENT STATE OF HAWAII CIRCUIT COURT CASE, OR TO CONTINUE TRIAL

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP, | CIVIL NO. CV03-00708 SOM-LEK (Other Civil Action) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, | |
| Defendants. | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served

on the following persons, at their last known address, by U.S. Mail, postage prepaid

on the date below and by U.S. Mail, postage prepaid, upon receipt after filing:

ARLEEN D. JOUXSON, ESQ.
RAFAEL G. DEL CASTILLO, ESQ.
Jouxson-Meyers & Del Castillo
309 California Avenue, Suite 209
Wahiawa, Hawaii 96786

Attorneys for Plaintiff

DATED:  Honolulu, Hawaii, _____JAN 10 2006_____.

_____
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

Civil No. CV03-00708 SOM-LEK; Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.; CERTIFICATE OF SERVICE (RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE CONCURRENT STATE OF HAWAII CIRCUIT COURT CASE, OR TO CONTINUE TRIAL)