IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP, | ) ) ) | CIVIL NO. 03-00708 SOM / LEK |
| Plaintiff, | ) ) | ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME |
| vs. | ) ) | FOR HEARING ON PLAINTIFF'S MOTION TO STRIKE OR DISMISS |
| HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, | ) ) ) ) ) ) | DEFENDANTS' MOTION |
| Defendants. | ) ) | |

ORDER GRANTING PLAINTIFF'S EX PARTE
MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S
MOTION TO STRIKE OR DISMISS DEFENDANTS' MOTION

Plaintiff's have submitted an Ex Parte Motion To Shorten Time on the hearing to strike or dismiss Defendants' "Renewed Motion To Dismiss, or in the Alternative, To Stay Proceedings Pending Resolution of the Concurrent State of Hawaii Circuit Court Case, or To Continue Trial."  This Ex Parte Motion to Shorten Time is granted.

A hearing will be held at 2:15 on January 19, 2006. Any opposition to the merits of Plaintiff's motion to strike or dismiss Defendants' motion must be filed and hand-delivered to or electronically served on Plaintiff's counsel and hand-delivered to this court no later than 9:00 a.m., January 19, 2006.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, January 18, 2006.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge