ORIGINAL

LODGED
JAN 17 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

ARLEEN D. JOUXSON           7223-0
RAFAEL G. DEL CASTILLO      6909-0
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772
E-Mail Address: rdelcastillo@physicianslawfirm.com

Attorneys for Plaintiff
Hawaii Children's Blood And Cancer Group

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Hawaii Children's Blood and Cancer Group, | ) Civil No. CV 03-00708 SOM/LEK |
|---|---|
| Plaintiff, | ) |
| | ) PLAINTIFF HAWAII CHILDREN'S BLOOD AND CANCER GROUP'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO STRIKE OR DISMISS DEFENDANTS' RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE CONCURRENT STATE OF HAWAII CIRCUIT COURT CASE, OR TO CONTINUE TRIAL, FILED JANUARY 11, 2006 WITHOUT LEAVE TO FILE AFTER THE DECEMBER 21, 2005 DISPOSITIVE MOTIONS DEADLINE; DECLARATION OF RAFAEL G. DEL CASTILLO; ~~ORDER GRANTING PLAINTIFF HAWAII CHILDREN'S BLOOD AND CANCER GROUP'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO STRIKE OR DISMISS DEFENDANTS' RENEWED MOTION~~ |
| vs. | |
| Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children, | |
| Defendants. | |

1

|  | ) ~~TO DISMISS, OR IN THE~~ |
|---|---|
|  | ) ALTERNATIVE, TO STAY |
|  | ) PROCEEDINGS PENDING |
|  | ) RESOLUTION OF THE |
|  | ) CONCURRENT STATE OF HAWAII |
|  | ) CIRCUIT COURT CASE, OR TO |
|  | ) CONTINUE TRIAL, FILED JANUARY |
|  | ) 11, 2006 WITHOUT LEAVE TO FILE |
|  | ) AFTER THE DECEMBER 21, 2005 |
|  | ) ~~DISPOSITIVE MOTIONS DEADLINE~~; |
|  | ) CERTIFICATE OF SERVICE |
|  | ) |
|  | ) JUDGE:   Hon. Susan Oki Mollway, |
|  | )                   U.S. District Judge |
|  | ) |
|  | )              Hon. Leslie E. Kobayashi, |
|  | )                   U.S. Magistrate Judge |
|  | ) |
|  | ) TRIAL:   MAY 23, 2006 |
|  | )                   9:00 a.m. |

**PLAINTIFF HAWAII CHILDREN'S BLOOD AND CANCER GROUP'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO STRIKE OR DISMISS DEFENDANTS' RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE CON-CURRENT STATE OF HAWAII CIRCUIT COURT CASE, OR TO CON-TINUE TRIAL, FILED JANUARY 11, 2006 WITHOUT LEAVE TO FILE AFTER THE DECEMBER 21, 2005 DISPOSITIVE MOTIONS DEADLINE**

Plaintiff Hawaii Children's Blood and Cancer Group, by and through its undersigned counsel, hereby moves this honorable Court for an order shortening the time for hearing on Plaintiff's Motion to Strike or Dismiss Defendants' Renewed Motion To Dismiss, Or In The Alternative, To Stay Proceedings Pending Resolution Of The Concurrent State Of Hawaii Circuit Court Case, Or To Continue Trial, filed January 11, 2006, Without Leave To File After The

December 21, 2005 Dispositive Motions Deadline, presently set for hearing before the Honorable Susan Oki Mollway on February 13, 2006 at 9:00 a.m.  An order shortening time for hearing on Plaintiff's Motion to Strike or Dismiss Defendants' Renewed Motion to Dismiss, which was filed 3 weeks after the deadline for dispositive motions set by the Amended Rule 16 Scheduling Order, is justified because Plaintiff must file and serve its Opposition to Defendants' Renewed Motion to Dismiss on or before January 26, 2006 pursuant to Local Rule 7.4, and because the Court and the parties will be spared the time and expense of proceeding on Defendants' Renewed Motion to Dismiss if Plaintiff's Motion to Strike or Dismiss is granted.

Plaintiff submits this Ex Parte Motion pursuant to Rules 6(d) and 7, Federal Rules of Civil Procedure, Rules 7.1, 7.2(b) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the Declaration of Rafael G. del Castillo, and the record and files herein.

Dated:  Honolulu, Hawai`i, January 16, 2006

_____
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO
(808) 621-8806 or (808) 782-1262
e-mail:  rdelcastillo@physicianslawfirm.com
Attorneys for Plaintiff Hawaii Children's Blood and Cancer Group

3

ARLEEN D. JOUXSON            7223-0
RAFAEL G. DEL CASTILLO       6909-0
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772
E-Mail Address: rdelcastillo@physicianslawfirm.com
Attorneys for Plaintiff
Hawaii Children's Blood And Cancer Group

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group,<br><br>  Plaintiff,<br><br>vs.<br><br>Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children,<br><br>  Defendants. | Civil No. CV 03-00708 SOM/LEK<br><br>CERTIFICATE OF SERVICE<br>[Ex Parte Motion to Shorten Time]<br><br>JUDGE:  Hon. Susan Oki Mollway,<br>         U.S. District Judge<br><br>         Hon. Leslie E. Kobayashi,<br>         U.S. Magistrate Judge<br><br>TRIAL:  May 23, 2006<br>        9:00 a.m. |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the document referred to in the foregoing caption will be duly served upon counsel named below at their last known address, as follows:

TO:             KENNETH S. ROBBINS, ESQ.           via hand delivery
                2200 Davies Pacific Center

7

841 Bishop Street
Honolulu, Hawai`i 96813

DAVIS WRIGHT TREMAINE

DOUGLAS ROSS            <u>via 1st class mail</u>
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101
Telephone: (206) 628-7754
Facsimile: (206) 628-7699
Email: douglasross@dwt.com

Attorneys for Defendants
Hawai`i Pacific Health, Kapi`olani Medical Specialists,
and Kapi`olani Medical Center for Women and Children

Dated: Honolulu, Hawai`i, January 16, 2006

_____
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
Hawaii Children's Blood and Cancer Group

8