ORIGINAL

LODGED

ARLEEN D. JOUXSON   7223-0
RAFAEL G. DEL CASTILLO   6909-0
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772
E-Mail Address: rdelcastillo@physicianslawfirm.com

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2006

at 11 o'clock and ___ min, P M
SUE BEITIA, CLERK

Attorneys for Plaintiff
Hawaii Children's Blood And Cancer Group

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group,<br><br>Plaintiff,<br><br>vs.<br><br>Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children,<br><br>Defendants. | Civil No. CV 03-00708 SOM/LEK<br><br>NOTICE OF HEARING MOTION AND CERTIFICATE OF SERVICE; PLAINTIFF'S MOTION TO STRIKE OR DISMISS DEFENDANTS' RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE CONCURRENT STATE OF HAWAII CIRCUIT COURT CASE, OR TO CONTINUE TRIAL, FILED JANUARY 11, 2006 WITHOUT LEAVE TO FILE AFTER THE DECEMBER 21, 2005 DISPOSITIVE MOTIONS DEADLINE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RAFAEL G. DEL CASTILLO; EXHIBIT 1.<br><br>HEARING:<br>Date: 1/19/06<br>Time: 2:15 p.m.<br>Judge: ~~Magistrate Kobayashi~~ Judge Susan Oki Mollway |

|  |  |
|---|---|
| ) JUDGE: | Hon. Susan Oki Mollway, |
| ) | U.S. District Judge |
| ) | Hon. Leslie E. Kobayashi, |
| ) | U.S. Magistrate Judge |
| ) | |
| ) TRIAL: | MAY 23, 2006 |
| ) | 9:00 a.m. |

## NOTICE OF HEARING MOTION

TO:        KENNETH S. ROBBINS, ESQ.
           2200 Davies Pacific Center
           841 Bishop Street
           Honolulu, Hawai`i 96813

           DAVIS WRIGHT TREMAINE

           DOUGLAS ROSS
           2600 Century Square
           1501 Fourth Avenue
           Seattle, Washington 98101
           Telephone: (206) 628-7754
           Facsimile: (206) 628-7699
           Email: douglasross@dwt.com

           Attorneys for Defendants
           Hawai`i Pacific Health, Kapi`olani Medical Specialists,
             and Kapi`olani Medical Center for Women and Children

NOTICE IS HEREBY GIVEN that Plaintiff Hawaii Children's Blood and Cancer Group has filed A Motion To Strike or Dismiss Defendants' Renewed Motion To Dismiss, Or In The Alternative, To Stay Proceedings Pending Resolution Of The Concurrent State Of Hawaii Circuit Court Case, Or To Continue Trial, Filed January 11, 2006 Without Leave To File After The

December 21, 2005 Dispositive Motions Deadline. Said Motion will come on for hearing before the Honorable ~~Leslie E. Kobayashi, Magistrate Judge of the United States District Court, District of Hawaii~~ Susan Oki Mollway, in her courtroom in the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on January 19, 2006, at 2:15 o'clock p. m. or as soon thereafter as counsel may be heard.

Dated: Honolulu, Hawai`i, January 16, 2006

*(signature)*

ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO
(808) 621-8806 or (808) 782-1262
e-mail: rdelcastillo@physicianslawfirm.com

Attorneys for Plaintiff Hawaii Children's Blood and Cancer Group

3

ARLEEN D. JOUXSON                 7223-0
RAFAEL G. DEL CASTILLO            6909-0
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772
E-Mail Address: rdelcastillo@physicianslawfirm.com
Attorneys for Plaintiff
Hawaii Children's Blood And Cancer Group

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group, | ) Civil No. CV 03-00708 SOM/LEK ) |
| | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) [Motion to Strike or Dismiss] ) |
| vs. | ) HEARING: ) Date: 1/19/06 |
| Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children, | ) Time: 2:15 p.m. ) Judge: ~~Magistrate Kobayashi~~ ) Judge Susan Oki Mollway ) ) |
| Defendants. | ) TRIAL: May 23, 2006 ) 9:00 a.m. |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the document referred to in the foregoing caption will be duly served upon counsel named below at their last known address, as follows:

TO:        KENNETH S. ROBBINS, ESQ.        via hand delivery
           2200 Davies Pacific Center

841 Bishop Street
Honolulu, Hawai`i 96813

DAVIS WRIGHT TREMAINE

DOUGLAS ROSS                                    via 1st class mail
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101
Telephone: (206) 628-7754
Facsimile: (206) 628-7699
Email: douglasross@dwt.com

Attorneys for Defendants
Hawai`i Pacific Health, Kapi`olani Medical Specialists,
and Kapi`olani Medical Center for Women and Children

Dated: Honolulu, Hawai`i, January 16, 2006

_____
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
Hawaii Children's Blood and Cancer Group

2