IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group, | ) Civil No. CV 03-00708 SOM/LEK )  |
| Plaintiff, | ) DECLARATION OF RAFAEL G. DEL ) CASTILLO ) |
| vs. | ) ) |
| Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children, | ) ) ) ) ) |
| Defendants. | ) TRIAL:   May 23, 2006 )                   9:00 a.m. |

DECLARATION OF RAFAEL G. DEL CASTILLO

I, RAFAEL DEL CASTILLO, hereby declare:

1. I am an attorney licensed to practice law in the State of Hawai`i, and I am a member of the law firm of Jouxson-Meyers & del Castillo, AAL, LLLC.

2. I am one of the attorneys for Hawaii Children's Blood and Cancer Group, and I make this declaration in support of Plaintiff's Motion to Strike or Dismiss Defendants' Renewed Motion To Dismiss, Or In The Alternative, To Stay Proceedings Pending Resolution Of The Concurrent State Of Hawaii Circuit Court Case, Or To Continue Trial, filed January 11, 2006, Without Leave To File After The December 21, 2005 Dispositive Motions Deadline.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Court's Amended Rule 16 Scheduling Order dated July 19, 2006.

I, RAFAEL DEL CASTILLO, do declare under penalty of law that the forgoing is true and correct.

Dated: Honolulu, Hawai`i, January 16, 2006

_____
RAFAEL G. DEL CASTILLO