# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/19/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 03-00708SOM-LEK

CASE NAME: HI Children's Blood and Cancer Group vs. HI Pacific Health, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE: Susan Oki Mollway          REPORTER:

DATE: 7/19/2005                   TIME:

---

COURT ACTION: EO:

New dates given:

1. Jury trial on May 23, 2006 at 9:00 a.m. before SOM
2. Final Pretrial Conference on April 11, 2006 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by April 4, 2006
5. File motions to Join/Add Parties/Amend Pleadings by October 21, 2005
6. File other Non-Dispositive Motions by February 22, 2006
7. File Dispositive Motions by December 21, 2005
8a. File Motions in Limine by May 2, 2006
8b. File opposition memo to a Motion in Limine by May 9, 2006
11a. Plaintiff's Expert Witness Disclosures by November 21, 2005
11b. Defendant's Expert Witness Disclosures by December 21, 2005
12. Discovery deadline March 24, 2006
13. Settlement Conference set for 12/15/05 at 2:00 p.m. before LEK
14. Settlement Conference statements by 12/8/05
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by May 9, 2006
21. File Final witness list by May 2, 2006
24. Exchange Exhibit and Demonstrative aids by April 25, 2006

**EXHIBIT 1**

25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 2, 2006
26. File objections to the Exhibits by May 9, 2006
28a. File Deposition Excerpt Designations by May 2, 2006
28b. File Deposition Counter Designations and Objections by May 9, 2006
29. File Trial Brief by May 9, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:

Notified: Arleen Jouxson-Meyers, Leighton Hara, and Douglas Ross through Mr. Hara.

cc: all counsel of record.

Submitted by: Toni Fujinaga, Courtroom Manager.

CV 03-00708SOM-LEK;
HI Children's Blood and Cancer Group vs. HI Pacific Health, et al.;
Rule 16 Scheduling Conference Minutes
7/19/2005

G:\docs\toni\hi childrens 7 19