ARLEEN D. JOUXSON         7223-0
RAFAEL G. DEL CASTILLO    6909-0
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772
E-Mail Address: Rafa@hawaii.rr.com

Attorneys for Plaintiff
Hawaii Children's Blood And Cancer Group

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children,<br><br>　　　　　Defendants. | Civil No. CV 03-00708 SOM/LEK<br><br>FIRST STIPULATION AND ORDER EXTENDING TIME FOR THE PARTIES TO DISCLOSE THE IDENTITY AND WRITTEN REPORT OF THEIR EXPERTS FROM JULY 26, 2004 TO SEPTEMBER 7, 2004 FOR PLAINTIFF, AND FROM AUGUST 25, 2004 TO OCTOBER 7, 2004 FOR DEFENDANTS<br><br>TRIAL: JANUARY 25, 2005 |

FIRST STIPULATION AND ORDER EXTENDING TIME FOR THE PARTIES TO DISCLOSE THE IDENTITY AND WRITTEN REPORT OF THEIR EXPERTS FROM JULY 26, 2004 TO SEPTEMBER 7, 2004 FOR PLAINTIFF, AND FROM AUGUST 25, 2004 TO OCTOBER 7, 2004 FOR DEFENDANTS

　　　　　WHEREAS, on March 24, 2004, Magistrate Leslie E. Kobayashi filed

a Rule 16 Scheduling Order in this matter setting July 26, 2004 as the due date for

Plaintiff Hawaii Children's Blood and Cancer Group to disclose the identity and

EXHIBIT B

written report of its experts; and August 25, 2004 as the due date for Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists And Kapi`olani Medical Center For Women And Children's to disclose the identity and written report of their experts; and

WHEREAS, Defendants are not objecting to the fact that Plaintiff has not yet filed its expert disclosure on this the due date; and

WHEREAS, counsel for all parties have conferred and hereby agree that extending the foregoing due dates until September 7 and October 7, 2004 respectively, will advance the cause of providing a full and fair exposition of the issues and evidence at trial, and will not unduly delay the law suit or the process;

NOW THEREFORE, in order to promote justice and a full and complete resolution of the claims and defenses herein,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that, subject to the Court's approval, the due date for Plaintiff to disclose the identity and written report of its experts shall be extended to September 7, 2004; and the due date for Defendants to disclose the identity and written report of their experts shall be extended to October 7, 2004.

Counsel for all appearing parties have signed this First Stipulation

2

applying for enlargements of the time for their respective expert disclosures.

    Dated: Honolulu, Hawai`i, July 26, 2004

_____
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff Hawaii Children's Blood and Cancer Group
(808) 621-8806 or (808) 782-1262
e-mail: rafa@hawaii.rr.com

_____
KENNETH S. ROBBINS, ESQ.
(808) 524-2355
e-mail: krobbins@robbinsandassociates.net

Attorney for Defendants
Hawai`i Pacific Health, Kapi`olani Medical Specialists, and Kapi`olani Medical Center for Women and Children

IT IS SO ORDERED

DATED: _____  _____
                                                   LESLIE E. KOBAYASHI
                                                   U.S. Magistrate Judge

---

*Hawaii Children's Blood and Cancer Group vs. Hawai`i Pacific Health, et al.*, Civil No. CV 03-00708 ACK LEK; FIRST STIPULATION AND ORDER EXTENDING TIME FOR THE PARTIES TO DISCLOSE THE IDENTITY AND WRITTEN REPORT OF THEIR EXPERTS FROM JULY 26, 2004 TO SEPTEMBER 7, 2004 FOR PLAINTIFF, AND FROM AUGUST 25, 2004 TO OCTOBER 7, 2004 FOR DEFENDANTS