ORIGINAL

mtn modify rule 16 order

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

| | |
|---|---|
| KENNETH S. ROBBINS | 1000-0 |
| LEIGHTON M. HARA | 7826-0 |
| WENDY M. YAMAMOTO | 8049-0 |

2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE

DOUGLAS ROSS
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101
Telephone: (206) 628-7754
Facsimile: (206) 628-7699
Email: douglasross@dwt.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH;
KAPI`OLANI MEDICAL SPECIALISTS;
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP, | CIVIL NO. CV03-00708 SOM-LEK (Other Civil Action) |

|  |  |
|---|---|
| Plaintiff, | ) NOTICE OF HEARING; |
|  | ) DEFENDANTS HAWAI`I PACIFIC |
| vs. | ) HEALTH, KAPI`OLANI MEDICAL |
|  | ) SPECIALISTS AND KAPI`OLANI |
| HAWAI`I PACIFIC HEALTH; | ) MEDICAL CENTER FOR WOMEN |
| KAPI`OLANI MEDICAL | ) AND CHILDREN'S MOTION TO |
| SPECIALISTS; KAPI`OLANI | ) MODIFY AMENDED RULE 16 |
| MEDICAL CENTER FOR WOMEN | ) SCHEDULING ORDER; |
| AND CHILDREN, | ) MEMORANDUM IN SUPPORT OF |
|  | ) MOTION; DECLARATION OF |
| Defendants. | ) KENNETH S. ROBBINS; EXHIBITS |
|  | ) "A"-"B"; CERTIFICATE OF |
|  | ) SERVICE |

) HEARING
) DATE: _____
) TIME: _____
) JUDGE: _____

) JUDGE: SUSAN OKI MOLLWAY
)           U.S. District Judge

)           LESLIE E. KOBAYASHI
)           U.S. Magistrate

) TRIAL: 5/23/06

## NOTICE OF HEARING

TO:     ARLEEN D. JOUXSON, ESQ.
         RAFAEL G. DEL CASTILLO, ESQ.
         Jouxson-Meyers & Del Castillo
         309 California Avenue, Suite 209
         Wahiawa, Hawaii 96786

Attorneys for Plaintiff

NOTICE IS HEREBY GIVEN that this motion shall come on for hearing before the HONORABLE SUSAN OKI MOLLWAY, Judge of the United States District Court for the District of Hawaii, United States Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, at _____ o'clock __.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, _____ JAN 1 8 2006 _____.

KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH,
KAPI'OLANI MEDICAL SPECIALISTS
AND KAPI'OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

3