IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>          Plaintiff,<br><br>vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,<br><br>          Defendants. | CIVIL NO. CV03-00708 SOM LEK (Other Civil Action)<br><br>DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER |

DEFENDANTS HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI
MEDICAL CENTER FOR WOMEN AND CHILDREN'S
MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER

COME NOW Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children (collectively "HPH Defendants"), by and through their attorneys, Robbins & Associates, and move to modify the Amended Rule 16 Scheduling Order filed herein on July 21, 2005.

This Motion is made pursuant to Rules 6, 7, and 16 of the Federal Rules of Civil Procedure; Rules 7.2, 16.1, and 16.3 of the Rules of the United States District

Court for the District of Hawaii; and is based upon the Memorandum in Support, Exhibits "A"-"B", the Declaration of Kenneth S. Robbins, and the record and files herein.

DATED: Honolulu, Hawaii, _____ JAN 1 9 2006 _____.

_____
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

Civil No. CV03-00708 ACK LEK; Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER