


ORIGINAL

ex parte shtn time mtn modify rule 16 order

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS 1000-0
LEIGHTON M. HARA 7826-0
WENDY M. YAMAMOTO 8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: krobbins@robbinsandassociates.net

DAVIS WRIGHT TREMAINE

DOUGLAS ROSS
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101
Telephone: (206) 628-7754
Facsimile: (206) 628-7699
Email: douglasross@dwt.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH;
KAPI`OLANI MEDICAL SPECIALISTS;
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 19 2006

at 10 o'clock and 45 min. __M
SUE BEITIA, CLERK

LODGED

JAN 18 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP, ) | CIVIL NO. CV03-00708 SOM-LEK (Other Civil Action) |

| | |
|---|---|
| Plaintiff,<br><br>vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,<br><br>Defendants. | ) DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER AND TO HEAR DEFENDANTS' MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER PRIOR TO HEARING PLAINTIFF'S MOTION TO STRIKE OR DISMISS DEFENDANTS' RENEWED MOTION TO DISMISS; DECLARATION OF KENNETH S. ROBBINS; EXHIBITS "A"-"B"; ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER AND TO HEAR DEFENDANTS' MOTION TO |

) MODIFY AMENDED RULE 16
) SCHEDULING ORDER PRIOR TO
) HEARING PLAINTIFF'S MOTION
) TO STRIKE OR DISMISS
) DEFENDANTS' RENEWED
) MOTION TO DISMISS;
) CERTIFICATE OF SERVICE
)
) JUDGE: SUSAN OKI MOLLWAY
) U.S. District Judge
)
) LESLIE E. KOBAYASHI
) U.S. Magistrate
) TRIAL: 5/23/06

DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER AND TO HEAR DEFENDANTS' MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER PRIOR TO HEARING PLAINTIFF'S MOTION TO STRIKE OR DISMISS DEFENDANTS' RENEWED MOTION TO DISMISS

COME NOW Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children (collectively "HPH Defendants"), by and through their attorneys, Robbins & Associates, and move this Honorable Court, ex parte, for an order permitting HPH Defendants to shorten the time within which to have a hearing on Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children's Motion to Modify Amended Rule 16 Scheduling Order, filed

contemporaneously herewith, and to hear HPH Defendants' Motion to Modify Amended Rule 16 Scheduling Order prior to hearing Plaintiff's Motion to Strike or Dismiss Defendants' Renewed Motion to Dismiss.

The instant Motion is made pursuant to Rules 6(d) and 7, Federal Rules of Civil Procedure, Rules 7.1 and 7.2(b) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the Declaration of Kenneth S. Robbins, and the record and files herein.

DATED: Honolulu, Hawaii, JAN 18 2006.

KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

Civil No. CV03-00708 SOM-LEK; Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER AND TO HEAR DEFENDANTS' MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER PRIOR TO HEARING PLAINTIFF'S MOTION TO STRIKE OR DISMISS DEFENDANTS' RENEWED MOTION TO DISMISS

4