FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 8 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

OCT 2 7 2005

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

ARLEEN D. JOUXSON        7223-0
RAFAEL G. DEL CASTILLO  6909-0
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772
E-Mail Address: rdelcastillo@physicianslawfirm.com

Attorneys for Plaintiff
Hawaii Children's Blood And Cancer Group

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group, <br><br> Plaintiff, <br><br> vs. <br><br> Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children, <br><br> Defendants. | ) Civil No. CV 03-00708 SOM/LEK <br> ) <br> ) SECOND STIPULATION AND ORDER <br> ) EXTENDING TIME FOR THE <br> ) PARTIES TO SUBMIT THE WRITTEN <br> ) REPORTS OF THEIR EXPERTS <br> ) <br> ) <br> ) <br> ) JUDGE: Hon. Susan Oki Mollway <br> ) U.S. District Judge <br> ) Hon. Leslie E. Kobayashi <br> ) U.S. Magistrate Judge <br> ) <br> ) TRIAL: MAY 25, 2005 |

## SECOND STIPULATION AND ORDER EXTENDING TIME FOR THE
## PARTIES TO SUBMIT THE WRITTEN REPORTS OF THEIR EXPERTS

WHEREAS, by Minute Order dated July 19, 2005, District Court

Judge Susan Oki Mollway set November 21, 2005 as the due date for Plaintiff

Hawaii Children's Blood and Cancer Group to disclose the identity and written

reports of its experts; and December 21, 2005 as the due date for Defendants


EXHIBIT B

Hawai`i Pacific Health, Kapi`olani Medical Specialists And Kapi`olani Medical

Center For Women And Children's to disclose the identity and written reports of

their experts; and

WHEREAS, the depositions of key witnesses whose testimony is

essential for the experts to prepare their reports, will not be taken in time for

Plaintiffs' experts to prepare and file their reports by November 21, 2005; and

WHEREAS, counsel for all parties have conferred and hereby agree

to advance the cause of providing a full and fair exposition of the issues and

evidence at trial without unduly delaying the progress of the law suit or the

process;

WHEREAS, counsel for all parties have conferred and hereby agree

that the foregoing due date for Plaintiff's experts' reports should be either 5 weeks

from the date of the deposition of the final witness, or February 6, 2006, whichever

is earlier; and Defendant's experts' reports are due thereafter within 30 days after

receipt of the Plaintiff's experts' reports; and

WHEREAS, having conferred, counsel for all parties further agree

that the due dates for the disclosure of the identity of their respective experts shall

remain November 21, 2005 and December 21, 2005 respectively, and that such

disclosures shall at that time provide initial statements containing the qualifications

of the witness, including a list of all publications authored by the witness within

the preceding ten years, and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years;

WHEREAS, having conferred, counsel for all parties further agree that Plaintiffs shall make their experts available for oral deposition via video conference between February 18, 2006 and February 26, 2006 unless otherwise mutually agreed, and Defendants shall make their experts available for oral deposition via video conference between March 15, 2006 and March 21, 2006 unless otherwise mutually agreed;

WHEREAS, having conferred, counsel for all parties hereby further agree that the reports of Plaintiffs' experts shall be sufficient for all intents and purposes under Rule 26 if they are signed by the expert witness and provide the following:

1.    a summary statement of all opinions to be expressed, summarizing the basis and reasons therefor in outline or "bullet-point" form, listing such data or other information considered by the witness in forming each opinion;

2.    followed by a list of any exhibits to be used as a summary of or support for each opinion;

3.   restating the qualifications of the witness, including a list of all

publications authored by the witness within the preceding ten

years;

4.   the compensation to be paid for the study and testimony; and

5.   restating a listing of any other cases in which the witness has

testified as an expert at trial or by deposition within the

preceding four years.

WHEREAS, having conferred, counsel for all parties hereby further

agree that to accommodate the foregoing schedule pertaining to expert reports and

oral depositions the existing discovery cut-off date of March 24, 2006 should be

extended one week to March 31, 2006.

NOW THEREFORE, in order to promote justice and a full and

complete resolution of the claims and defenses herein,

IT IS HEREBY STIPULATED AND AGREED, by and between the

parties that, subject to the Court's approval, the due date for Plaintiff to disclose

the written reports of its experts in the form and content set forth above shall be

extended to on or before February 6, 2006 as set forth herein; and the due date for

Defendants to disclose the written reports of their experts in the form and content

set forth above shall be 30 days from the date Plaintiffs disclose the reports of their

experts;

4

IT FURTHER IS HEREBY STIPULATED AND AGREED, by and between the parties that Plaintiffs shall make their experts available for oral deposition via video conference between February 18, 2006 and February 26, 2006 unless otherwise mutually agreed, and Defendants shall make their experts available for oral deposition via video conference between March 15, 2006 and March 21, 2006 unless otherwise mutually agreed; and

IT FURTHER IS HEREBY STIPULATED AND AGREED, by and between the parties that leave of Court is requested for a one-week extension of the discovery cut-off date from March 24, 2006 to March 31, 2006 to accommodate the foregoing schedule of disclosures and oral depositions.

Counsel for all appearing parties have signed this Second Stipulation applying for enlargements of the time for their respective expert disclosures and a one-week enlargement of the discovery cut-off date, and setting the form and content of said reports.

The attorney(s) signing below are deemed authorized to commit themselves, their law firms and their client(s) to the terms of this Second Stipulation And Order Extending Time For The Parties To Submit The Written Reports Of Their Experts.

This Stipulation may be executed in separate counterparts, each of

which when so executed and delivered shall be an original, but all such

counterparts shall together constitute but one and the same instrument.

Dated: Honolulu, Hawai`i, October 27, 2005

ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO
(808) 621-8806 or (808) 782-1262
e-mail: rdelcastillo@physicianslawfirm.com

Attorneys for Plaintiff Hawaii Children's Blood
and Cancer Group

KENNETH S. ROBBINS, ESQ.
(808) 524-2355
e-mail: krobbins@robbinsandassociates.net

Attorney for Defendants
Hawai`i Pacific Health, Kapi`olani Medical
Specialists, and Kapi`olani Medical Center
for Women and Children

IT IS SO ORDERED

DATED: OCT 2 8 2005

LESLIE E. KOBAYASHI
U.S. Magistrate Judge

*Hawaii Children's Blood and Cancer Group vs. Hawai`i Pacific Health, et al.*,
Civil No. CV 03-00708 SOM LEK; SECOND STIPULATION AND ORDER
EXTENDING TIME FOR THE PARTIES TO SUBMIT THE WRITTEN
REPORTS OF THEIR EXPERTS

6