THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>        Plaintiff,<br><br>vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,<br><br>        Defendants. | CIVIL NO. CV03-00708 SOM-LEK<br>(Other Civil Action)<br><br>ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER AND TO HEAR DEFENDANTS' MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER PRIOR TO HEARING PLAINTIFF'S MOTION TO STRIKE OR DISMISS DEFENDANTS' RENEWED MOTION TO DISMISS |

ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL
CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION
TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC
HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI
MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO
MODIFY AMENDED RULE 16 SCHEDULING ORDER AND TO HEAR
DEFENDANTS' MOTION TO MODIFY AMENDED RULE 16 SCHEDULING
ORDER PRIOR TO HEARING PLAINTIFF'S MOTION TO STRIKE
OR DISMISS DEFENDANTS' RENEWED MOTION TO DISMISS

Upon review of Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children's Ex Parte Motion to Shorten Time for Hearing on Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children's Motion to Modify Amended Rule 16 Scheduling Order, the declaration of counsel attached thereto, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Ex Parte Motion to Shorten Time for Hearing on Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children's Motion to Modify Amended Rule 16 Scheduling Order may be heard before the Honorable Susan Oki Mollway, Judge of the above-entitled Court, in her courtroom, United States Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on ___January 19, 2006___, at __2:15__ o'clock _P_.m., or as soon thereafter as counsel may be heard.

2

DATED: Honolulu, Hawaii, _____1/19/06_____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Civil No. CV03-00708 ACK LEK; <u>Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.</u>; ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER AND TO HEAR DEFENDANTS' MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER PRIOR TO HEARING PLAINTIFF'S MOTION TO STRIKE OR DISMISS DEFENDANTS' RENEWED MOTION TO DISMISS