THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>        Plaintiff,<br><br>  vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,<br><br>        Defendants. | CIVIL NO. CV03-00708 SOM-LEK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following persons, at their last known address, as follows:

ARLEEN D. JOUXSON, ESQ.        Via e-mail
RAFAEL G. DEL CASTILLO, ESQ.    & Fax
Jouxson-Meyers & Del Castillo
309 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Email: rdelcastillo@physicianslawfirm.com
Fax: 422-8772

Attorneys for Plaintiff

DATED: Honolulu, Hawaii, _____JAN 1 8 2006_____.

_____
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN


Civil No. CV03-00708 SOM-LEK; <u>Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.</u>; CERTIFICATE OF SERVICE (RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER AND TO HEAR DEFENDANTS' MOTION TO MODIFY AMENDED RULE 16 SCHEDULING ORDER PRIOR TO HEARING PLAINTIFF'S MOTION TO STRIKE OR DISMISS DEFENDANTS' RENEWED MOTION TO DISMISS)