# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/19/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00708SOM-LEK |
| CASE NAME: | HI Children's Blood and Cancer Group vs. HI Pacific Health, et al. |
| ATTYS FOR PLA: | Rafael De Castillo<br>Arleen Jouxson |
| ATTYS FOR DEFT: | Kenneth Robbins<br>Leighton Hara |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/19/2006 | TIME: | 2:15 - 2:55 |

COURT ACTION:  EP: Motion to Strike or Dismiss Defendants' "Renewed Motion to Dismiss, or in the Alternative, to Stay Proceedings Pending Resolution of the Concurrent State of Hawaii Circuit Court Case, or to Continue Trial;" and  Motion to Modify Amended Rule 16 Scheduling Order -

Discussion held re: concurrent State Court case.

Motion to Strike or Dismiss Defendants' "Renewed Motion to Dismiss, or in the Alternative, to Stay Proceedings Pending Resolution of the Concurrent State of Hawaii Circuit Court Case, or to Continue Trial" - withdrawn.

Renewed Motion to Dismiss, or in the Alternative, to Stay Proceedings Pending Resolution of the Concurrent State of Hawaii Circuit Court Case, or to Continue Trial - withdrawn.

Motion to Modify Amended Rule 16 Scheduling Order - withdrawn.

Court stays the case until the pretrial statement due date or until the parties receive a modification of the Rule 16 Scheduling Order.

The dispositive motions deadline is deemed to have past subject to being reopened upon a motion to modify based on occurrences from today on.

Any motion to modify the rule 16 deadlines to be filed by 7/24/06.

The discovery cutoff to be congruent with the State Court discovery cutoff on or before 6/5/06.

Jury Selection/Trial continued from 5/23/06 @ 9:00 a.m. before SOM to 10/3/06 @ 9:00 a.m. before SOM

Courtroom Manager to send new dates and deadlines to the parties.

If the state court case is continued, parties to send letters to the Court.

Submitted by: Toni Fujinaga, Courtroom Manager.