# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 03-00708SOM-LEK

CASE NAME:       HI Children's Blood and Cancer Group vs. HI Pacific Health, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Susan Oki Mollway          REPORTER:

DATE:      1/20/2006                  TIME:

COURT ACTION:  EO: New dates and deadlines:

1. Jury trial on October 3, 2006 at 9:00 a.m. before SOM
2. Final Pretrial Conference on September 5, 2006 at 2:00 p.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by August 29, 2006
5.
6.
7.
8a. File Motions in Limine by September 12, 2006
8b. File opposition memo to a Motion in Limine by September 19, 2006
11a.
11b.
12.
13. Settlement Conference set for September 5, 2006 at 2:00 p.m. before LEK
14. Settlement Conference statements by August 29, 2006.
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by September 19, 2006
21. File Final witness list by September 12, 2006
24. Exchange Exhibit and Demonstrative aids by September 5, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 12, 2006

26. File objections to the Exhibits by September 19, 2006
28a. File Deposition Excerpt Designations by September 12, 2006
28b. File Deposition Counter Designations and Objections by September 19, 2006
29. File Trial Brief by September 19, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:

cc: all counsel of record.

Submitted by: Toni Fujinaga, Courtroom Manager.

CV 03-00708SOM-LEK;
HI Children's Blood and Cancer Group vs. HI Pacific Health, et al.;
Rule 16 Scheduling Conference Minutes
½0/2006