# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00708SOM-LEK |
| CASE NAME: | HI Children's Blood and Cancer Group vs. HI Pacific Health, et al. |
| ATTYS FOR PLA: | Rafael Del Castillo<br>Arleen Jouxson |
| ATTYS FOR DEFT: | Kenneth Robbins<br>Leighton Hara |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Steve Platt |
| DATE: | 6/16/2006 | TIME: | 10:25 - 10:35 |

COURT ACTION:  EP: Status Conference -

Discussion held re: this case, the related state court case, and the option of dismissing this case without prejudice until the state court action is terminated. Parties may stipulate that the plaintiffs would not raise any statute of limitation issues re: the time period from 2006 until an agreed upon period after entry of the state court judgment. The filing fee would be waived when the action is refiled.

No objection by the defendants.

Plaintiffs to speak with their clients.

Ms. Del Castillo to send the Court a letter by 7/12/06, with a copy to the defendants.

Court to proceed from there.

Trial date of 10/3/06 to remain on calendar.

Submitted by: Toni Fujinaga, Courtroom Manager.