LEFT SIDE

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

July 19, 2006

Mr. Kenneth S. Robbins
Ms. Charla Joy H.M. Ota
Robbins & Associates
Davies Pacific Center
841 Bishop Street, Ste. 2200
Honolulu, Hawaii 96813

Mr. Rafael G. del Castillo
Ms. Arleen D. Jouxson
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Ste. 209
Wahiawa, Hawaii 96786

    Re: **Hawaii Children's Blood and Cancer Group v. Hawaii Pacific Health, et al.; Civil No. 03-00708 SOM**

Dear Counsel:

  I have reviewed the letter dated July 12, 2006, from Mr. del Castillo. While I understand his concern, I am not persuaded that the stay in federal court should be lifted. It remains in effect for now.

            Very truly yours,

            Susan Oki Mollway
            United States District Judge