pts

Of Counsel:

ROBBINS & ASSOCIATES

Attorneys at Law

A Law Corporation

KENNETH S. ROBBINS 1000-0

LEIGHTON M. HARA        7826-0

WENDY M. YAMAMOTO       8049-0

2200 Davies Pacific Center

841 Bishop Street

Honolulu, Hawaii  96813

Telephone:  (808) 524-2355

Facsimile:  (808) 526-0290

Email: krobbins@robbinsandassociates.net

DAVIS WRIGHT TREMAINE

DOUGLAS ROSS

2600 Century Square

1501 Fourth Avenue

Seattle, Washington 98101

Telephone: (206) 628-7754

Facsimile: (206) 628-7699

Email: douglasross@dwt.com

Attorneys for Defendants

HAWAI`I PACIFIC HEALTH;

KAPI`OLANI MEDICAL SPECIALISTS;

AND KAPI`OLANI MEDICAL CENTER

FOR WOMEN AND CHILDREN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CHILDREN=S BLOOD AND CANCER GROUP, | ) ) ) | CIVIL NO. CV03-00708 SOM-LEK (Other Civil Action) |
| Plaintiff, | ) ) ) | DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL |

|  |  |  |
|---|---|---|
| vs. | ) | SPECIALISTS AND KAPI`OLANI |
|  | ) | MEDICAL CENTER FOR |
| HAWAI`I PACIFIC HEALTH; | ) | WOMEN AND CHILDREN=S |
| KAPI`OLANI MEDICAL | ) | PRETRIAL STATEMENT; |
| SPECIALISTS; KAPI`OLANI | ) | CERTIFICATE OF SERVICE |
| MEDICAL CENTER FOR | ) |  |
| WOMEN AND CHILDREN, | ) | HEARING |
|  | ) | DATE:  9/5/06 |
| Defendants. | ) | TIME:   2:00 P.M. |
|  | ) | JUDGE: LESLIE E. KOBAYASHI |
|  | ) |  |
|  | ) | TRIAL:  10/3/06 |
|  | ) | JUDGE: SUSAN OKI MOLLWAY |
| _____ | ) |  |

### DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN=S PRETRIAL STATEMENT

COME NOW Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children (collectively ADefendants@), by and through their attorneys, Robbins & Associates, and pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.6 of the United States District Court for the District of Hawaii, submits its Pretrial Statement.

### 1.    PARTY

Hawai`i Pacific Health ("HPH") is a Hawaii nonprofit corporation involved in providing public health care services to the Hawaii public.

Kapiolani Medical Specialists ("KMS") is a Hawaii nonprofit corporation located at 1319 Punahou Street in Honolulu.

Kapiolani Medical Center for Women and Children ("KMCWC") is a Hawaii nonprofit corporation located at 1319 Punahou Street in Honolulu, and operates a hospital providing health care services to the public.

## 2.    **JURISDICTION AND VENUE**

Jurisdiction and venue, if properly established, may exist under Sections 1 and 2 of the Sherman Act; 15 U.S.C. §§ 1, 2, 15, and 26; Sections 4 and 16 of the Clayton Act; 28 U.S.C. §§ 1331, 1337, and 1367; and 28 U.S.C. § 1391.

## 3.    **SUBSTANCE OF ACTION**

This lawsuit arises out of alleged anti-trust claims and False Advertising injuries sustained by Plaintiff Hawaii Children's Blood and Cancer Group ("HCBCG"), an unincorporated medical group. Plaintiff HCBCG is comprised of two hematology and oncology physicians, Kelley Woodruff, M.D. and Robert Wilkinson, M.D., who possess full medical staff privileges at Kapiolani Medical Center for Women and Children.

Dr. Woodruff's employment with KMS was terminated for billing infractions reported to the Office of Inspector General of the Department of Health and Human Services ("OIG"). Her hospital privileges at Defendants' facilities were, thereafter, summarily suspended.

Subsequent to the termination of Dr. Woodruff's employment with KMS, she filed a related lawsuit in the Circuit Court of the First Circuit with the

3

Honorable Dexter Del Rosario, presiding.  See Civil No. 02-1-0090-1 DDD.  The

Complaint involved monopoly/antitrust, employment, defamation, tortious interference

with contractual relations, and prima facie tort claims against Defendants.

During ongoing mediation attempts to resolve discovery issues in the

state case, Dr. Woodruff's counsel filed a complaint in federal court on December 29,

2003 on behalf of Plaintiff HCBCG.  The allegations contained in the complaint are

similar in scope to those alleged in the related State case: monopolization (Count I);

refusal to deal (Count II); attempt to monopolize (Count III); and false and misleading

advertising (defamation) (Count IV).

Plaintiffs allege that Defendants interfered and diverted new patient

referrals away from the HCBCG physicians causing HCBCG's market share to fall

below the requisite amount to sustain its clinical pediatric hem-onc services.

**4.    UNDISPUTED FACTS**

None.

**5.    DISPUTED FACTUAL ISSUES**

All remaining factual issues are in dispute.

**6.    RELIEF PRAYED**

Plaintiffs seek:

(a)    an Order, pursuant to 15 U.S.C. § 26, requiring Defendants to

offer all existing and new patients the option of receiving their care from a team that

includes Plaintiff's physicians and any board-certified pediatric hem-onc clinical physicians Defendants have under contract or in their employ, and to remit a stipend to $20,000 monthly to Plaintiff for its physicians' participation in "Team Care"; and appointing a special master to monitor Defendants' compliance with the injunction for 3 years.  Defendants shall be entitled to bill third party payors for all physicians services Plaintiff's physicians provide to "Team Care" patients;

(b)    that this Court adjudge and decree that Defendants and co-conspirators have entered into unlawful contracts, combinations, or conspiracies which unreasonably restrain trade in interstate commerce, in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1;

(c)    that this Court adjudge and decree that Defendants have unlawfully acquired or attempted to acquire and maintain a monopoly in the market for pediatric hem-onc physician services, constituting violations of Section 2 of the Sherman Act, 15 U.S.C. § 2; and

(d)    special and general damages; and

(e)    treble damages pursuant to 15 U.S.C. § 15(a).

## 7.    <u>POINTS OF LAW</u>

Defendants deny any wrongdoing and maintain that at all times relevant herein Defendants were not in violation of either the Sherman or Clayton Acts as set

forth in 15 U.S.C. §§ 1, 2, 15, and 26; and 28 U.S.C. §§ 1331, 1337, and 1367, and 1391.

## 8.    **PREVIOUS MOTIONS**

Defendants filed the following motions:

(a)    Motion to Dismiss, or in the Alternative, To Stay Proceedings Pending Resolution of the Concurrent State of Hawaii Circuit Court Case;

(b)    Renewed Motion to Dismiss, or in the Alternative, To Stay Proceedings Pending Resolution of the Concurrent State of Hawaii Circuit Court Case, or to Continue Trial; and

(c)    Motion to Modify Amended Rule 16 Scheduling Order.

## 9.    **WITNESSES TO BE CALLED**

It is anticipated that the expert and lay witnesses from the Circuit Court matter will be called to testify in this federal case and the identities are set forth as follows:

Expert Witnesses:

| | | |
|---|---|---|
| 1. | Dennis M. Warren, Esq.<br>c/o John S. Nishimoto, Esq.<br>Ayabe, Chong, Nishimoto,<br> Sia & Nakamura<br>2500 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | Defendant; expected to testify as<br>to liability and damages. |

2.      Lawrence Wu, Ph.D.                   Dr. Wu is an economist who
        c/o Robbins & Associates            will testify with respect to
        Davies Pacific Center               monopoly and antitrust issues.
        841 Bishop Street, Suite 2200       Dr Wu will testify as to why
        Honolulu, Hawaii 96813              Plaintiffs' claims in these areas
                                            fail.


Lay Witnesses:

1.      Cindy Ackerman                      Receptionist; expected to testify
        c/o Robbins & Associates            as to liability.
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

2.      Mark Albers                         Deloitte & Touche Investigator;
        c/o Watanabe Ing & Komeiji          expected to testify as to liability.
        First Hawaiian Center
        23nd Floor
        999 Bishop Street
        Honolulu, Hawaii  96813

3.      Vernon Azuma, M.D.                  Medical Executive Committee;
        c/o Stanley M. Chow, Esq.           expected to testify as to liability.
        Char Hamilton Campbell & Thom
        Pacific Guardian Center
        2100 Mauka Tower
        737 Bishop Street
        Honolulu, Hawaii  96813

4.      Richard Banner, M.D.                Medical Director, AlohaCare;
        c/o Edward C. Kemper, Esq.          expected to testify as to liability.
        Kemper & Watts
        Alakea Corporate Tower
        1100 Alakea Street
        Suite 2400
        Honolulu, Hawaii 96813

5.      Bruce Behnke                        Expected to testify as to liability.
        (Address Unknown)

| | | |
|---|---|---|
| 6. | Kenneth Blickenstaff<br>c/o Watanabe Ing & Komeiji<br>First Hawaiian Center<br>23nd Floor<br>999 Bishop Street<br>Honolulu, Hawaii  96813 | Deloitte & Touche Investigator;<br>expected to testify as to liability. |
| 7. | Laura Bonilla<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Clinical Service Line Director,<br>Pediatrics<br>Kapi'olani Medical Center for<br>Women and Children; expected<br>to testify as to liability. |
| 8. | Tammy Breeden<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Receptionist; expected to testify<br>as to liability. |
| 9. | Bridgette Bourdoux, parent<br>of Kai Wilkinson<br>67-167 Kanoena Street<br>Waialua, Hawaii 96791 | Expected to testify as to liability. |
| 10. | Rodney Boychuk, M.D.<br>c/o Stanley M. Chow, Esq.<br>Char Hamilton Campbell & Thom<br>Pacific Guardian Center<br>2100 Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii  96813 | Expected to testify as to liability. |
| 11. | Henny Breen, R.N.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |
| 12. | Allen Britten, M.D.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |

13.     Norella Brooks, R.N.          Expected to testify as to liability.
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

14.     Rose Mary Bucher          Expected to testify as to liability.
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

15.     Dennis Buenavista, R.N.          Expected to testify as to liability.
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

16.     Ed Cadman          Expected to testify as to liability.
        (Address Unknown)

17.     Emily Chang          Expected to testify as to liability.
        Data Management National Protocols
        [Address Unknown]

18.     Dr. Char          Anesthesiologist; expected to
        c/o Robbins & Associates          testify as to liability.
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

19.     Mona J. Chong          Administrative Assistant, Office
        c/o Robbins & Associates          of Compliance; expected to
        Davies Pacific Center          testify as to liability.
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

20.     Carrie Cup Choy          Compliance;
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

| 21. | Jennifer Colby<br>c/o Arleen D. Jouxson-Meyers<br>Rafael G. del Castillo<br>Jouxson-Meyers & del Castillo<br>309 California Ave., Ste. 209<br>Wahiawa, Hawaii 96786 | Expected to testify as to liability. |
|---|---|---|
| 22. | Jill Confair<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |
| 23. | Lori Conley<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |
| 24. | Robert Cooney, M.D.<br>c/o Ryan Akamine, Esq.<br>2444 Dole Street<br>Bachman Hall 110<br>Honolulu, Hawaii 96822 | Associate Director<br>for Scientific Administration,<br>Cancer Research Center of<br>Hawaii; expected to testify as to<br>liability. |
| 25. | Kathleen Correia<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | KH CBO Manager; expected to<br>testify as to liability. |
| 26. | Pamela Courtney, R.N., M.S.N.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |
| 27. | Cindi Coyle, CPC<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | KMS Coding Team; expected to<br>testify as to liability. |

28.     Kenneth Dougan, M.D.            General Pediatrics and Pediatric
        c/o Dianne Brookins, Esq.       Hematology/ Oncology, Kaiser
        Alston Hunt Floyd & Ing         Permanente; expected to testify
        American Savings Bank Tower Bishop   as to liability.
        Street, Suite 1800 Honolulu, Hawaii
        96813

29.     Roger Drue                      Defendant; expected to testify as
        c/o Robbins & Associates        to liability issues.
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

30.     Kara England, CPC               KMS Coding Team; expected to
        c/o Robbins & Associates        testify as to liability.
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

31.     Judy Fadrowsky, R.N.            Compliance Manager; expected
        c/o Robbins & Associates        to testify as to liability.
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

32.     Dianne Fochtman, R.N.           Former Pediatric Oncology
        c/o Corlis J. Chang, Esq.       Nurse; expected to testify as to
        Goodsill Anderson Quinn         liability.
          & Stifel
        Alii Place, Suite 1800
        1099 Alakea Street
        Honolulu, Hawaii 96813

33.     Richard Friedman, M.D.          Former President of KMS;
        c/o The Queen=s Medical Ctr.    expected to testify as to liability.
        1301 Punchbowl Street
        Honolulu, Hawaii 96813

34.     Sarah Fryberger, M.D.           Expected to testify as to liability.
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

35.    Dale Fujimoto                          Expected to testify as to liability.
       c/o Robbins & Associates
       Davies Pacific Center
       841 Bishop Street, Suite 2200
       Honolulu, Hawaii 96813

36.    Alvin Fuse, M.D.                        Medical Executive Committee;
       c/o Stanley M. Chow, Esq.               expected to testify as to liability.
       Char Hamilton Campbell & Thom
       Pacific Guardian Center
       2100 Mauka Tower
       737 Bishop Street
       Honolulu, Hawaii  96813

37.    Leilynn Gabriel                         Expected to testify as to liability.
       c/o Robbins & Associates
       Davies Pacific Center
       841 Bishop Street, Suite 2200
       Honolulu, Hawaii 96813

38.    Mary Gaughran, R.N.                     HemOnc Charge Nurse;
       c/o Robbins & Associates               expected to testify as to liability.
       Davies Pacific Center
       841 Bishop Street, Suite 2200
       Honolulu, Hawaii 96813

39.    Debbie Gaynor                           KMS General Manager;
       c/o Robbins & Associates               expected to testify as to liability.
       Davies Pacific Center
       841 Bishop Street, Suite 2200
       Honolulu, Hawaii 96813

40.    J. Russell Geyer, M.D.                  Expected to testify as to liability.
       Children's Hospital &
          Regional Medical Center
       4800 Sand Point Way NE
       P.O. Box 5371
       Seattle, WA  98105-0371

| | | |
|---|---|---|
| 41. | Darryl Glaser, M.D.<br>c/o Gail Y. Cosgrove, Esq.<br>Hisaka Yoshida Cosgrove<br> & Ching<br>Pacific Guardian Center<br>737 Bishop Street, Suite 3000<br>Honolulu, Hawaii  96813 | KMS Employee; expected to testify as to liability. |
| 42. | Paul Goto<br>[Address Unknown] | Director, Hawaii Medical Service Association; expected to testify as to liability. |
| 43. | Camille Greco<br>c/o Watanabe Ing & Komeiji<br>First Hawaiian Center<br>23nd Floor<br>999 Bishop Street<br>Honolulu, Hawaii  96813 | Deloitte & Touche Investigator; expected to testify as to liability. |
| 44. | Frances A. Hallonquist<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Defendant; expected to testify as to liability. |
| 45. | Sherrel Hammar, M.D.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Defendant and Chairman, KMS Advisory Committee; expected to testify as to liability. |
| 46. | Kathleen Hanai-Lee, LSW<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Social Worker; expected to testify as to liability. |

47.    Christine Hara, M.D.                      Medical Executive Committee;
       c/o Stanley M. Chow, Esq.               expected to testify as to liability.
       Char Hamilton Campbell & Thom
       Pacific Guardian Center
       2100 Mauka Tower
       737 Bishop Street
       Honolulu, Hawaii  96813

48.    Dr. Hattori                               Anesthesiologist; expected to
       c/o Robbins & Associates               testify as to liability.
       Davies Pacific Center
       841 Bishop Street, Suite 2200
       Honolulu, Hawaii 96813

49.    Michael Healy, M.D.                       Chief of Pediatrics, The Queen=s
       1301 Punchbowl Street                  Medical Center; expected to
       Honolulu, Hawaii 96826                 testify as to liability.

50.    Robert Y. Hee                             Former Vice President of KMS;
       c/o Gail Y. Cosgrove, Esq.             expected to testify as to liability.
       Hisaka Yoshida Cosgrove
        & Ching
       Pacific Guardian Center
       737 Bishop Street, Suite 3000
       Honolulu, Hawaii  96813

51.    Ericka Hillmer                            Deloitte & Touche Investigator;
       c/o Watanabe Ing & Komeiji            expected to testify as to liability.
       First Hawaiian Center
       23nd Floor
       999 Bishop Street
       Honolulu, Hawaii  96813

52.    Patty Hisamoto                            Expected to testify as to liability.
       Office of Inspector General
       Room 5527, Cohen Building
       330 Independence Ave., S.W.
       Washington, D.C. 20201

53. Ann Ho                                          Expected to testify as to liability.
    c/o Robbins & Associates
    Davies Pacific Center
    841 Bishop Street, Suite 2200
    Honolulu, Hawaii 96813

54. Lynette Honbo, M.D.                             Medical Director; expected to
    State of Hawaii                                 testify as to liability.
    Department of Human Services
    Med-QUEST Division
    Medical Standards Branch
    601 Kamokila Boulevard
    Kapolei, Hawaii 96707

55. Mina Humphreys                                  Expected to testify as to liability.
    c/o Arleen D. Jouxson-Meyers
    Rafael G. del Castillo
    Jouxson-Meyers & del Castillo
    309 California Ave., Ste. 209
    Wahiawa, Hawaii 96786

56. Millie Ichinose                                 Pediatric OR Charge Nurse;
    c/o Robbins & Associates                        expected to testify as to liability.
    Davies Pacific Center
    841 Bishop Street, Suite 2200
    Honolulu, Hawaii 96813

57. Earl Inouye                                     Expected to testify as to liability.
    c/o Robbins & Associates
    Davies Pacific Center
    841 Bishop Street, Suite 2200
    Honolulu, Hawaii 96813

58. Sharon Inouye                                   Compliance/Accounting;
    c/o Robbins & Associates                        expected to testify as to liability.
    Davies Pacific Center
    841 Bishop Street, Suite 2200
    Honolulu, Hawaii 96813

59.     Brian Issel, M.D.                        Associate Director for
        c/o Ryan Akamine, Esq.                   Clinical Affairs, Cancer
        2444 Dole Street                         Research Center of Hawaii;
        Bachman Hall 110                         expected to testify as to liability.
        Honolulu, Hawaii 96822

60.     Robert Jim, M.D.                         Medical Executive Committee;
        c/o Stanley M. Chow, Esq.                expected to testify as to liability.
        Char Hamilton Campbell & Thom
        Pacific Guardian Center
        2100 Mauka Tower
        737 Bishop Street
        Honolulu, Hawaii  96813

61.     Greg Jones, Esq.                         Expected to testify as to liability.
        Office of Inspector General
        Room 5527, Cohen Building
        330 Independence Ave., S.W.
        Washington, D.C. 20201

62.     Michelle Kakazu                          Financial Planning; expected to
        c/o Robbins & Associates                 testify as to liability.
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

63.     Lori Kam                                 Expected to testify as to liability.
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

64.     Sandra Kimura                            Expected to testify as to liability.
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

65.     Becky Kolb                              Expected to testify as to liability.
        c/o John S. Nishimoto, Esq.
        Ayabe, Chong, Nishimoto,
          Sia & Nakamura
        2500 Pauahi Tower
        1001 Bishop Street
        Honolulu, Hawaii 96813

66.     Carol Kotsubo, R.N.                     Pediatric Oncology Clinical
        c/o Robbins & Associates                Nurse Specialist; expected to
        Davies Pacific Center                   testify as to liability.
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

67.     Wade Kyono, M.D.                        KMS Employee; expected to
        c/o Robbins & Associates                testify as to liability.
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

68.     Dew-Anne Langcaon                       Former Chief Operating Officer;
        c/o Robbins & Associates                expected to testify as to liability.
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

69.     Shigeko O. Lau, M.D.                    Expected to testify as to liability.
        c/o Straub Clinic & Hospital
        888 South King Street
        Honolulu, Hawaii 96813

70.     Jeri Leong                              Outside Coding Consultant;
        c/o Thomas R. Sylvester, Esq.           expected to testify as to liability.
        Bendet, Fidell, Sakai & Lee
        81 Bishop Street, Suite 1500
        Honolulu, Hawaii  96813

71.     Gail Lerch                              Expected to testify as to liability.
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

| | | |
|---|---|---|
| 72. | Peter Locatelli, M.D.<br>77-6447 Kuakini Highway<br>Kailua-Kona, Hawaii 96707 | Expected to testify as to liability. |
| 73. | Donna Lee McCleary, M.D.<br>c/o Dianne Brookins, Esq.<br>Alston Hunt Floyd & Ing<br>American Savings Bank Tower Bishop<br>Street, Suite 1800 Honolulu, Hawaii<br>96813 | Vice President of Medical<br>Group, Hawaii Permanente<br>Medical Group; expected to<br>testify as to liability. |
| 74. | Kathy McGarvey<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |
| 75. | Carmen Mallegni<br>c/o Watanabe Ing & Komeiji<br>First Hawaiian Center<br>23nd Floor<br>999 Bishop Street<br>Honolulu, Hawaii  96813 | Deloitte & Touche Investigator;<br>expected to testify as to liability. |
| 76. | Joane Marshall<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |
| 77. | Marsha Marumoto, M.D.<br>c/o Dianne Brookins, Esq.<br>Alston Hunt Floyd & Ing<br>American Savings Bank Tower Bishop<br>Street, Suite 1800 Honolulu, Hawaii<br>96813 | Chief General Pediatrics and<br>Pediatric Hematology/<br>Oncology, Kaiser Permanente;<br>expected to testify as to liability.<br>as to liability. |
| 78. | Mary Ann Lee Matsui<br>c/o Arleen D. Jouxson-Meyers<br>Rafael G. del Castillo<br>Jouxson-Meyers & del Castillo<br>309 California Ave., Ste. 209<br>Wahiawa, Hawaii 96786 | Expected to testify as to liability. |

| | | |
|---|---|---|
| 79. | Keith Matsumoto, M.D.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | KMCWC Chairman, Board of<br>Directors; expected to testify as<br>to liability. |
| 80. | Desiree Medeiros, M.D.<br>c/o Gail Y. Cosgrove, Esq.<br>Hisaka Yoshida Cosgrove<br>  & Ching<br>Pacific Guardian Center<br>737 Bishop Street, Suite 3000<br>Honolulu, Hawaii  96813 | KMS Employee; expected to<br>testify as to liability. |
| 81. | Marion Melish, M.D.<br>c/o John S. Edmunds, Esq.<br>Edmunds & Verga<br>2104 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii  96813 | Expected to testify as to liability. |
| 82. | Tracy Methered<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Clinical Information System<br>Analyst; expected to testify as to<br>liability. |
| 83. | John Minor<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Director, Patient Registration;<br>expected to testify as to liability. |
| 84. | Dr. Miyahara<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Anesthesiologist; expected to<br>testify as to liability. |

| | | |
|---|---|---|
| 85. | Phillip Moon, Esq.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Former KH General Counsel;<br>expected to testify as to liability. |
| 86. | Desiree Ann Mori<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Receptionist; expected to testify<br>as to liability. |
| 87. | Willow Morton<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |
| 88. | Linda Nahulu, M.D.<br>c/o Stanley M. Chow, Esq.<br>Char Hamilton Campbell & Thom<br>Pacific Guardian Center<br>2100 Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii  96813 | Medical Executive Committee;<br>expected to testify as to liability. |
| 89. | Kenneth Nakamura, M.D.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Medical Director; expected to<br>testify as to liability. |
| 90. | Cindy Lou Neely<br>c/o Edward C. Kemper, Esq.<br>Kemper & Watts<br>Alakea Corporate Tower<br>1100 Alakea Street<br>Suite 2400<br>Honolulu, Hawaii 96813 | Chief Financial Officer,<br>AlohaCare; expected to testify<br>as to liability. |

91.     Lawrence O=Brien                           Former KMCWC Chief
        c/o Robbins & Associates                   Executive Officer; expected to
        Davies Pacific Center                      testify as to liability.
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

92.     Dee Ann Omatsu, R.N.                        Expected to testify as to liability.
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

93.     Sharon On Leng, Esq.                        Former KH General Counsel;
        c/o Robbins & Associates                   expected to testify as to liability.
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

94.     Ginger Osman                               Executive Director, UCLA;
        UCLA Dept. of Pediatrics                   expected to testify as to liability.
        David Geffen School of Medicine at
        UCLA
        10833 Le Conte Avenue
        Los Angeles, California 90095

95.     Sharon Powlison, R.N.                       Expected to testify as to liability.
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

96.     Jean Quigby, R.N.                           Expected to testify as to liability.
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

97.     Bob Quillinan                              Deloitte & Touche Investigator;
        c/o Watanabe Ing & Komeiji                 expected to testify as to liability.
        First Hawaiian Center
        23nd Floor
        999 Bishop Street
        Honolulu, Hawaii  96813

| | | |
|---|---|---|
| 98. | Dale Reimer<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Director Clinical Services;<br>expected to testify as to liability. |
| 99. | Judy Riesen<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |
| 100. | Richard Robel<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | KH Compliance Officer;<br>expected to testify as to liability. |
| 101. | Linda Rosen, M.D.<br>c/o Jill Nagamine, Esq.<br>Dept. of the Attorney General<br>45 S. King St., Room 200<br>Honolulu, Hawaii  96813 | Deputy Director for Health<br>Resources Administration of<br>Department of Health; expected<br>to testify as to liability. |
| 102. | Raul Rudoy, M.D.<br>c/o Ryan Akamine, Esq.<br>2444 Dole Street<br>Bachman Hall 110<br>Honolulu, Hawaii 96822 | Professor and Chairman, U.H.<br>School of Medicine,<br>Department of Pediatrics;<br>expected to testify as to liability. |
| 103. | David Sakamoto, M.D.<br>c/o Robyn B. Chun, Esq.<br>Deputy Attorney General<br>Dept. of the Attorney General<br>465 S. King Street, Room 200<br>Honolulu, Hawaii  96813 | Administrator, Department of<br>Health and Human Services<br>Division; expected to testify as<br>to liability. |
| 104. | Steven S. Sameshima, M.D.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |

| 105. | Amy Schearer<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Clinical Information System<br>Analyst; expected to testify as to<br>liability. |
|---|---|---|
| 106. | Julie Sestak, R.N.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |
| 107. | Michael L. Shaw, Esq.<br>Office of Inspector General<br>Room 5527, Cohen Building<br>330 Independence Ave., S.W.<br>Washington, D.C. 20201 | General Counsel; expected to<br>testify as to liability. |
| 108. | Walton Shim, M.D.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | KMCWC Chief of Staff;<br>expected to testify as to liability. |
| 109. | Bruce Shiramizu<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |
| 110. | Michael Sia, M.D.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Chair, Department of Pediatrics;<br>expected to testify as to liability. |
| 111. | Charles A. Sted<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Chief Executive Officer;<br>expected to testify as to liability. |

112.    Martha B. Smith                          Chief Operating Officer;
        c/o Robbins & Associates                 expected to testify as to liability.
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

113.    Jack Sui                                 Expected to testify as to liability.
        (Address Unknown)

114.    Don Svendson                             Deloitte & Touche Investigator;
        c/o Watanabe Ing & Komeiji               expected to testify as to liability.
        First Hawaiian Center
        23nd Floor
        999 Bishop Street
        Honolulu, Hawaii  96813

115.    Cathy Tamanaha                           Human Resources; Expected to
        c/o Robbins & Associates                 testify as to liability.
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

116.    Joelle Tanaka                            Expected to testify as to liability.
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

117.    Jane Thorpe, R.N.                        Expected to testify as to liability.
        c/o Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

118.    Tracie Ann Tjapkes                       KMS General Manager;
        c/o Robbins & Associates                 expected to testify as to liability.
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

| | | |
|---|---|---|
| 119. | Robert Tyson, M.D.<br>c/o Stanley M. Chow, Esq.<br>Char Hamilton Campbell & Thom<br>Pacific Guardian Center<br>2100 Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii  96813 | Medical Executive Committee;<br>expected to testify as to liability. |
| 120. | James Vagenas<br>c/o Watanabe Ing & Komeiji<br>First Hawaiian Center<br>23nd Floor<br>999 Bishop Street<br>Honolulu, Hawaii  96813 | Deloitte & Touche Investigator;<br>expected to testify as to liability. |
| 121. | Carl Vogel, M.D.<br>c/o Ryan Akamine, Esq.<br>2444 Dole Street<br>Bachman Hall 110<br>Honolulu, Hawaii 96822 | Administrator, Cancer Research<br>Center of Hawaii; expected to<br>testify as to liability. |
| 122. | Randy Wada, M.D.<br>c/o Ryan Akamine, Esq.<br>2444 Dole Street<br>Bachman Hall 110<br>Honolulu, Hawaii 96822 | KMS Employee; expected to<br>testify as to liability. |
| 123. | Ken Ward, M.D.<br>Kapiolani Medical Center<br>  for Women & Children<br>1319 Punahou Street, #824<br>Honolulu, Hawaii 96826 | Chair, Dept. of OB/GYN<br>JABSOM; expected to testify as<br>to liability. |
| 124. | Dennis M. Warren, Esq.<br>c/o John S. Nishimoto, Esq.<br>Ayabe, Chong, Nishimoto,<br>  Sia & Nakamura<br>2500 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |

| | | |
|---|---|---|
| 125. | Jaime Wheeler<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |
| 126. | Robert Wilkinson, M.D.<br>c/o Arleen D. Jouxson-Meyers<br>Rafael G. del Castillo<br>Jouxson-Meyers & del Castillo<br>309 California Ave., Ste. 209<br>Wahiawa, Hawaii 96786 | Former Medical Director of Hematology/Oncology Division; expected to testify as to liability. |
| 127. | Neal Winn, M.D.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Defendant and Former Chief Medical Officer; expected to testify as to liability. |
| 128. | Dawn Wittke, CPC<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | KMS Coding Team; expected to testify as to liability. |
| 129. | Carmen Wolf, R.N.<br>c/o Watanabe Ing & Komeiji<br>First Hawaiian Center<br>23nd Floor<br>999 Bishop Street<br>Honolulu, Hawaii 96813 | Deloitte & Touche Investigator; expected to testify as to liability. |
| 130. | Alan Wong<br>(Address Unknown) | Expected to testify as to liability. |
| 131. | Joyce Wong, R.N.<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |

| 132. | Kelley A. Woodruff, M.D.<br>c/o Arleen D. Jouxson-Meyers<br>Rafael G. del Castillo<br>Jouxson-Meyers & del Castillo<br>309 California Ave., Ste. 209<br>Wahiawa, Hawaii 96786 | Plaintiff; expected to testify as to liability. |
|---|---|---|
| 133. | Brenda Wright<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Mother of Angelica Wright; expected to testify as to liability. |
| 134. | Kathy Yanik<br>c/o Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | Expected to testify as to liability. |
| 135. | Henry Yim, M.D.<br>45-710 Kamehameha Highway<br>Kaneohe, Hawaii 96744 | Expected to testify as to liability. |
| 136. | Susan Young, R.N.<br>c/o David Simons, Esq.<br>707 Richards Street, PH1<br>Honolulu, Hawaii 96813 | Former Director of Pediatrics and Transport; expected to testify as to liability. |
| 137. | Parents/Patients of the PAU, whose identities have yet to be determined | If and as necessary family members of patients to testify re: conflicts among the PAU physicians. |

Defendants reserve the right to call and/or name any and all witnesses named and/or called by plaintiffs in this action, including rebuttal witnesses.

Defendants reserve the right to substitute and add expert and lay witnesses, as necessary and as continuing discovery discloses the need to do so.

27

10. **EXHIBITS, SCHEDULES AND SUMMARIES**

Discovery has not progressed to a point where this subject can be adequately addressed.

11. **FURTHER DISCOVERY OR MOTIONS**

The parties are attempting to agree to a discovery schedule for the remaining deponents in the state action.

It is too early to predict what other motions will be filed. However, it is anticipated that numerous motions in limine will be filed prior to trial. Additionally, a *res judicata* motion will likely be filed pending resolution of the state action.

12. **STIPULATIONS**

No stipulations have been entered into at this time.

13. **AMENDMENTS, DISMISSAL**

No amendments to the pleadings are requested at present. The option of dismissal of the action without prejudice has been evaluated by the parties. HPH Defendants remain agreeable to dismissal of this action with Plaintiff's retaining the right to refile subsequent to the conclusion of the state action.

14. **SETTLEMENT DISCUSSIONS**

There have been no settlement discussions.

15.    **AGREED STATEMENT**

An agreed statement of facts is not presently regarded as either feasible or desirable.

16.    **BIFURCATION, SEPARATE TRIAL OF ISSUES**

Bifurcation or a separate trial of issues is not presently regarded as either feasible or desirable.

17.    **REFERENCE TO MASTER OR MAGISTRATE**

At present, reference of the action to a master or a magistrate does not appear to be either feasible or desirable.

18.    **APPOINTMENT AND LIMITATION OF EXPERTS**

The appointment by the Court of an impartial expert or a limitation on the number of expert witnesses is not presently regarded as either feasible or desirable.

19.    **TRIAL**

Trial is scheduled for October 3, 2006.

20.    **ESTIMATE OF TRIAL TIME**

A trial involving no more than 15 Court days is expected.

21.    **CLAIMS OF PRIVILEGE OR WORK PRODUCT**

At present, no claims of privilege or work product limit Defendants' preparation of this pretrial statement.

22.    **MISCELLANEOUS**

No miscellaneous matters have presently been identified for inclusion in this pretrial statement.

DATED:  Honolulu, Hawaii, August 29, 2006.


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAIʻI PACIFIC HEALTH,
KAPIʻOLANI MEDICAL SPECIALISTS
AND KAPIʻOLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN


Civil No. CV03-00708 SOM-LEK; Hawaii Childrenɔs Blood and Cancer Group v. Hawai`i Pacific Health, et al.; DEFENDANTS HAWAIʻI PACIFIC HEALTH, KAPIʻOLANI MEDICAL SPECIALISTS, AND KAPIʻOLANI MEDICAL CENTER FOR WOMEN AND CHILDRENɔS PRETRIAL STATEMENT