THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP, | ) CIVIL NO. CV03-00708 SOM-LEK<br>) (Other Civil Action)<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE<br>) |
| vs. | )<br>) |
| HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, | )<br>)<br>) TRIAL: 10/3/06<br>) JUDGE: SUSAN OKI MOLLWAY<br>) |
| Defendants.<br>_____ | )<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

RAFAEL G. DEL CASTILLO, ESQ.    August 29, 2006
rdelcastillo@physicianslawfirm.com

Served by First Class Mail:

ARLEEN D. JOUXSON-MEYERS, ESQ.          August 29, 2006
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii  96786

    Attorneys for Plaintiff


DATED:  Honolulu, Hawaii,  August 29, 2006.


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN


Civil No. CV03-00708 SOM-LEK; <u>Hawaii Children=s Blood and Cancer Group v. Hawai`i Pacific Health, et al.</u>; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN=S PRETRIAL STATEMENT