# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/05/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00708SOM-LEK |
| CASE NAME: | Hawaii Children's Blood and Cancer Group vs Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | |
| DATE: | 09/05/2006 | TIME: | |

COURT ACTION:  EO:

Having been informed that the parties agree to continue deadlines and the trial date in light of the schedule for the related state case, the trial judge continues all pretrial deadlines in this case for 120 days beyond when they were scheduled for, and the trial is continued to February 6, 2007.   The trial may not be continued except by the trial judge.

New dates:

1. Jury trial on February 6, 2007 at 9:00 a.m. before SOM
2. Final Pretrial Conference on January 2, 2007 at 2:00 p.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by December 26, 2006
5.
6.
7.
8a. File Motions in Limine by January 10, 2007
8b. File opposition memo to a Motion in Limine by January 17, 2007
11a.
11b.
12.
13. Settlement Conference set for January 2, 2007 at 2:00 p.m. before LEK
14. Settlement Conference statements by December 26, 2006

20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by January 17, 2007
21. File Final witness list by January 10, 2007
24. Exchange Exhibit and Demonstrative aids by January 3, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by January 10, 2007
26. File objections to the Exhibits by January 17, 2007
28a. File Deposition Excerpt Designations by January 10, 2007
28b. File Deposition Counter Designations and Objections by January 17, 2007
29. File Trial Brief by January 17, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:

Submitted by: Toni Fujinaga, Courtroom Manager.