9/1/2006 2:37 PM FROM: Jouxson-Meyers del Jouxson-Meyers del TO: 541-1724 PAGE: 001 OF 002

# Jouxson-Meyers
# & del Castillo

Attorneys at Law
a Limited Liability Law Company

Date/Time:   9/1/2006 2:37:44 PM

| | | | |
|---|---|---|---|
| To: | Hon. Susan Oki Mollway | Fax #: | 541-1724 |
| From: | Rafael del Castillo | Fax #: | (808) 422-8772 |

Subject: Woodruff, et al., v. Hawai`i Pacific Health, et al.,
Civil Nos. 02-0090-01 (BIA) and CV03-00708 SOM/LEK

Pages: 2

Note: Please see attached letter from Rafael del Castillo to the Honorable Susan Oki Mollway in Civil No. 03-00708 SOM/LEK

CONFIDENTIALITY. This facsimile communication originated from the office of Rafael del Castillo, Jouxson-Meyers & del Castillo, AAL, LLLC. This message and all attachments are intended only for the confidential use of the designated recipient(s) and may include privileged and confidential attorney-client communication or work product. If you have received this facsimile communication in error, please notify me immediately by telephone at U.S. (808) 621-8806. Any review, distribution, or copying of this message is strictly prohibited. Thank you for your assistance.

302 California Ave.
Suite 209
Wahiawa, Hawai`i 96786
Phone: (808) 621-8806
Fax:   (808) 422-8772

Rafael G. del Castillo, Member

Email Arleen: ajouxson@physicianslawfirm.com
Email Rafael: rdelcastillo@physicianslawfirm.com

9/1/2006 2:37 PM  FROM: Jouxson-Meyers _del Jouxson-Meyers_del  TO: 541-1724  PAGE: 002 OF 002

# *Jouxson-Meyers*
# *& del Castillo*
Attorneys at Law
a Limited Liability Law Company

September 1, 2006

Via facsimile (541-1724)

Honorable Susan Oki Mollway
U.S. District Court Judge
District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-0338

Re:   Hawaii Children's Blood and Cancer Group vs. Hawai'i Pacific Health, et al., Civil No. CV 03-00708 SOM-LEK

Dear Judge Mollway:

    We write to advise you that—having conferred regarding the existing schedule set by your order in the above-referenced matter and your determination that the stay should remain in place until the case in the First Circuit Court, State of Hawai'i, is resolved—the parties have agreed that they would have no objection to your issuance of an order vacating all existing pre-trial dates and the present trial date of October 3, 2006 pending the resolution of the case in State court. Magistrate Kobayashi's clerk, Warren Nakamura, was apprised of this development this afternoon.

    Thank you for your assistance to the parties. We would appreciate an advisory from your chambers should you require that we submit any further correspondence or papers in connection with the scheduling issue.

Very truly yours,

Rafael G. del Castillo

cc:   Kenneth S. Robbins, Esq. (via facsimile)

302 California Ave.
Suite 209
Wahiawa, Hawai'i 96786
Phone: (808) 621-8806
Fax:     (808) 422-8772

Email Arleen: *ajouxson@physicianslawfirm.com*
Email Rafael: *rdelcastillo@physicianslawfirm.com*

Rafael G. del Castillo, Member