# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/09/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 03-00708SOM-LEK |
| CASE NAME: | Hawaii Children's Blood and Cancer Vs. Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Rafael G. Del Castillo |
| ATTYS FOR DEFT: | Kenneth S. Robbins and Andrew Meyer |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | None |
| DATE: | 01/09/2007 | TIME: | 9:10a,m.-9:13a.m. |

COURT ACTION:   EP: Status Conference-Re:Trial Date and other Deadlines-An Amended Rule 16 Scheduling Order will be issued with new Trial, Final PreTrial Conference Date and other Scheduling Deadlines.

1. Jury Trial on January 29, 2008 @9:00 a.m. beforeSOM
2. Final Pretrial Conference on December 11, 2007 @9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by December 04, 2007
5. File motions to Join/Add Parties/Amend Pleadings-Closed
6. File other Non-Dispositive Motions by October 31, 2007
7. File Dispositive Motions by August 29, 2007
8a. File Motions in Limine by January 8, 2008
8b. File opposition memo to a Motion in Limine by January 15, 2008
11a. Plaintiff's Expert Witness Disclosures by July 30, 2007
11b. Defendant's Expert Witness Disclosures by August 29, 2007
12. Discovery deadline November 30, 2007
13. Settlement Conference-On Call
14. Settlement Conference statements by
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by January 15, 2008
21. File Final witness list by January 8, 2008
24. Exchange Exhibit and Demonstrative aids by January 3, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by January 8,

|       |                                                                              |
|-------|------------------------------------------------------------------------------|
|       | 2008                                                                         |
| 26.   | File objections to the Exhibits by January 15, 2008                          |
| 28a.  | File Deposition Excerpt Designations by January 8, 2008                      |
| 28b.  | File Deposition Counter Designations and Objections by January 15, 2008      |
| 29.   | File Trial Brief by January 15, 2008                                         |
| 30.   | File Findings of Fact & Conclusions of Law by N/A                            |

Other Matters:

Submitted by Leslie L. Sai, Courtroom Manager

CV NO. 03-00708SOM-LEK;
Hawaii Children's Blood and Cancer Vs. Hawaii Pacific Health, et al.;
Rule 16 Scheduling Conference Minutes
01/09/2007