IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP, | ) ) ) | CIVIL NO. 03-00708 SOM/LEK |
| Plaintiff, | ) ) ) | ORDER ADMINISTRATIVELY CLOSING CASE CONSISTENT WITH PREVIOUSLY ORDERED STAY |
| vs. | ) ) | |
| HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ADMINISTRATIVELY CLOSING CASE
CONSISTENT WITH PREVIOUSLY ORDERED STAY

     This court has previously imposed a stay in this case pending disposition of a related state court case. In light of that stay, the court orders the case administratively closed. The case shall be administratively reopened by the Clerk of Court upon the occurrence of the earliest of any of the following: (1) the filing of any motion; (2) the filing by any party of a notice indicating that related state court proceedings have been completed; or (3) further order by this court reopening this case, which may occur either sua sponte or pursuant to a party's motion.

     The administrative closing of this case is a matter separate and apart from the previously ordered stay. The terms of the previously ordered stay remain in effect, and the present closing of the case is an administrative matter only and does not

affect that stay or any party's rights and obligations.  The closing of this case has no impact on any limitation period applicable to this case, does not either nullify or extend any deadline previously imposed by the court, and in no way implicates any filing fee.

      DATED: Honolulu, Hawaii; January 23, 2007.



      /s/ Susan Oki Mollway
      Susan Oki Mollway
      United States District Judge

HAWAII CHILDREN'S BLOOD AND CANCER GROUP vs. HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN; CIVIL NO. 03-00708 SOM/LEK; ORDER ADMINISTRATIVELY CLOSING CASE CONSISTENT WITH PREVIOUSLY ORDERED STAY