IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP, | ) ) | CIVIL NO. 03-00708 SOM/LEK |
| | ) | ORDER REOPENING CASE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER REOPENING CASE

This court now reopens this case effective immediately and directs the attorneys to provide the trial judge with a letter outlining the status of the related state court case, including the state court trial schedule.  This correspondence should be received by this court no later than April 2, 2007.

DATED: Honolulu, Hawaii; March 13, 2007.



_____
Susan Oki Mollway
United States District Judge