AYABE, CHONG, NISHIMOTO,
   SIA & NAKAMURA
A Limited Liability Law Partnership

JOHN S. NISHIMOTO        1820-0
MICHAEL J. VAN DYKE     6817-0
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawaii 96813
Telephone: 808-537-6119
Facsimile: 808-526-3491
E-mail:  John.Nishimoto@hawadvocate.com
         Michael.VanDyke@hawadvocate.com

Attorneys for Defendant
DENNIS WARREN, ESQ.

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2007 FEB -7 PM 3:20

T. WONG
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| KELLEY WOODRUFF, M.D. and HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>        Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAPI'OLANI MEDICAL SPECIALISTS; KAPI'OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN; ROGER DRUE; FRANCES A. HALLONQUIST; NEAL WINN, M.D.; SHERREL HAMMAR, M.D.; DELOITTE & TOUCHE LLP; DENNIS M. WARREN, ESQ.; JOHN DOES 1-99; JANE DOES 1-99 DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>        Defendants. | CIVIL NO. 02-1-0090-01 BIA<br>(Other Civil Action)<br><br>ORDER DENYING PLAINTIFFS' RENEWED AMENDED FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT FILED MARCH 28, 2006<br><br><br><br><br>HEARING:<br>DATE:   September 21, 2006<br>TIME:   10:30 a.m.<br>JUDGE:  The Honorable Bert I. Ayabe<br><br>TRIAL DATE: October 1, 2007 |

2003-306/#285701

ORDER DENYING PLAINTIFFS' RENEWED AMENDED FIRST MOTION FOR
PARTIAL SUMMARY JUDGMENT FILED MARCH 28, 2006

PLAINTIFFS' Renewed Amended First Motion for Partial Summary Judgment (hereafter "Plaintiffs' Motion") came on regularly for hearing on September 21, 2006 at 10:30 a.m. before the Honorable Bert I. Ayabe, Judge of the above entitled Court. Arleen D. Jouxson, Esq. and Rafael G. Del Castillo, Esq. appeared on behalf of Movants/Plaintiffs. Kenneth S. Robbins, Esq. appeared on behalf of Defendants Hawai'i Pacific Health, Kapi'olani Medical Specialists, Kapi'olani Medical Center For Women and Children, Roger Drue, Frances A. Hallonquist, Neal Winn, M.D., and Sherrel Hammar, M.D. (hereinafter collectively referred to as "HPH Defendants"). John T. Komeiji, Esq. and Karen Y. Arikawa, Esq. appeared on behalf of Defendant Deloitte & Touche LLP (hereafter "D&T"). John S. Nishimoto, Esq. and Michael J. Van Dyke, Esq. appeared on behalf of Defendant Dennis Warren, Esq. (hereafter "Mr. Warren").

The Court, having reviewed and considered the memoranda and exhibits submitted by the parties, having heard the arguments of counsel, and based upon the applicable law of Hawaii and the records, files, and pleadings herein, the Court finds that: in their Motion, Plaintiffs refer to "the Warren defamatory statements" in Count IX (Defamation) of Plaintiffs' Second Amended Complaint; "the Warren defamatory statements" concern statements made by Mr. Warren in the Voluntary Disclosure Submission (hereafter "VDS") that was submitted to the Office of Inspector General (hereafter "OIG"); even if the statements could be construed as defamation *per se*,

KELLEY WOODRUFF, M.D. vs. HAWAI'I PACIFIC HEALTH, et al.; *Civil No. 02-1-0090-01 (BIA)*; *ORDER DENYING PLAINTIFFS' RENEWED AMENDED FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT FILED MARCH 28, 2006*

2

based on the evidence presented and this Court's rulings on Mr. Warren's Motion for Summary Judgment, the substantive Joinders thereto, and D&T's Motion for Summary Judgment as to Count IX (Defamation) of the Second Amended Complaint filed February 17, 2005, Defendants had a qualified privilege and the privilege was not abused; as to the other defenses referred to in Plaintiffs' Motion, Plaintiffs fail to present any new argument. Therefore, this Court denies Plaintiffs' Renewed Amended First Motion for Partial Summary Judgment.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Renewed Amended First Motion For Partial Summary Judgment is denied.

DATED: Honolulu, Hawaii, FEB 06 2007

BERT I. AYABE
JUDGE OF THE ABOVE-ENTITLED COURT

**APPROVED AS TO FORM:**

ARLEEN D. JOUXSON, ESQ.
RAFAEL G. DEL CASTILLO, ESQ.
Attorneys for Plaintiffs

---

KELLEY WOODRUFF, M.D. vs. HAWAI'I PACIFIC HEALTH, et al.; *Civil No. 02-1-0090-01 (BIA); **ORDER DENYING PLAINTIFFS' RENEWED AMENDED FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT FILED MARCH 28, 2006***

_____
KENNETH S. ROBBINS, ESQ.
Attorneys for Defendants
  Hawai'i Pacific Health,
  Kapi'olani Medical Specialists,
  Kapi'olani Medical Center for Women
  and Children, Roger Drue, Frances A.
  Hallonquist, Neal Winn, M.D., and
  Sherrel Hammar, M.D.

_____
JOHN T. KOMEIJI, ESQ.
KAREN Y. ARIKAWA, ESQ.
  Attorneys for Defendant
  Deloitte & Touche LLP

_____
JOHN S. NISHIMOTO
MICHAEL J. VAN DYKE
  Attorneys for Defendant
  DENNIS WARREN, ESQ.

---

KELLEY WOODRUFF, M.D. vs. HAWAI'I PACIFIC HEALTH, et al.; Civil No. 02-1-0090-01 (BIA); **ORDER DENYING PLAINTIFFS' RENEWED AMENDED FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT FILED MARCH 28, 2006**