384143.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2007 MAR 23 AM 10: 57

JOHN T. KOMEIJI     #2498-0
GREGG M. USHIRODA   #5868-0
KAREN Y. ARIKAWA    #7684-0
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300

R. HIGA
CLERK

Attorneys for Defendant
**DELOITTE & TOUCHE LLP**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KELLEY WOODRUFF, M.D. and HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAPI'OLANI MEDICAL SPECIALISTS; KAPI'OLANI MEDICAL CENTER FOR WOMEN and CHILDREN; ROGER DRUE; FRANCES A. HALLONQUIST; NEAL WINN, M.D.; SHERREL HAMMAR, M.D.; DELOITTE & TOUCHE LLP; DENNIS M. WARREN, ESQ.; JOHN DOES 1-99; JANE DOES 1-99; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants. | CIVIL NO. 02-1-0090-01 (BIA)<br>(Other Civil Action)<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR HRCP RULE 54(b) CERTIFICATION OF ORDER GRANTING DEFENDANT DELOITTE & TOUCHE LLP'S MOTION FOR SUMMARY JUDGMENT AS TO COUNT IX, FILED JANUARY 19, 2007, OR FOR LEAVE TO FILE INTERLOCUTORY APPEAL<br><br>Hearing:<br>Date:   February 27, 2007<br>Time:   9:15 a.m.<br>Judge:  Hon. Bert I. Ayabe<br><br>Trial: October 1, 2007 |

ORDER DENYING PLAINTIFFS' MOTION FOR HRCP RULE 54(b)
CERTIFICATION OF ORDER GRANTING DEFENDANT DELOITTE & TOUCHE LLP'S
MOTION FOR SUMMARY JUDGMENT AS TO COUNT IX, FILED
JANUARY 19, 2007, OR FOR LEAVE TO FILE INTERLOCUTORY APPEAL

Plaintiffs KELLEY WOODRUFF, M.D. and HAWAII CHILDREN'S BLOOD AND CANCER GROUP (collectively referred to as "Plaintiffs") having filed their Motion For HRCP Rule 54(b) Certification Of Order Granting Defendant Deloitte & Touche LLP's Motion For Summary Judgment As To Count IX, Filed January 19, 2007, Or For Leave To File Interlocutory Appeal ("Motion") on February 12, 2007; said Motion having been set for hearing before the Honorable Bert I. Ayabe on February 27, 2007 at 9:15 a.m.;

**John T. Komeiji, Esq.** and **Karen Y. Arikawa, Esq.** having appeared on behalf of Defendant DELOITTE & TOUCHE LLP; **Kenneth S. Robbins, Esq.** and **John-Anderson L. Meyer, Esq.** having appeared on behalf of Defendants HAWAII PACIFIC HEALTH, KAPIOLANI MEDICAL SPECIALISTS, KAPIOLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, ROGER DRUE, FRANCES A. HALLONQUIST, NEAL WINN, M.D., SHERREL HAMMAR, M.D.; **Michael J. Van Dyke, Esq.** having appeared on behalf of Defendant DENNIS M. WARREN, ESQ.; and **Rafael G. del Castillo, Esq.** and **Arleen D. Jouxson-Meyers, Esq.** having appeared on behalf of Plaintiffs;

the Court having reviewed and considered the Motion and all submissions and arguments related thereto, and being duly

advised in the premises, good cause appearing therefor, hereby finds as follows:

(1) that the Court does not favor piecemeal appeals; and

(2) that Plaintiffs failed to show how the granting of the interlocutory appeal would lead to the speedy termination of the litigation or that a 54(b) certification was proper.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion is DENIED.

DATED: Honolulu, Hawai'i    MAR 2 2 2007    .

BERT I. AYABE
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

_____
ARLEEN D. JOUXSON-MEYERS, ESQ.
RAFAEL G. DEL CASTILLO, ESQ.
Attorneys for Plaintiffs
KELLEY WOODRUFF, M.D. and HAWAII
CHILDREN'S BLOOD AND CANCER GROUP

---

Kelley Woodruff, M.D., et al,. Plaintiffs vs. Hawaii Pacific Health, et al., Defendants; Civil No. 02-1-0090-01 (BIA); ORDER DENYING PLAINTIFFS' MOTION FOR HRCP RULE 54(b) CERTIFICATION OF ORDER GRANTING DEFENDANT DELOITTE & TOUCHE LLP'S MOTION FOR SUMMARY JUDGMENT AS TO COUNT IX, FILED JANUARY 19, 2007, OR FOR LEAVE TO FILE INTERLOCUTORY APPEAL

APPROVED AS TO FORM:

_____
KENNETH S. ROBBINS, ESQ.
JOHN-ANDERSON L. MEYER, ESQ.
Attorney for Defendants HAWAII PACIFIC HEALTH,
KAPIOLANI MEDICAL SPECIALISTS, KAPIOLANI
MEDICAL CENTER FOR WOMEN AND CHILDREN, ROGER DRUE,
FRANCES A. HALLONQUIST, NEAL WINN, M.D., and
SHERREL HAMMAR, M.D.


APPROVED AS TO FORM:

_____
JOHN S. NISHIMOTO, ESQ.
MICHAEL J. VAN DYKE, ESQ.
Attorneys for Defendant
DENNIS M. WARREN, ESQ.


_____
Kelley Woodruff, M.D., et al,. Plaintiffs vs. Hawaii Pacific
Health, et al., Defendants; Civil No. 02-1-0090-01 (BIA); ORDER
DENYING PLAINTIFFS' MOTION FOR HRCP RULE 54(b) CERTIFICATION OF
ORDER GRANTING DEFENDANT DELOITTE & TOUCHE LLP'S MOTION FOR
SUMMARY JUDGMENT AS TO COUNT IX, FILED JANUARY 19, 2007, OR FOR
LEAVE TO FILE INTERLOCUTORY APPEAL