CORRESPONDENCE

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Rose M.P. Carter, Paralegal

**ROBBINS & ASSOCIATES**
ATTORNEYS AT LAW, A LAW CORPORATION
SUITE 2200, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAI'I 96813

TELEPHONE: (808) 524-2355
FACSIMILE: (808) 526-0290
krobbins@robbinsandassociates.net
FED. I.D. NO. 99-0175383

July 10, 2007

VIA HAND DELIVERY

The Honorable Susan Oki Mollway
United States District Judge
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re:   Hawaii Children's Blood and Cancer Group v. Hawaii Pacific Health, et al.
      Civil No. CV 03-00708 SOM/LEK

Dear Judge Mollway:

      I have received Mr. del Castillo's letter to you, dated July 9, 2007 and I wish to comment, if I may.

      I disagree with what Mr. del Castillo states directly and what he implies. Mr. del Castillo would have you believe that Judge Ayabe's granting of my clients' Motion for Partial Summary Judgment is an aberration. It is not.

      In this regard, my firm is defending a total of four (4) lawsuits filed by Mr. del Castillo and his partner. This case is one of them. The other three cases consist of the lawsuit of which Mr. del Castillo complains with respect to Judge Ayabe's ruling. The other two lawsuits have met a similar fate. In Lockyer, et al. v. Hawaii Pacific Health, et al.; Civil No. CV04-00596 ACK-KSC, Judge Kay granted dismissal to all defendants on all but two counts which the parties have subsequently agreed to dismiss by stipulation. In the other lawsuit, United States of America, ex rel. Kelley Woodruff, et al. v. Hawaii Pacific Health, et al.; Civil No. CV05-00521 JMS-LEK, Judge Seabright dismissed a total of three consecutively amended complaints filed by Mr. del Castillo and Ms. Jouxson-Meyers, leaving only one narrow issue on the third go around of motions to dismiss.

      I enclose a copy of Judge Ayabe's Minute Order which I note Mr. del Castillo did not submit to you.

      I hope it will not be necessary to address further Mr. del Castillo's wish for you to abandon your inclination to allow the state court lawsuit to proceed first while this lawsuit is

The Honorable Susan Oki Mollway
July 10, 2007
Page 2

stayed. The fact that Mr. del Castillo and Ms. Jouxson-Meyers, in yet another lawsuit, have been unable to establish a prima facie case is no reason for this Court to reverse its course in staying this lawsuit, while the State case proceeds to is conclusion. Trial is scheduled therein for October 1, 2007. Therefore, that lawsuit will conclude soon via dispositive motions, settlement or trial.

    Thank you.

                    Very truly yours,

                    Kenneth S. Robbins

KSR\07-0196
Enclosure

cc w/o encl.:
    Rafael G. del Castillo, Esq.

```
                        CIVIL MOTIONS CALENDAR
                            FIRST  CIRCUIT
                         TWENTY FIRST  DIVISION


              DATE:   TUESDAY, JUNE 19, 2007
             JUDGE:   HONORABLE BERT I. AYABE, JUDGE PRESIDING
             CLERK:
          REPORTER:
  BAILIFF/LAW CLERK:  C. ABE
-----------------------------------------------------------PAGE       1
---------------------


10:00 A.M.

    1CC 02-1-000090  KELLEY WOODRUFF MD           ARLEEN DOROTHY JOUXSON
                        VS.                       RAFAEL GOODWIN DEL CASTIL
                     HAWAI'I PACIFIC HEALTH ETAL  FOR KELLEY WOODRUFF

                                                  KENNETH S ROBBINS
                                                  LEIGHTON MASATO HARA
                                                  WENDY MASAKO YAMAMOTO
                                                  CHARLES ROBERT CHING
                                                  PATRICK HUDSON JONES
                                                  FOR KAPIOLANI MEDICAL SP

                                                  JOHN T KOMEIJI
                                                  KAREN YUKIE ARIKAWA
                                                  GREGG MINORU USHIRODA
                                                  FOR DELOITTE & TOUCHE LL

                                                  JOHN S NISHIMOTO
                                                  MICHAEL JOHN VAN DYKE
                                                  FOR DENNIS M WARREN

        1) DEFT DELOITTE & TOUCHE LLP'S M/SUMMARY JDGMT AS
        TO ALL REMAINING CTS OF THE 2ND AMENDED COMPLAINT
        FLD ON FEBRUARY 17, 2005, OR ALTERNATIVELY, TO

        ENFORCE STIPULATION TO DISMISS (MVT: K. ARIKAWA)

        2) DEFTS HI PACIFIC HEALTH, KAPIOLANI MEDICAL
        SPECIALISTS, KAPIOLANI MEDICAL CENTER FOR WOMEN &
        CHILDREN, ROGER DRUE, FRANCES HALLONQUIST, NEAL

        WINN & SHERREL HAMMAR'S MOTION FOR PARTIAL
        SUMMARY JUDGMENT (MVT: K. ROBBINS)
        _____
                ********CT RPTR BRIAN FAXVOG********
        10:14:29-11:20:30 A.M.           CT CLK: P. TAKEUCHI
        APPEARANCES: RAFAEL DEL CASTILLO/ARLEEN JOUXSON
                            F/PLTFS
                    KAREN ARIKAWA F/DEFT DELOITTE & TOUCHE
```

```
                      CIVIL MOTIONS CALENDAR
                          FIRST CIRCUIT
                       TWENTY FIRST DIVISION


              DATE:  TUESDAY, JUNE 19, 2007
             JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
             CLERK:
          REPORTER:
 BAILIFF/LAW CLERK:  C. ABE
```

--------------------------------------------------------------------PAGE    2

```
                KENNETH ROBBINS/ANDERSON MEYER F/DEFTS HI
                   PACIFIC HEALTH, KMS, KMCWC, DRUE,
                      HALLONQUIST, WINN & HAMMAR
     COURT ADDRESSED <DEFT DELOITTE & TOUCHE MSJ AS
TO ALL REMAINING CTS OF THE 2ND AM. COMPLAINT,
ETC.> FIRST.
     FOR GOOD CAUSE SHOWN ON THE RECORD, THE MOTION
WILL BE GRANTED.  COURT WILL DENY THE MOTION FOR
FEES AND COSTS.
     COURT NOTED THAT DELOITTE & TOUCHE, AS WELL AS
DENNIS WARREN ARE OUT OF THE CASE.
     MS. ARIKAWA WILL WITHDRAW ALL PENDING MOTIONS
B/F THE COURT WITHOUT PREJUDICE.
     MS. ARIKAWA TO PREPARE THE ORDER FOR THIS
MORNING'S MOTION.
     AS FOR THE 2ND MTN <DEFTS HI PACIFIC HEALTH,
ETC. MOTION FOR PARTIAL SJ>, AFTER HEARING
ARGUMENTS OF COUNSEL, COURT TOOK THE MATTER UNDER
ADVISEMENT.
     HEARING CONCLUDED.
          ******MINUTE ORDER <7/6/07>******
     BASED ON THE MEMORANDA SUBMITTED, THE RECORD AND
FILES IN THIS CASE AND FOR GOOD CAUSE SHOWN, THE
COURT GRANTS IN PART AND DENIES IN PART DEFENDANTS
HAWAII PACIFIC HEALTH, KAPIOLANI MEDICAL
SPECIALISTS, KAPIOLANI MEDICAL CENTER FOR WOMEN
AND CHILDREN, ROGER DRUE, FRANCES A. HALLONQUIST,
NEAL WINN, M.D. AND SHERREL HAMMAR, M.D.'S MOTION
FOR PARTIAL SUMMARY JUDGMENT, FILED ON MAY 11,
2007.
     AS TO COUNT VIII (VIOLATION OF DUE PROCESS), THE
COURT FINDS THAT THERE ARE NO GENUINE ISSUES OF
MATERIAL FACT THAT DR. WOODRUFF DID NOT HAVE AN
EMPLOYMENT CONTRACT WITH KMS EXPRESSLY
INCORPORATING THE KMCWC MEDICAL STAFF BYLAWS.
THEREFORE, THE COURT GRANTS THE MOTION WITH
RESPECT TO COUNT VIII FOR KMS.  THE COURT,
HOWEVER, DENIES THE MOTION WITHOUT PREJUDICE AS IT
PERTAINS TO KAPIOLANI MEDICAL CENTER FOR WOMEN AND
CHILDREN (KMCWC), AS ITS APPLICATION TO KMCWC WAS
```

```
                    CIVIL MOTIONS CALENDAR
                         FIRST  CIRCUIT
                      TWENTY FIRST  DIVISION


          DATE:  TUESDAY, JUNE 19, 2007
         JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
         CLERK:
      REPORTER:
BAILIFF/LAW CLERK:  C. ABE
------------------------------------------------------------------PAGE     3

     NOT ADDRESSED IN THE MOTION.
       AS TO COUNT IX (DEFAMATION), THE COURT FINDS
         *****CONTINUATION ON PHASE A*****
```

```
                    CIVIL MOTIONS CALENDAR
                         FIRST CIRCUIT
                      TWENTY FIRST DIVISION


          DATE:  TUESDAY, JUNE 19, 2007
          JUDGE: HONORABLE BERT I. AYABE, JUDGE PRESIDING
          CLERK:
       REPORTER:
BAILIFF/LAW CLERK:  C. ABE
```
---------------------------------------------------------------PAGE     1

10:00 A.M.

```
1CC 02-1-000090  KELLEY WOODRUFF MD           ARLEEN DOROTHY JOUXSON
                      VS.                     RAFAEL GOODWIN DEL CASTIL
                 HAWAI'I PACIFIC HEALTH ETAL   FOR KELLEY WOODRUFF

                                              KENNETH S ROBBINS
                                              LEIGHTON MASATO HARA
                                              WENDY MASAKO YAMAMOTO
                                              CHARLES ROBERT CHING
                                              PATRICK HUDSON JONES
                                              FOR KAPIOLANI MEDICAL SP

                                              JOHN T KOMEIJI
                                              KAREN YUKIE ARIKAWA
                                              GREGG MINORU USHIRODA
                                              FOR DELOITTE & TOUCHE LL

                                              JOHN S NISHIMOTO
                                              MICHAEL JOHN VAN DYKE
                                              FOR DENNIS M WARREN
```

****CONTINUATION OF 6/19/07 MINUTES****

THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT THAT THE STATEMENTS MADE BY DR. WINN AND DR. HAMMAR WERE NOT FALSE. ADDITIONALLY, HPH HAD A QUALIFIED PRIVILEGE, AS THEY HAD A DUTY TO DISCUSS THE RESULTS OF THE D&T INVESTIGATION WITH OTHERS WHO WORKED FOR OR WORKED WITH KAPIOLANI IN ORDER TO ENSURE CORPORATE COMPLIANCE WITH THE BILLING REQUIREMENTS PURSUANT TO THE CORPORATE INTEGRITY AGREEMENT. THE COURT FURTHER FINDS THAT THE PRIVILEGE WAS NOT ABUSED. THEREFORE, THE COURT GRANTS HPH'S MOTION WITH RESPECT TO COUNT IX.
   AS TO COUNT X (RETALIATORY DISCHARGE), THE COURT FINDS THAT 18 USCS 1513(E), AS CITED BY PLTFS, IS INAPPLICABLE TO THIS CASE. IN ADDITION, PLTFS FAILED TO IDENTIFY ANY CONSTITUTIONAL, STATUTORY OR REGULATORY PROVISION OR SCHEME THAT FORMS THE

```
                    CIVIL MOTIONS CALENDAR
                         FIRST CIRCUIT
                     TWENTY FIRST DIVISION


           DATE:  TUESDAY, JUNE 19, 2007
          JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
          CLERK:
       REPORTER:
BAILIFF/LAW CLERK:  C. ABE
```
---------------------------------------------------------------PAGE   2

BASIS FOR THE CLEAR MANDATE OF PUBLIC POLICY IN PARNAR V. AMERICANA HOTELS, INC., 65 HAW. 370, 652 P.2D 625 (1982). THEREFORE, THE COURT GRANTS THE MOTION AS TO COUNT X.

AS TO COUNT XI (PROMISSORY ESTOPPEL), THE COURT FINDS THAT THIS CLAIM IS BASED ON THE SAME SET OF FACTS THAT GAVE RISE TO THE BREACH OF CONTRACT CLAIM. THEREFORE, THE COURT GRANTS THE MOTION AS TO COUNT XI.

AS TO COUNT XII (BREACH OF CONTRACT), THE COURT FINDS THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT THAT DR. WOODRUFF WAS AN "AT WILL" EMPLOYEE OF KAPIOLANI MEDICAL SPECIALISTS (KMS), AS HER EMPLOYMENT WAS FOR AN INDEFINITE DURATION. IN ADDITION, DR. WOODRUFF REPEATEDLY ACKNOWLEDGED HER "AT WILL" STATUS IN VARIOUS KMS DOCUMENTS THAT SHE SIGNED, SUCH AS HER EMPLOYMENT APPLICATION, EMPLOYMENT AGREEMENT AND HANDBOOK ACKNOWLEDGEMENT FORMS. THE EMPLOYMENT APPLICATION WHICH DR. WOODRUFF SIGNED ON 8/28/97 SPECIFICALLY PROVIDED, 'I UNDERSTAND THAT IF I AM EMPLOYED, MY EMPLOYMENT IS "AT WILL" AND CAN BE TERMINATED AT ANY TIME, EITHER BY MYSELF OR KAPI'OLANI HEALTH, WITH OR WITHOUT CAUSE OR REASON.' HER EMPLOYMENT AGREEMENT PROVIDED, 'I UNDERSTAND THAT EMPLOYMENT IS ON AN "AT WILL" BASIS.' THE COURT FURTHER FINDS THAT NONE OF THE EXCEPTIONS TO THE "AT WILL" DOCTRINE APPLY IN THIS CASE. THEREFORE, THE COURT GRANTS THE MOTION WITH RESPECT TO COUNT XII FOR KMS. THE COURT, HOWEVER, DENIES HPH DEFTS' MOTION WITHOUT PREJUDICE AS TO COUNT XII WITH RESPECT TO
****CONTINUATION ON PHASE B****

```
                    CIVIL MOTIONS CALENDAR
                         FIRST CIRCUIT
                      TWENTY FIRST DIVISION


           DATE:  TUESDAY, JUNE 19, 2007
          JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
          CLERK:
       REPORTER:
BAILIFF/LAW CLERK:  C. ABE
```
---------------------------------------------------------------------PAGE    1

10:00 A.M.

   1CC 02-1-000090 KELLEY WOODRUFF MD              ARLEEN DOROTHY JOUXSON
                   VS.                             RAFAEL GOODWIN DEL CASTIL
                   HAWAI'I PACIFIC HEALTH ETAL     FOR KELLEY WOODRUFF

                                                   KENNETH S ROBBINS
                                                   LEIGHTON MASATO HARA
                                                   WENDY MASAKO YAMAMOTO
                                                   CHARLES ROBERT CHING
                                                   PATRICK HUDSON JONES
                                                   FOR KAPIOLANI MEDICAL SP

                                                   JOHN T KOMEIJI
                                                   KAREN YUKIE ARIKAWA
                                                   GREGG MINORU USHIRODA
                                                   FOR DELOITTE & TOUCHE LL

                                                   JOHN S NISHIMOTO
                                                   MICHAEL JOHN VAN DYKE
                                                   FOR DENNIS M WARREN

                ****CONTINUATION OF 6/19/07 MINUTES****

   KMCWC, AS THE ISSUE, AS IT PERTAINS TO KMCWC, WAS
NOT ADDRESSED IN THE MOTION.
   AS TO COUNT XIII (BREACH OF IMPLIED COVENANT OF
GOOD FAITH AND FAIR DEALING), THE COURT FINDS THAT
THERE ARE NO GENUINE ISSUES OF MATERIAL FACT THAT
DR. WOODRUFF DID NOT HAVE AN EMPLOYMENT CONTRACT
WITH KMS EXPRESSLY INCORPORATING THE KMCWC MEDICAL
STAFF BYLAWS.  IN ADDITION, PURSUANT TO PARNAR,
HAWAII DOES NOT RECOGNIZE THE DUTY OF AN EMPLOYER
TO TERMINATE IN GOOD FAITH.  THEREFORE, THE COURT
GRANTS HPH'S MOTION AS TO COUNT XIII.
   AS TO COUNT XIV (TORTIOUS INTERFERENCE WITH
ECONOMIC ADVANTAGE), THE COURT DENIES THE MOTION
WITHOUT PREJUDICE, AS DUE TO THE LATE SUBMISSION
BY PLAINTIFFS OF THE DECLARATION OF KELLEY
WOODRUFF, M.D., FILED ON JUNE 14, 2007 UNDER SEAL,

```
                    CIVIL MOTIONS CALENDAR
                        FIRST  CIRCUIT
                     TWENTY FIRST  DIVISION


            DATE:  TUESDAY, JUNE 19, 2007
           JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
           CLERK:
        REPORTER:
BAILIFF/LAW CLERK:  C. ABE
```
---PAGE    2

HPH WAS NOT ABLE TO FULLY ADDRESS PLAINTIFF'S CONTENTIONS.
 AS TO COUNT XV (PRIMA FACIE TORT), THE COURT GRANTS HPH'S MOTION.
 MR. ROBBINS TO PREPARE THE ORDER.
 A COPY OF THIS MINUTE ORDER OF 07/06/07 WAS MAILED TO RAFAEL DEL CASTILLO/ARLEEN JOUXSON, KAREN ARIKAWA AND KENNETH ROBBINS/ANDERSON MEYER BY U.S. MAIL, POSTAGE PREPAID.