Arleen D. Jouxson-Meyers        7223-0
ajouxson@physicianslawfirm.com
Rafael G. del Castillo          6909-0
rdelcastillo@physicianslawfirm.com
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772

Attorneys for Plaintiff
Hawaii Children's Blood And Cancer Group

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group, | Civil No. 03-00708 SOM/LEK |
| Plaintiff, | PLAINTIFF HAWAII CHILDREN'S BLOOD AND CANCER GROUP'S MOTION TO DISSOLVE STAY; DECLARATION OF ROBERT W. WILKINSON, M.D.; DECLARATION OF RAFAEL DEL CASTILLO; EXHIBIT 1; CERTIFICATE OF SERVICE |
| vs. | |
| Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children, | |
| Defendants. | |
| | Trial Date: January 29, 2008 |

PLAINTIFF HAWAII CHILDREN'S
BLOOD AND CANCER GROUP'S MOTION TO DISSOLVE STAY

Now comes Plaintiff Hawaii Children's Blood and Cancer Group, by and through its undersigned counsel, and hereby requests an order dissolving the

stay, allowing this matter to proceed to its presently scheduled trial in Federal District Court on January 29, 2008, because, due to changed circumstances, the progress of the suit in State court undermines the rationale for staying the Federal antitrust suit in the first place, and renders the State court proceedings inadequate to protect HCBCG's interests.

      This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, Rule 7.2 of the Rules of the United States District Court for the District of Hawaii, and this Court's Order Reopening Case, entered March 13, 2007, and is based upon the Memorandum in Support of Motion, the Declaration of Robert W. Wilkinson, M.D., the Declaration of Rafael del Castillo, Exhibit 1, and the record and files herein.

      DATED:  Honolulu, Hawai`i, July 13, 2007

      /s/  Rafael del Castillo
_____
Arleen D. Jouxson
Rafael G. del Castillo

Attorneys for Plaintiff
Hawaii Children's Blood and Cancer Group