Arleen D. Jouxson-Meyers       7223-0
ajouxson@physicianslawfirm.com
Rafael G. del Castillo         6909-0
rdelcastillo@physicianslawfirm.com
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772

Attorneys for Plaintiff
Hawaii Children's Blood and Cancer Group

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group, | Civil No. 03-00708 SOM/LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | [Plaintiff's Motion to Stay] |
| Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

- Kenneth S. Robbins                        July 14, 2007
  krobbins@robbinsandassociates.net

Served by First Class Mail:

DOUGLAS ROSS
DAVIS WRIGHT TREMAINE
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101

DATED:  Honolulu, Hawai`i, July 13, 2007

/s/  Rafael del Castillo
_____
Arleen D. Jouxson
Rafael G. del Castillo

Attorneys for Plaintiff
Hawaii Children's Blood and Cancer Group