Arleen D. Jouxson-Meyers          7223-0
ajouxson@physicianslawfirm.com
Rafael G. del Castillo            6909-0
rdelcastillo@physicianslawfirm.com
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772

Attorneys for Plaintiff
Hawaii Children's Blood And Cancer Group

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group,<br><br>              Plaintiff,<br><br>    vs.<br><br><br><br><br><br><br><br>Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children,<br><br>              Defendants.<br>_____ | Civil No. CV 03-00708 SOM/LEK<br><br>PLAINTIFF HAWAII CHILDREN'S BLOOD AND CANCER GROUP'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO DISSOLVE STAY, FILED JULY 14, 2007; DECLARATION OF RAFAEL G. DEL CASTILLO; ORDER GRANTING PLAINTIFF HAWAII CHILDREN'S BLOOD AND CANCER GROUP'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO DISSOLVE STAY; CERTIFICATE OF SERVICE<br><br>JUDGE:    Hon. Susan Oki Mollway,<br>              U.S. District Judge<br>          Hon. Leslie E. Kobayashi,<br>              U.S. Magistrate Judge<br>TRIAL:    January 29, 2008<br>          9:00 a.m. |

PLAINTIFF HAWAII CHILDREN'S BLOOD AND CANCER GROUP'S

EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON
PLAINTIFF'S MOTION TO DISSOLVE STAY, FILED JULY 14, 2007

Plaintiff Hawaii Children's Blood and Cancer Group, by and through its undersigned counsel, hereby moves this honorable Court for an order shortening the time for hearing on Plaintiff's Motion to Dissolve Stay, filed July 14, 2007. Good cause exists for an order shortening time for hearing on Plaintiff's Motion to Dissolve Stay because this Court should decide whether to dissolve the stay as soon as possible to allow time for Plaintiff to provide its expert disclosures by July 30, 2007, and for the parties to meet the dispositive motions deadline of August 29, 2007 and other short deadlines prior to the trial scheduled for January 29, 2008.

Plaintiff submits this Ex Parte Motion pursuant to Rules 6(d) and 7, Federal Rules of Civil Procedure, Rules 7.1, 7.2(b) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the Declaration of Rafael G. del Castillo, and the record and files herein.

Dated:  Honolulu, Hawai`i, July 16, 2007

      /s/ Rafael del Castillo
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff Hawaii Children's Blood and Cancer Group