IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Hawaii Children's Blood and Cancer Group, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. CV 03-00708 SOM/LEK |
| Plaintiff, | | ORDER GRANTING PLAINTIFF HAWAII CHILDREN'S BLOOD AND CANCER GROUP'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO DISSOLVE STAY |
| vs. | | |
| | | JUDGE:    Hon. Susan Oki Mollway, U.S. District Judge |
| Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children, | | Hon. Leslie E. Kobayashi, U.S. Magistrate Judge |
| | | TRIAL:    January 29, 2008 9:00 a.m. |
| Defendants. | | |
| _____ | | |

ORDER GRANTING PLAINTIFF HAWAII CHILDREN'S
BLOOD AND CANCER GROUP'S EX PARTE MOTION TO SHORTEN
TIME FOR HEARING ON PLAINTIFF'S MOTION TO DISSOLVE STAY

Upon review of Plaintiff Hawaii Children's Blood and Cancer Group's Ex Parte Motion to Shorten Time for Hearing on Plaintiff's Motion to Dissolve Stay, the Declaration of counsel Rafael G. del Castillo attached thereto, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Ex Parte Motion to Shorten Time for Hearing on Plaintiff's Motion to Dissolve Stay is GRANTED, and Plaintiff's Motion to Dissolve Stay shall therefore come on for hearing before the Honorable Susan Oki Mollway, United States District

Court Judge, in her courtroom in the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, at _____ o'clock __. m, or as soon thereafter as counsel can be heard.

Dated:  Honolulu, Hawai`i, _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.*; Civil No. CV 03-00708 SOM/LEK; PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO DISSOLVE STAY

2