Arleen D. Jouxson-Meyers          7223-0
ajouxson@physicianslawfirm.com
Rafael G. del Castillo            6909-0
rdelcastillo@physicianslawfirm.com
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772

Attorneys for Plaintiff
Hawaii Children's Blood And Cancer Group

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group,<br><br>     Plaintiff,<br><br>vs.<br><br>Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children,<br><br>     Defendants.<br>_____ | Civil No. CV 03-00708 SOM/LEK<br><br>CERTIFICATE OF SERVICE<br>[Ex Parte Motion to Shorten Time]<br><br>JUDGE:   Hon. Susan Oki Mollway,<br>              U.S. District Judge<br>          Hon. Leslie E. Kobayashi,<br>              U.S. Magistrate Judge<br><br>TRIAL:   January 29, 2008<br>          9:00 a.m. |

CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the document referred

to in the foregoing caption will be duly served upon counsel named below at their

last known address, as follows:

3

Served Electronically through CM/ECF:

- Kenneth S. Robbins                    July 16, 2007
  krobbins@robbinsandassociates.net

Served by First Class Mail:

        DOUGLAS ROSS                    <u>via 1st class mail</u>
        DAVIS WRIGHT TREMAINE
        2600 Century Square
        1501 Fourth Avenue
        Seattle, Washington 98101
        Telephone: (206) 628-7754
        Facsimile: (206) 628-7699
        Email: douglasross@dwt.com

        Attorneys for Defendants
        Hawai`i Pacific Health, Kapi`olani Medical Specialists,
        and Kapi`olani Medical Center for Women and Children

Dated:  Honolulu, Hawai`i, July 16, 2007


        /s/ Rafael del Castillo
        ARLEEN D. JOUXSON
        RAFAEL G. DEL CASTILLO

        Attorneys for Plaintiff
        Hawaii Children's Blood and Cancer Group