IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP, | CIVIL NO. CV03-00708 SOM-LEK (Other Civil Action) |
| Plaintiff, | DECLARATION OF KENNETH S. ROBBINS |
| vs. | |
| HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, | |
| Defendants. | |

DECLARATION OF KENNETH S. ROBBINS

I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

1. I am an attorney licensed to practice in all courts in the state of Hawaii.

2. I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated therein.

3. I am the lead defense counsel for Defendants HAWAI`I

PACIFIC HEALTH, KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN AND KAPI`OLANI MEDICAL SPECIALISTS (collectively referred to as "HPH Defendants").

   4. Attached hereto as Exhibit "A" is a true and accurate copy of the July 6, 2007 Minute Order in <u>Woodruff. et al. vs. Hawai`i Pacific Health et al.</u>, Civil No. 02-1-0090-01, First Circuit Court (BIA).

   5. Attached hereto as Exhibit "B" is a true and accurate copy of this Court's Order Denying Defendants' Motion to Dismiss, and Granting Defendants' Alternative Motion to Stay Proceedings Pending Resolution of the Concurrent State of Hawai`i Circuit Court Case, filed October 22, 2004.

   6. Attached hereto as Exhibit "C" is a true and accurate copy of the First Amended Complaint in the instant Federal Action.

   7. Attached hereto as Exhibit "D" is a true and accurate copy of the Second Amended Complaint in <u>Woodruff, et al. v. Hawai`i Pacific Health, et al.</u>, Civil No. 02-1-0090-01, First Circuit Court (BIA).

   8. Attached hereto as Exhibit "E" is a true and accurate copy of pages 28-30 of the First Amended Complaint in <u>Woodruff, et al. v. Hawai`i Pacific Health, et al.</u>, Civil No. 02-1-0090-01, First Circuit Court (BIA).

9. Attached hereto as Exhibit "F" is a true and accurate copy of a transcript of the January 19, 2006 proceedings before Hon. Susan Oki Mollway in the instant Federal Action.

10. Attached hereto as Exhibit "G" is a true and accurate copy of a transcript of the June 16, 2006 proceedings before Hon. Susan Oki Mollway in the instant Federal Action.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, July 23, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS