```
                    CIVIL MOTIONS CALENDAR
                         FIRST CIRCUIT
                      TWENTY FIRST DIVISION


           DATE:  TUESDAY, JUNE 19, 2007
          JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
          CLERK:
       REPORTER:
BAILIFF/LAW CLERK:  C. ABE
```
---------------------------------------------------------------------PAGE     1

10:00 A.M.

```
   1CC 02-1-000090 KELLEY WOODRUFF MD                ARLEEN DOROTHY JOUXSON
                        VS.                          RAFAEL GOODWIN DEL CASTIL
                   HAWAI'I PACIFIC HEALTH ETAL       FOR KELLEY WOODRUFF

                                                     KENNETH S ROBBINS
                                                     LEIGHTON MASATO HARA
                                                     WENDY MASAKO YAMAMOTO
                                                     CHARLES ROBERT CHING
                                                     PATRICK HUDSON JONES
                                                     FOR KAPIOLANI MEDICAL SP

                                                     JOHN T KOMEIJI
                                                     KAREN YUKIE ARIKAWA
                                                     GREGG MINORU USHIRODA
                                                     FOR DELOITTE & TOUCHE LL

                                                     JOHN S NISHIMOTO
                                                     MICHAEL JOHN VAN DYKE
                                                     FOR DENNIS M WARREN

        1) DEFT DELOITTE & TOUCHE LLP'S M/SUMMARY JDGMT AS
        TO ALL REMAINING CTS OF THE 2ND AMENDED COMPLAINT
        FLD ON FEBRUARY 17, 2005, OR ALTERNATIVELY, TO

        ENFORCE STIPULATION TO DISMISS (MVT: K. ARIKAWA)

        2) DEFTS HI PACIFIC HEALTH, KAPIOLANI MEDICAL
        SPECIALISTS, KAPIOLANI MEDICAL CENTER FOR WOMEN &
        CHILDREN, ROGER DRUE, FRANCES HALLONQUIST, NEAL

        WINN & SHERREL HAMMAR'S MOTION FOR PARTIAL
        SUMMARY JUDGMENT (MVT: K. ROBBINS)
        _____

                 ********CT RPTR BRIAN FAXVOG********
        10:14:29-11:20:30 A.M.      CT CLK: P. TAKEUCHI
        APPEARANCES: RAFAEL DEL CASTILLO/ARLEEN JOUXSON
                    F/PLTFS
                    KAREN ARIKAWA F/DEFT DELOITTE & TOUCHE
```

Exhibit "A"

```
                    CIVIL MOTIONS CALENDAR
                         FIRST CIRCUIT
                      TWENTY FIRST DIVISION


         DATE:  TUESDAY, JUNE 19, 2007
        JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
        CLERK:
     REPORTER:
BAILIFF/LAW CLERK:  C. ABE
```
---------------------------------------------------------------------PAGE    2

```
              KENNETH ROBBINS/ANDERSON MEYER F/DEFTS HI
                 PACIFIC HEALTH, KMS, KMCWC, DRUE,
                    HALLONQUIST, WINN & HAMMAR
     COURT ADDRESSED <DEFT DELOITTE & TOUCHE MSJ AS
 TO ALL REMAINING CTS OF THE 2ND AM. COMPLAINT,
 ETC.> FIRST.
     FOR GOOD CAUSE SHOWN ON THE RECORD, THE MOTION
 WILL BE GRANTED. COURT WILL DENY THE MOTION FOR
 FEES AND COSTS.
     COURT NOTED THAT DELOITTE & TOUCHE, AS WELL AS
 DENNIS WARREN ARE OUT OF THE CASE.
     MS. ARIKAWA WILL WITHDRAW ALL PENDING MOTIONS
 B/F THE COURT WITHOUT PREJUDICE.
     MS. ARIKAWA TO PREPARE THE ORDER FOR THIS
 MORNING'S MOTION.
     AS FOR THE 2ND MTN <DEFTS HI PACIFIC HEALTH,
 ETC. MOTION FOR PARTIAL SJ>, AFTER HEARING
 ARGUMENTS OF COUNSEL, COURT TOOK THE MATTER UNDER
 ADVISEMENT.
     HEARING CONCLUDED.
           ******MINUTE ORDER <7/6/07>******
     BASED ON THE MEMORANDA SUBMITTED, THE RECORD AND
 FILES IN THIS CASE AND FOR GOOD CAUSE SHOWN, THE
 COURT GRANTS IN PART AND DENIES IN PART DEFENDANTS
 HAWAII PACIFIC HEALTH, KAPIOLANI MEDICAL
 SPECIALISTS, KAPIOLANI MEDICAL CENTER FOR WOMEN
 AND CHILDREN, ROGER DRUE, FRANCES A. HALLONQUIST,
 NEAL WINN, M.D. AND SHERREL HAMMAR, M.D.'S MOTION
 FOR PARTIAL SUMMARY JUDGMENT, FILED ON MAY 11,
 2007.
     AS TO COUNT VIII (VIOLATION OF DUE PROCESS), THE
 COURT FINDS THAT THERE ARE NO GENUINE ISSUES OF
 MATERIAL FACT THAT DR. WOODRUFF DID NOT HAVE AN
 EMPLOYMENT CONTRACT WITH KMS EXPRESSLY
 INCORPORATING THE KMCWC MEDICAL STAFF BYLAWS.
 THEREFORE, THE COURT GRANTS THE MOTION WITH
 RESPECT TO COUNT VIII FOR KMS.  THE COURT,
 HOWEVER, DENIES THE MOTION WITHOUT PREJUDICE AS IT
 PERTAINS TO KAPIOLANI MEDICAL CENTER FOR WOMEN AND
 CHILDREN (KMCWC), AS ITS APPLICATION TO KMCWC WAS
```

```
                    CIVIL MOTIONS CALENDAR
                        FIRST  CIRCUIT
                     TWENTY FIRST  DIVISION


              DATE: TUESDAY, JUNE 19, 2007
             JUDGE: HONORABLE BERT I. AYABE, JUDGE PRESIDING
             CLERK:
          REPORTER:
 BAILIFF/LAW CLERK: C. ABE

---------------------------------------------------------------------PAGE    3

           NOT ADDRESSED IN THE MOTION.
             AS TO COUNT IX (DEFAMATION), THE COURT FINDS
               *****CONTINUATION ON PHASE A*****
```

```
                        CIVIL MOTIONS CALENDAR
                            FIRST CIRCUIT
                         TWENTY FIRST DIVISION


              DATE:   TUESDAY, JUNE 19, 2007
              JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
              CLERK:
           REPORTER:
 BAILIFF/LAW CLERK:   C. ABE

------------------------------------------------------------------PAGE     1

10:00 A.M.

  1CC 02-1-000090 KELLEY WOODRUFF MD              ARLEEN DOROTHY JOUXSON
                     VS.                          RAFAEL GOODWIN DEL CASTIL
                  HAWAI'I PACIFIC HEALTH ETAL     FOR KELLEY WOODRUFF

                                                  KENNETH S ROBBINS
                                                  LEIGHTON MASATO HARA
                                                  WENDY MASAKO YAMAMOTO
                                                  CHARLES ROBERT CHING
                                                  PATRICK HUDSON JONES
                                                  FOR KAPIOLANI MEDICAL SP

                                                  JOHN T KOMEIJI
                                                  KAREN YUKIE ARIKAWA
                                                  GREGG MINORU USHIRODA
                                                  FOR DELOITTE & TOUCHE LL

                                                  JOHN S NISHIMOTO
                                                  MICHAEL JOHN VAN DYKE
                                                  FOR DENNIS M WARREN
```

****CONTINUATION OF 6/19/07 MINUTES****

THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT
THAT THE STATEMENTS MADE BY DR. WINN AND DR.
HAMMAR WERE NOT FALSE. ADDITIONALLY, HPH HAD A
QUALIFIED PRIVILEGE, AS THEY HAD A DUTY TO DISCUSS
THE RESULTS OF THE D&T INVESTIGATION WITH OTHERS
WHO WORKED FOR OR WORKED WITH KAPIOLANI IN ORDER
TO ENSURE CORPORATE COMPLIANCE WITH THE BILLING
REQUIREMENTS PURSUANT TO THE CORPORATE INTEGRITY
AGREEMENT. THE COURT FURTHER FINDS THAT THE
PRIVILEGE WAS NOT ABUSED. THEREFORE, THE COURT
GRANTS HPH'S MOTION WITH RESPECT TO COUNT IX.
  AS TO COUNT X (RETALIATORY DISCHARGE), THE COURT
FINDS THAT 18 USCS 1513(E), AS CITED BY PLTFS,
IS INAPPLICABLE TO THIS CASE. IN ADDITION, PLTFS
FAILED TO IDENTIFY ANY CONSTITUTIONAL, STATUTORY
OR REGULATORY PROVISION OR SCHEME THAT FORMS THE

```
              CIVIL MOTIONS CALENDAR
                  FIRST CIRCUIT
               TWENTY FIRST DIVISION


         DATE:  TUESDAY, JUNE 19, 2007
        JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
        CLERK:
     REPORTER:
BAILIFF/LAW CLERK:  C. ABE
```
---PAGE   2

BASIS FOR THE CLEAR MANDATE OF PUBLIC POLICY IN PARNAR V. AMERICANA HOTELS, INC., 65 HAW. 370, 652 P.2D 625 (1982). THEREFORE, THE COURT GRANTS THE MOTION AS TO COUNT X.

AS TO COUNT XI (PROMISSORY ESTOPPEL), THE COURT FINDS THAT THIS CLAIM IS BASED ON THE SAME SET OF FACTS THAT GAVE RISE TO THE BREACH OF CONTRACT CLAIM. THEREFORE, THE COURT GRANTS THE MOTION AS TO COUNT XI.

AS TO COUNT XII (BREACH OF CONTRACT), THE COURT FINDS THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT THAT DR. WOODRUFF WAS AN "AT WILL" EMPLOYEE OF KAPIOLANI MEDICAL SPECIALISTS (KMS), AS HER EMPLOYMENT WAS FOR AN INDEFINITE DURATION. IN ADDITION, DR. WOODRUFF REPEATEDLY ACKNOWLEDGED HER "AT WILL" STATUS IN VARIOUS KMS DOCUMENTS THAT SHE SIGNED, SUCH AS HER EMPLOYMENT APPLICATION, EMPLOYMENT AGREEMENT AND HANDBOOK ACKNOWLEDGEMENT FORMS. THE EMPLOYMENT APPLICATION WHICH DR. WOODRUFF SIGNED ON 8/28/97 SPECIFICALLY PROVIDED, 'I UNDERSTAND THAT IF I AM EMPLOYED, MY EMPLOYMENT IS "AT WILL" AND CAN BE TERMINATED AT ANY TIME, EITHER BY MYSELF OR KAPI'OLANI HEALTH, WITH OR WITHOUT CAUSE OR REASON.' HER EMPLOYMENT AGREEMENT PROVIDED, 'I UNDERSTAND THAT EMPLOYMENT IS ON AN "AT WILL" BASIS.' THE COURT FURTHER FINDS THAT NONE OF THE EXCEPTIONS TO THE "AT WILL" DOCTRINE APPLY IN THIS CASE. THEREFORE, THE COURT GRANTS THE MOTION WITH RESPECT TO COUNT XII FOR KMS. THE COURT, HOWEVER, DENIES HPH DEFTS' MOTION WITHOUT PREJUDICE AS TO COUNT XII WITH RESPECT TO
****CONTINUATION ON PHASE B****

```
                        CIVIL MOTIONS CALENDAR
                             FIRST CIRCUIT
                         TWENTY FIRST DIVISION


              DATE:  TUESDAY, JUNE 19, 2007
             JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
             CLERK:
          REPORTER:
 BAILIFF/LAW CLERK:  C. ABE

------------------------------------------------------------------PAGE    1

  10:00 A.M.

    1CC 02-1-000090  KELLEY WOODRUFF MD              ARLEEN DOROTHY JOUXSON
                          VS.                        RAFAEL GOODWIN DEL CASTIL
                     HAWAI'I PACIFIC HEALTH ETAL     FOR KELLEY WOODRUFF

                                                     KENNETH S ROBBINS
                                                     LEIGHTON MASATO HARA
                                                     WENDY MASAKO YAMAMOTO
                                                     CHARLES ROBERT CHING
                                                     PATRICK HUDSON JONES
                                                     FOR KAPIOLANI MEDICAL SP

                                                     JOHN T KOMEIJI
                                                     KAREN YUKIE ARIKAWA
                                                     GREGG MINORU USHIRODA
                                                     FOR DELOITTE & TOUCHE LL

                                                     JOHN S NISHIMOTO
                                                     MICHAEL JOHN VAN DYKE
                                                     FOR DENNIS M WARREN


             ****CONTINUATION OF 6/19/07 MINUTES****

        KMCWC, AS THE ISSUE, AS IT PERTAINS TO KMCWC, WAS
        NOT ADDRESSED IN THE MOTION.
          AS TO COUNT XIII (BREACH OF IMPLIED COVENANT OF
        GOOD FAITH AND FAIR DEALING), THE COURT FINDS THAT
        THERE ARE NO GENUINE ISSUES OF MATERIAL FACT THAT
        DR. WOODRUFF DID NOT HAVE AN EMPLOYMENT CONTRACT
        WITH KMS EXPRESSLY INCORPORATING THE KMCWC MEDICAL
        STAFF BYLAWS.  IN ADDITION, PURSUANT TO PARNAR,
        HAWAII DOES NOT RECOGNIZE THE DUTY OF AN EMPLOYER
        TO TERMINATE IN GOOD FAITH.  THEREFORE, THE COURT
        GRANTS HPH'S MOTION AS TO COUNT XIII.
          AS TO COUNT XIV (TORTIOUS INTERFERENCE WITH
        ECONOMIC ADVANTAGE), THE COURT DENIES THE MOTION
        WITHOUT PREJUDICE, AS DUE TO THE LATE SUBMISSION
        BY PLAINTIFFS OF THE DECLARATION OF KELLEY
        WOODRUFF, M.D., FILED ON JUNE 14, 2007 UNDER SEAL,
```

```
                    CIVIL MOTIONS CALENDAR
                        FIRST  CIRCUIT
                     TWENTY FIRST  DIVISION


              DATE:  TUESDAY, JUNE 19, 2007
             JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
             CLERK:
          REPORTER:
 BAILIFF/LAW CLERK:  C. ABE
```
----------------------------------------------------------------PAGE    2

HPH WAS NOT ABLE TO FULLY ADDRESS PLAINTIFF'S
CONTENTIONS.
 AS TO COUNT XV (PRIMA FACIE TORT), THE COURT
GRANTS HPH'S MOTION.
 MR. ROBBINS TO PREPARE THE ORDER.
 A COPY OF THIS MINUTE ORDER OF 07/06/07 WAS
MAILED TO RAFAEL DEL CASTILLO/ARLEEN JOUXSON,
KAREN ARIKAWA AND KENNETH ROBBINS/ANDERSON MEYER
BY U.S. MAIL, POSTAGE PREPAID.