THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP, | ) ) ) | CIVIL NO. CV03-00708 SOM-LEK (Other Civil Action) |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, | ) ) ) ) ) | JUDGE:  SUSAN OKI MOLLWAY U. S. District Judge LESLIE E. KOBAYASHI U.S. Magistrate |
| Defendants. | ) ) | TRIAL:      January 29, 2008 |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted

below, a true and correct copy of the foregoing was served on the following at their

last known address:

| Served Electronically through CM/ECF: | |
|---|---|
| RAFAEL G. DEL CASTILLO, ESQ. rdelcastillo@physicianslawfirm.com | July 23, 2007 |
| | |
| Served by First Class Mail: | |
| ARLEEN D. JOUXSON-MEYERS, ESQ. Jouxson-Meyers & Del Castillo LLLC 302 California Avenue, Suite 209 Wahiawa, Hawaii  96786 | July 23, 2007 |

DATED:  Honolulu, Hawaii, July 23, 2007


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN


Civil No. CV03-00708 SOM-LEK; Hawaii Children's Blood and Cancer Group v.
Hawai`i Pacific Health, et al.; CERTIFICATE OF SERVICE (RE: DEFENDANTS
HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND
KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S
OPPOSITION TO PLAINTIFF'S MOTION TO DISSOLVE STAY, FILED JULY
14, 2007)