# MINUTES

CASE NUMBER:  CV 03-00708SOM-LEK

CASE NAME:  HI Children's Blood and Cancer Group vs.  HI Pacific Health, et al.

ATTYS FOR PLA:  Rafael Del Castillo
Arleen Jouxson

ATTYS FOR DEFT:  John Anderson Meyer
Kenneth Robbins (by phone)

INTERPRETER:

JUDGE:  Susan Oki Mollway      REPORTER:  Gloria Bediamol

DATE:  7/26/2007      TIME:  2:15 - 2:40

COURT ACTION:  EP: Plaintiff HI Children's Blood and Cancer Group's Motion to Dissolve Stay -

Arguments.

Plaintiff HI Children's Blood and Cancer Group's Motion to Dissolve Stay - Denied for the reasons stated on the record.

No written order will be prepared.

Submitted by: Toni Fujinaga, Courtroom Manager.