Douglas C. Ross
Pro Hac Vice
Davis Wright Tremaine
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone:  (206) 757-8135
Fax:  (206) 757-7135
Email:  douglasross@dwt.com

Attorneys for:

Hawaii Pacific Health
Kapiolani Medical Specialists
Kapiolani Medical Center For Women And Children

IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group,<br><br>                Plaintiff,<br><br>        vs.<br><br>Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children,<br><br>                Defendants. | Civil No.  CV 03-00708 SOM/LEK<br><br>NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE THAT the address for Davis Wright Tremaine LLP, counsel herein for defendants, Hawaii Pacific Health, Kapiolani Medical Specialists, and Kapiolani Medical Center For Women And Children has changed.

| FORMER ADDRESS: | NEW ADDRESS: |
|---|---|
| 2600 Century Square<br>1501 Fourth Avenue<br>Seattle, WA 98101-1688<br>Main Phone: (206) 622-3150<br>Fax: (206) 628-7699<br>Email addresses will not change. | 1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Main Phone: (206) 622-3150<br>Main Fax: (206) 757-7700<br><br>Douglas C. Ross<br>Direct Dial: (206) 757-8135<br>Direct Fax: (206) 757-7135 |

DATED this 31st day of July, 2007.

        Davis Wright Tremaine LLP
        Attorneys for Defendants
        Hawaii Pacific Health, Kapiolani
        Medical Specialists, and Kapiolani
        Medical Center For Women And
        Children


        By  /s/ Douglas C. Ross
           Douglas C. Ross, Pro Hac Vice
           1201 Third Avenue, Suite 2200
           Seattle, WA 98101-3045
           Phone: (206) 757-8175
           Fax: (206) 757-7175
           E-mail: douglasross@dwt.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Kenneth S. Robbins | krobbins@robbinsandassociates.net, ameyer@robbinsandassociates.net, rcarter@robbinsandassociates.net, shishinuma@robbinsandassociates.net |
| Rafael G. Del Castillo | rafa@hawaii.rr.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Arleen D. Jouxson
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, HI  96786

/s/  Douglas C. Ross
Douglas C. Ross