CORRESPONDENCE

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Rose M.P. Carter, Paralegal
Lena Mobin, Paralegal

# ROBBINS & ASSOCIATES
ATTORNEYS AT LAW, A LAW CORPORATION
SUITE 2200, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAI'I 96813

TELEPHONE: (808) 524-2355
FACSIMILE: (808) 526-0290
krobbins@robbinsandassociates.net
FED. I.D. NO. 99-0175383

September 20, 2007

<u>VIA HAND DELIVERY</u>

The Honorable Susan Oki Mollway
Judge, United States Courthouse
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re:   Hawaii Children's Blood and Cancer Group v. Hawaii
      <u>Pacific Health, et al., Civil No. CV03-00708 SOM/LEK</u>

Dear Judge Mollway:

Mr. del Castillo's misrepresentations in his letter to you, dated September 17, 2007, are reprehensible.

While Judge Ayabe continued trial in the state action (Civil No. 02-1-0090-01 (BIA)) to allow plaintiffs to review documents which we are now producing to them, Judge Ayabe did <u>not</u> find that defendants have committed "discovery fraud" and did not order the reopening of discovery.

In this connection, I enclose herewith the face sheet of plaintiffs' egregiously over-reaching Motion for Sanctions, etc., and a copy of the last page of the transcript of the hearing of plaintiffs' Motion. As you can see, Judge Ayabe granted the Motion with respect to a trial continuance (my clients and I agreed to continue trial before the hearing) and he denied plaintiffs' Motion in all other respects. As you can see from a portion of the transcript which is attached, Judge Ayabe mentions absolutely nothing about discovery fraud or re-opening discovery. As Judge Ayabe stated on the record, he found no credible evidence to support plaintiffs' counsels' claims for sanctions or that discovery fraud has occurred and there is no mention of re-opening discovery, as Mr. del Castillo has represented to you.[1]

Further, all statements to you beyond the continuance of trial in the state case are irrelevant to the issues in this lawsuit. As such, I ask that you disregard all statements in Mr. del Castillo's letter, other than the fact that the trial in the First Circuit Court case has been continued to April 7, 2008.

---

[1] Please note that "defendants" in line 8 of the transcript should be "plaintiffs."

SEP 20 2007

The Honorable Susan Oki Mollway
September 20, 2007
Page 2

      Inasmuch as Mr. del Castillo chose to file his letter electronically, notwithstanding this Court's Advisory of July 10, 2007 to not do so, I strongly urge Mr. del Castillo to do what he must to have his letter withdrawn from the public record. Mr. del Castillo's reference to "Defendants' discovery fraud", notwithstanding Judge Ayabe's finding that there was no credible evidence to support the same, impugns the character of my clients and their attorney. Accordingly, by copy of this letter to Mr. del Castillo I suggest strongly that he undertake whatever is necessary to have his letter withdrawn from the court files.

      I apologize for burdening you with a letter of this tone, but as gentlemanly as I attempt to be, I cannot condone the misrepresentations which Mr. del Castillo has made to you and his doing so in the public record, despite having been advised by the Court previously to not do so after he had electronically filed his previous report to you.

      Thank you for your kind attention to these matters.

      Very truly yours,

      Kenneth S. Robbins

KSR/07-0283
Enclosures

cc w/encls.:
    Rafael G. del Castillo, Esq./Arleen D. Jouxson-Meyers, M.D., M.P.H., Esq. (via fax)

ARLEEN D. JOUXSON-MEYERS         7223-0
ajouxson@physicianslawfirm.com
RAFAEL G. DEL CASTILLO           6909-0
rdelcastillo@physicianslawfirm.com
JOUXSON-MEYERS-MEYERS & DEL CASTILLO
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2007 AUG 20 PM 3: 21

F. OTAKE
CLERK

Attorneys for Plaintiffs
Kelley Woodruff, M.D. and
Hawaii Children's Blood and Cancer Group

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KELLEY WOODRUFF, M.D. and HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>Plaintiffs,<br>vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN; ROGER DRUE; FRANCES A. HALLONQUIST; NEAL WINN, M.D.; SHERREL HAMMAR, M.D.; DELOITTE & TOUCHE LLP; DENNIS M. WARREN, ESQ.; JOHN DOES 1-99; JANE DOES 1-99; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants. | Civil No. 02-1-0090-01 (BIA)<br>(Other Civil Action)<br><br>PLAINTIFFS' AMENDED MOTION FOR SANCTIONS AGAINST DEFENDANTS OR, IN THE ALTERNATIVE, TO REOPEN DISCOVERY AND CONTINUE TRIAL DATE; REDLINED VERSION OF PLAINTIFFS' AMENDED MOTION FOR SANCTIONS AGAINST DEFENDANTS OR, IN THE ALTERNATIVE, TO REOPEN DISCOVERY AND CONTINUE TRIAL DATE; CERTIFICATE OF SERVICE<br><br>Trial Date: October 1, 2007<br><br>JUDGE: The Honorable Bert I. Ayabe |

PLAINTIFFS' AMENDED MOTION FOR SANCTIONS AGAINST DEFENDANTS,
OR IN THE ALTERNATIVE, TO REOPEN DISCOVERY AND CONTINUE TRIAL DATE

Plaintiffs Kelley Woodruff, M.D. and Hawaii Children's Blood and Cancer

Group, by and through their attorneys, Jouxson-Meyers & del Castillo, hereby respectfully move

1

PERMISSION TO COPY DENIED, HRS 606.13, etc.          **ORIGINAL**

```
 1              IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
 2                          STATE OF HAWAII
 3   _____
     KELLEY WOODRUFF, M.D.,         )   CIVIL NO. 02-1-0090
 4                                  )
                      Plaintiff,    )
 5            vs.                   )
                                    )
 6   HAWAII PACIFIC HEALTH, ET AL,  )
                                    )
 7                    Defendants.   )
     _____ )
 8
 9                    TRANSCRIPT OF PROCEEDINGS
10   before the HONORABLE BERT I. AYABE, Twenty-First Judge,
     presiding, on Tuesday, September 11, 2007. PLAINTIFF'S
11   MOTION FOR SANCTIONS AGAINST DEFENDANTS OR IN THE
     ALTERNATIVE TO REOPEN DISCOVERY AND CONTINUE TRIAL DATE.
12
13   APPEARANCES:
14
     RAFAEL G. DEL CASTILLO, ESQ.        JOHN T. KOMEIJI, ESQ.
15   ARLEEN D. JOUXSON, ESQ.             For Defendant Deloitte
     For the Plaintiff                    & Touche
16
17   KENNETH S. ROBBINS, ESQ.            MICHAEL J. VAN DYKE, ESQ.
     JOHN-ANDERSON L. MEYER, ESQ.        For Defendant Dennis M.
18   CHARLES R. CHING, ESQ.              Warren
     For Defendants Hawaii
19    Pacific Health, et al
20
21
22
23
     REPORTED BY
24   FLORENCIA L. FINES, CSR NO. 124
     OFFICIAL COURT REPORTERS
25   STATE OF HAWAII
```

FLORENCIA L. FINES, CSR NO. 124
Official Court Reporter
First Circuit Court
State of Hawaii

<u>PERMISSION TO COPY DENIED, HRS 606.13, etc.</u>                26

1   Mr. Warren was saying.
2               MR. ROBBINS:  And also, Mr. Del Castillo did
3   attach the same E-mails to his reply with respect to my
4   client's memo in op, Your Honor.
5               THE COURT:  Okay.  For good cause shown on
6   the record, the motion is granted in part with respect to
7   the request for a continuance.  The motion is denied in
8   all other respects, including defendant's request for
9   sanctions, as based on the credible evidence presented to
10  the Court at this time, there are no evidence to support
11  these sanctions being requested by the movants.
12              Mr. Robbins, will you please prepare the
13  order for this?
14              MR. ROBBINS:  I'll be happy to, Your Honor.
15  Thank you.
16              THE COURT:  Thank you.
17              (Proceedings concluded.)
18                         --oOo--
19
20
21
22
23
24
25

                 FLORENCIA L. FINES, CSR NO. 124
                      Official Court Reporter
                       First Circuit Court
                        State of Hawaii