UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

CORRESPONDENCE

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

October 3, 2007

Mr. Kenneth S. Robbins
Robbins & Associates
Suite 2200, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Mr. Rafael G. del Castillo
Jouxson-Meyers & Del Castillo LLLC
302 California Avene, Suite 209
Wahiawa, Hawaii  96786

      Re:    **Hawaii Children's Blood and Cancer Group v. Hawaii Pacific Health, et al.; Civil No. 03-00708 SOM/LEK**

Dear Mr. Del Castillo and Mr. Robbins:

      There may well be an understandable misunderstanding about the handling of correspondence. Mr. Robbins is correct in saying that counsel is not supposed to file correspondence directly into our electronic case file. It is for that reason that our docketing clerk noted that Mr. del Castillo's letters should have been sent directly to me in hard copy, not electronically filed. However, even had Mr. del Castillo not filed the letters electronically, they would have ended up in the electronic case file. That is because each judge determines which letters should and should not go into the electronic case file. My own practice is to designate all correspondence to be in the electronic case file unless the correspondence concerns a matter that must be sealed. My reasoning is that I want the electronic case file to be as usable and complete as possible, with accessibility as great as possible for counsel, unless a matter is sealed.

      Mr. Robbins has responded to Mr. del Castillo's letters, and those responses are also electronically accessible.

      This court has no motion before it involving the substance of the recent series of letters and therefore has no reason to consider, and does not consider, any

Mr. Kenneth S. Robbins
Mr. Rafael G. del Castillo
October 3, 2007
Page 2

negative allegation about any of the attorneys in this case that may be included in any of the letters.  Mr. Robbins may rest assured that he remains in good standing before this court.  Nor is Mr. del Castillo viewed in an adverse light.  The court suggests that all counsel consider the matter closed.

                                                Very truly yours,

                                                Susan Oki Mollway
                                                United States District Judge



**CHAMBERS OF JUDGE SUSAN OKI MOLLWAY**
United States District Court
300 Ala Moana Boulevard, Room C409, Honolulu, Hawaii 96850-0409
Telephone No. (808) 541-1720   Facsimile No. (808) 541-1724

DATE:         October 3, 2007

TO:           Rafael G. del Castillo      FAX: 422-8772
              Kenneth S. Robbins          FAX: 526-0290

FROM:         Joni Gross, secretary to Judge Susan Oki Mollway

PAGES:        __3__ including this page

RE:           Hawaii Children's Blood and Cancer Group v. Hawaii Pacific Health, et al.; Civ. 03-00708 SOM/LEK

SENDING:      Ltr fr Judge Mollway to counsel dated October 3, 2007.

COMMENTS:

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# MULTI COMMUNICATION REPORT

OCT-03-2007 04:49 PM WED

```
FAX NUMBER   :  808 541 1724
NAME         :  US DISTRICT COURT


REF. NAME    :
PAGES        :  3
```

1. SUCCESSFUL

| FAX NUMBER | NAME |
|---|---|
| 94228772 | |
| 95260290 | |

2. UNSUCCESSFUL

| FAX NUMBER | NAME |
|---|---|
| | |

3. MULTI COMMUNICATION JOURNAL

| NO. | NAME/NUMBER | START TIME | TIME | MODE | PAGE | RESULTS |
|---|---|---|---|---|---|---|
| 1049 | 94228772 | 10-03 04:47PM | 00'50" | G3  BC | 003/003 | [ O.K ] |
| 1049 | 95260290 | 10-03 04:48PM | 00'24" | ECM BC | 003/003 | [ O.K ] |