# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00708SOM-LEK |
| CASE NAME: | Hawaii Children's Blood and Cancer Group vs. Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Rafael Del Castillo |
| ATTYS FOR DEFT: | Kenneth S. Robbins<br>John-Anderson L. Meyer |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Room C-335-No Record |
| DATE: | 12/11/2007 | TIME: | 9:07-9:12 |

COURT ACTION:  EP: Final Pretrial Conference not held.

Defendant's Status Statement had already been submitted to Judge Susan Oki Mollway.

Plaintiff's Status Statement to be submitted to Judge Susan Oki Mollway today.

Final Pretrial Conference is continued to 9:00 12/18/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager