DEC-10-2007 11:44   ROBBINS & ASSOC.   808-526-0290 P.001

*CORRESPONDENC*

# ROBBINS & ASSOCIATES

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Rose M.P. Caner, Paralegal
Lena Mobia, Paralegal

ATTORNEYS AT LAW, A LAW CORPORATION
SUITE 2200, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

TELEPHONE: (808) 524-2355
FACSIMILE: (808) 526-0290
EMAIL: defend@robbinsandassociates.net
FED. I.D. NO. 99-0175383

## FACSIMILE MESSAGE

TO:   The Honorable Susan Oki Mollway   FAX: 541-1724

FROM:                      Kenneth S. Robbins, Esq.

DATE:                      December 10, 2007

TOTAL # OF PAGES:          2

CASE NAME:                 HCBCG v. Hawaii Pacific Health, et al.;
                           Civil No. CV03-00708 SOM/LEK

NOTE:                      Letter dated 12/10/07 from Kenneth S.
                           Robbins, Esq.

If you do not receive all the pages or if any portions of the transmission are illegible, please
call (808)524-2355. Our fax number is (808)526-0290.

FACSIMILE OPERATOR:   Sandi Hishinuma  . Unless otherwise indicated or obvious from the nature
of the transmittal, the information contained in this facsimile message is attorney privileged
and confidential information intended for the use of the individual or entity named above.  If
the reader of this message is not the intended recipient, or the employee or agent responsible to
deliver it to the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited.  If you have received this
communication in error or are not sure whether it is privileged, please immediately notify us by
collect telephone, and return the original message to us at the above address via the U.S. Postal
Service at our expense.  Thank you.

# ROBBINS & ASSOCIATES

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Rose M.P. Carter, Paralegal
Lena Mobin, Paralegal

ATTORNEYS AT LAW, A LAW CORPORATION
SUITE 2200, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAI'I 96813

TELEPHONE: (808) 524-2355
FACSIMILE: (808) 526-0290
krobbins@robbinsandassociates.net
FED. I.D. NO. 99-0175383

December 10, 2007

VIA FACSIMILE

The Honorable Susan Oki Mollway
Judge, United States Courthouse
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re:    Hawaii Children's Blood and Cancer Group v. Hawai'i Pacific Health, et al.,
       Civil No. CV03-00708 SOM/LEK

Dear Judge Mollway:

This letter is to update you on the status of the parallel state case, Woodruff, et al. v. Hawai'i Pacific Health, et al. (Civil No. 02-1-0090-01), in the First Circuit before the Honorable Bert I. Ayabe ("State Action").

On September 11, 2007, the trial date in the State Action was continued to April 7, 2008. Since that time, HPH Defendants have filed a second Motion for Partial Summary Judgment, seeking adjudication as to all of the remaining non-antitrust claims in that case. Hearing on this Motion took place last week Thursday, December 6th, at which time Judge Ayabe took the matter under advisement.

There has not yet been a final judgment in the State Action, which event Your Honor has previously indicated would be a condition precedent to the instant matter progressing further in Federal Court. Accordingly, HPH Defendants respectfully request that the remaining, previously scheduled pretrial deadlines and conference dates in the instant matter (Civil No. CV03-00708) be removed from the Court's calendar pending the resolution of all issues in the State Action, and the entry of final judgment therein.

Very truly yours,

Kenneth S. Robbins

KSR\07-0387
cc (via fax):    Arleen D. Jouxson-Meyers, M.D., M.P.H., Esq.
                 Rafael G. del Castillo, Esq.