# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 03-00708SOM-LEK |
| CASE NAME: | Hawaii Children's Blood and Cancer Group vs. Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | |
| DATE: | 12/12/2007 | TIME: | |

COURT ACTION: EO: In light of the continuance of the related state court case, the trial of this case is continued. The trial is continued to July 2, 2008, and a final pretrial conference will be held on 5/20/08 @ 9:00 a.m. LEK. An Amended Rule 16 Scheduling Order will be sent to the parties.

1. Jury trial on July 2, 2008 at 9:00 a.m. before SOM
2. Final Pretrial Conference on May 20, 2008 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by May 13, 2008
5. File motions to Join/Add Parties/Amend Pleadings - Closed
6. File other Non-Dispositive Motions by April 2, 2008
7. File Dispositive Motions by January 30, 2008
8a. File Motions in Limine by June 10, 2008
8b. File opposition memo to a Motion in Limine by June 17, 2008
11a. Plaintiff's Expert Witness Disclosures by December 31, 2007
11b. Defendant's Expert Witness Disclosures by January 30, 2008
12. Discovery deadline May 2, 2008
13. Settlement Conference set for 2/13/08 at 2:30 p.m. before LEK
14. Settlement Conference statements by 2/6/08
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by June 17, 2008
21. File Final witness list by June 10, 2008
24. Exchange Exhibit and Demonstrative aids by June 3, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by June 10, 2008
26. File objections to the Exhibits by June 17, 2008
28a. File Deposition Excerpt Designations by June 10, 2008

28b.  File Deposition Counter Designations and Objections by June 17, 2008
29.   File Trial Brief by June 17, 2008
30.   File Findings of Fact & Conclusions of Law by N/A

Other Matters:

CV 03-00708SOM-LEK;
Hawaii Children's Blood and Cancer Group vs. Hawaii Pacific Health;
Rule 16 Scheduling Conference Minutes
12/12/2007