CORRESPONDENCE

# Jouxson-Meyers & del Castillo
Attorneys at Law
a Limited Liability Law Company

Date/Time: 12/11/2007 3:02:28 PM

To: Hon. Susan Oki Mollway           Fax #:   541-1724

From: Rafael del Castillo            Fax #:   (808) 422-8772

Subject: Hawaii Children's Blood and Cancer Group v. Hawaii Pacific Health, et al., CV 03-00708 SOM/LEK

Pages: 2

Note: Please see Plaintiff's attached Status Report Letter for December 11, 2007.

CONFIDENTIALITY. This facsimile communication originated from the office of Rafael del Castillo, Jouxson-Meyers & del Castillo, AAL, LLLC. This message and all attachments are intended only for the confidential use of the designated recipient(s) and may include privileged and confidential attorney-client communication or work product. If you have received this facsimile communication in error, please notify me immediately by telephone at U.S. (808) 621-8806. Any review, distribution, or copying of this message is strictly prohibited. Thank you for your assistance.

302 California Ave.
Suite 209
Wahiawa, Hawaii 96786
Phone: (808) 621-8806
Fax: (808) 422-8772

Rafael G. del Castillo, Member

Email Arleen: ajouxson@physicianslawfirm.com
Email Rafael: rdelcastillo@physicianslawfirm.com

# Jouxson-Meyers
# & del Castillo

Attorneys at Law
A Limited Liability Law Company

December 11, 2007

Via facsimile

The Honorable Susan Oki Mollway
U.S. District Court Judge
District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-0338

Re:   Hawaii Children's Blood and Cancer Group vs. Hawai'i Pacific Health, et al., Civil No.
      CV 03-00708 SOM-LEK

Dear Judge Mollway:

      Pursuant to the Court's order to report on the status of the case in First Circuit Court, *Woodruff, et al., vs. Hawai'i Pacific Health, et al.*, Civil No. 02-1-0090-01 (BIA), we write further to our September 17, 2007 letter advising you that the trial which was set for October 1, 2007, was continued for a third time, to April 7, 2008. At present, the primary remaining claims in the State court are Plaintiff HCBCG's claims under Chapters 480 (Sherman Act) and 481 (Lanham Act), Hawaii Revised Statutes, and claims for tortious interference.

      The status of the State case has not undergone any remarkable changes in status since our September 17, 2007 letter. If there has been no change in this Court's position regarding the present stay of proceedings, we believe that it would be prudent for the Amended Rule 16 Scheduling Order filed January 16, 2007 to be further amended pursuant to a trial date sometime later than the current April 7, 2008 trial date in Civil No. 02-1-0090-01. At the pretrial conference in this case earlier today, Magistrate Judge Leslie E. Kobayashi continued the conference until 9:00 a.m. December 18, 2007, at which time the matter of amending the Amended Rule 16 Scheduling Order could be taken up with the parties and their respective calendars.

      Thank you for your assistance to the parties during the resolution of the State case. Please contact the undersigned if you have any questions.

Very truly yours,

Rafael G. del Castillo

cc:   Kenneth S. Robbins, Esq.

302 California Ave
Suite 209
Wahiawa, Hawai'i 96786
Phone (808) 621-8806
Fax   (808) 422-8772
Email Aileen   ajouxson@physicianslawfirm.com
Email Rafael   rdelcastillo@physicianslawfirm.com

Rafael G. del Castillo, Member