LODGED

DEC 21 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2007

at 3 o'clock and 10 min. P M
SUE BEITIA, CLERK

Arleen D. Jouxson-Meyers         7223-0
ajouxson@physicianslawfirm.com
Rafael G. del Castillo           6909-0
rdelcastillo@physicianslawfirm.com
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772

Attorneys for Plaintiff
Hawaii Children's Blood And Cancer Group

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Hawaii Children's Blood and Cancer Group, | ) Civil No. CV 03-00708 SOM/LEK |
|---|---|
| Plaintiff, | ) STIPULATION TO AMEND RULE 16 SCHEDULING ORDER |
| vs. | ) |
| Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children, | ) JUDGE:  Hon. Susan Oki Mollway, U.S. District Judge |
| | ) Hon. Leslie E. Kobayashi, U.S. Magistrate Judge |
| Defendants. | ) TRIAL:  July 2, 2008  9:00 a.m. |

STIPULATION TO AMEND RULE 16 SCHEDULING ORDER

IT IS HEREBY STIPULATED, by, between, and among Plaintiff

HAWAII CHILDREN'S BLOOD AND CANCER GROUP, and Defendants

HAWAI`I PACIFIC HEALTH and KAPI`OLANI MEDICAL CENTER FOR

WOMEN AND CHILDREN, by and through their respective attorneys, that the

Amended Rule 16 Scheduling Order filed December 14, 2007 shall be and is amended insofar as the due dates for the parties' respective expert disclosures are concerned.

The parties have stipulated that the December 31, 2007 due date for Plaintiffs' expert disclosures shall be extended to January 30, 2007, and that the January 30, 2008 due date for Defendants' expert disclosures shall be extended to March 1, 2008.

This Stipulation may be signed in counterparts and has been signed by all appearing parties. This Stipulation changes only the due dates for expert disclosures and makes no other changes in the scheduling.

DATED: Honolulu, Hawai`i, December 20, 2007

_____
Arleen D. Jouxson
Rafael G. del Castillo
Attorneys for Plaintiff
Hawaii Children's Blood
and Cancer Group

_____
Kenneth S. Robbins, Esq.
John-Anderson Meyer, Esq.
Attorneys for Defendants
Hawai`i Pacific Health, and
Kapi`olani Medical Center for
Women and Children

APPROVED AND SO ORDERED

_____
Judge of the above-entitled Court

---

*Hawaii Children's Blood and Cancer Group v. Hawaii Pacific Health, et al.*, Civil No. 03-00708 SOM/LEK, STIPULATION TO AMEND RULE 16 SCHEDULING ORDER

2