Arleen D. Jouxson-Meyers        7223-0
ajouxson@physicianslawfirm.com
Rafael G. del Castillo          6909-0
rdelcastillo@physicianslawfirm.com
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772

Attorneys for Plaintiff
Hawaii Children's Blood And Cancer Group

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group,<br><br>           Plaintiff,<br>    vs.<br><br>Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children,<br><br>           Defendants.<br>_____ | Civil No. CV 03-00708 SOM/LEK<br><br>PLAINTIFF'S AMENDED FED. R. CIV. P. 26(a)(2) EXPERT WITNESS DISCLOSURES; CERTIFICATE OF SERVICE<br><br>JUDGE:   Hon. Susan Oki Mollway,<br>                U.S. District Judge<br>         Hon. Leslie E. Kobayashi,<br>                U.S. Magistrate Judge<br>TRIAL:   July 2, 2008<br>         9:00 a.m. |

PLAINTIFF'S AMENDED
FED. R. CIV. P. 26(a)(2) EXPERT WITNESS DISCLOSURES

COMES NOW Plaintiff HAWAII CHILDREN'S BLOOD AND CANCER

GROUP ("HCBCG"), by and through its attorneys Jouxson-Meyers & del Castillo,

and respectfully submits its expert witness disclosures pursuant to Fed. R. Civ. P.

26(a)(2) and the Stipulation to Amend Rule 16 Scheduling Order, signed by the Honorable Leslie E. Kobayashi December 27, 2007. Under separate cover, Defendants will be served with a copy of the retained expert's amended written report prepared and signed by the witnesses, together with an updated report of qualifications of the witness, including a list of all publications authored within the preceding ten years, the compensation to be paid with respect to each such witness for the study and testimony, and a listing of any other cases in which each respective witness has testified as an expert at trial or by deposition within the preceding four years.

PLAINTIFF' EXPERT WITNESS LIST

A.  <u>Retained Experts</u>

    David Eisenstadt, PhD
    Microeconomic Consulting and Research Associates, Inc.
    1155 Connecticut Ave., N.W.
    Suite 900
    Washington, D.C. 20036
    (202) 467-2500

Dr. Eisenstadt's amended report of his opinions as to Defendants' anticompetitive and unfair competitive conduct and other information required to be reported pursuant to Federal Rule of Civil Procedure 26(a)(2) is served under separate cover.

Plaintiff reserve the right to amend and supplement Dr. Eisenstadt's report, including but not limited to his opinion concerning damages incorporating data Defendants have produced up to and including their production of substantial information earlier today, and any information or data Defendants subsequently produce or which otherwise becomes available to Plaintiff prior to Dr. Eisenstadt's testimony at trial as discovery is ongoing at this time preventing Dr. Eisenstadt from providing a complete final opinion.

      Plaintiff reserve the right to name additional retained expert witnesses and to name retained experts to rebut any Defense experts or expert reports.

B. **Additional Witnesses Who May Be Used At Trial To Present Evidence Under Rules 702, 703, or 705 of the Federal Rules of Evidence**

Lynette Honbo, M.D.
c/o Crystal K. Rose, Esq.
1600 Alii Place
1099 Alakea Street
Honolulu, Hawai`i 96813
(808) 523-9000

Arthur Ushijima
The Queen's Medical Center
1301 Punchbowl Street
Honolulu, Hawai`i 96813

Donna McCleary, M.D.
Kaiser Permanente
201 Ohua Ave,
Honolulu, Hawai`i 96815

Sherrel Hammar, M.D.

3

1319 Punahou Street
Honolulu, Hawai`i 96826

Frances A. Hallonquist
1521 Punahou St, Apt 1002
Honolulu, Hawai`i 96822

Carl Vogel, M.D.
c/o Cancer Research Center of Hawai`i
1236 Lauhala Street
Honolulu, Hawaii 96813

Robert Cooney
c/o Cancer Research Center of Hawai`i
1236 Lauhala Street
Honolulu, Hawaii 96813

Alvin Wong
OnCare Hawaii, Inc.
1650 Liliha Street
Suite 105
Honolulu, Hawai`i 96817

Ken Ward, M.D.
University Clinical, Education and Research Associates
677 Ala Moana Blvd.
Suite 1025
Honolulu, Hawai`i 96813
Phone: (808) 587-4858

Martha Smith
Kapi`olani Medical Center for Women and Children
1319 Punahou Street
Honolulu, Hawai`i 96826

John McComas
c/o Edward C. Kemper, Esq.
1100 Alakea Street
2400 Alakea Corporate Tower
Honolulu, Hawai`i 96813

5

The above-referenced witnesses will testify on healthcare competition in Hawaii and liability.  Plaintiff reserve the right to revise or amend the foregoing disclosures as necessary.  Plaintiff further reserve the right to name additional expert witnesses and to name experts to rebut the testimony of any Defense experts.

DATED:  Honolulu, Hawai`i, January 30, 2008

          /s/Rafael del Castillo

ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
Hawaii Children's Blood and Cancer Group