26(a)(2) Expert Disclosure

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

| | |
|---|---|
| KENNETH S. ROBBINS | 1000-0 |
| JOHN-ANDERSON L. MEYER | 8541-0 |
| SERGIO RUFO | 8211-0 |

2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: krobbins@robbinsandassociates.net


DAVIS WRIGHT TREMAINE LLP

DOUGLAS ROSS
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 757-8135
Facsimile: (206) 757-7135
Email: douglasross@dwt.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH;
KAPI`OLANI MEDICAL SPECIALISTS;
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,<br><br>Defendants. | CIVIL NO. CV03-00708 SOM-LEK<br>(Other Civil Action)<br><br>DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S FED. R. CIV. P. 26(a)(2) EXPERT WITNESS DISCLOSURE; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>JUDGE:  SUSAN OKI MOLLWAY<br>U.S. District Judge<br><br>LESLIE E. KOBAYASHI<br>U.S. Magistrate<br><br>TRIAL: 7/2/08 |

DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S FED. R. CIV. P. 26(a)(2) EXPERT WITNESS DISCLOSURE

COME NOW Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children (collectively "Defendants"), by and through their attorneys, Robbins & Associates, and hereby submit their disclosure of expert witnesses pursuant the Stipulation to Amend Rule

16 Scheduling Order filed on December 27, 2007 and Rule 26(a)(2) of the Federal Rules of Civil Procedure.

        Defendants' Expert Witness List

1. Lawrence Wu, Ph.D.
   Senior Vice President
   National Economic Research Associates
   One Front Street, Suite 2600
   San Francisco, CA 94111

Attached hereto as Exhibit "A" is a report dated February 22, 2008, which includes the information required by Fed. R. Civ. P. 26(a)(2). Further, Dr. Wu is compensated at a rate of $575 per hour.

Defendants reserve the right to call any expert witness listed by any party, rebuttal witnesses, and any witness identified at a later time, or as otherwise required and/or developed during the course of discovery.

DATED: Honolulu, Hawaii, February 29, 2008.

        /s/ Kenneth S. Robbins
        KENNETH S. ROBBINS
        JOHN-ANDERSON L. MEYER
        SERGIO RUFO

        Attorneys for Defendants
        HAWAI`I PACIFIC HEALTH,
        KAPI`OLANI MEDICAL SPECIALISTS
        AND KAPI`OLANI MEDICAL CENTER
        FOR WOMEN AND CHILDREN