THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP,  <br><br>Plaintiff,  <br><br>vs.  <br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,  <br><br>Defendants. | CIVIL NO. CV03-00708 SOM-LEK  <br>(Other Civil Action)  <br><br>CERTIFICATE OF SERVICE  <br><br><br>JUDGE:  SUSAN OKI MOLLWAY  <br>     U. S. District Judge  <br><br>     LESLIE E. KOBAYASHI  <br>     U.S. Magistrate  <br><br>TRIAL:  7/2/08 |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

| Served Electronically through CM/ECF: | |
|---|---|
| RAFAEL G. DEL CASTILLO, ESQ.  <br>rdelcastillo@physicianslawfirm.com | February 29, 2008 |
| | |
| Served by First Class Mail: | |

| | |
|---|---|
| ARLEEN D. JOUXSON-MEYERS, ESQ.<br>Jouxson-Meyers & Del Castillo LLLC<br>302 California Avenue, Suite 209<br>Wahiawa, Hawaii 96786<br><br>    Attorneys for Plaintiff | February 29, 2008 |

DATED:  Honolulu, Hawaii, February 29, 2008.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

Civil No. CV03-00708 SOM-LEK; <u>Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.</u>; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S FED. R. CIV. P. 26(a)(2) EXPERT WITNESS DISCLOSURE