CORRESPONDENCE

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Rose M.P. Carter, Paralegal
Lena Mobin, Paralegal

**ROBBINS & ASSOCIATES**
ATTORNEYS AT LAW, A LAW CORPORATION
SUITE 2200, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAI'I 96813

TELEPHONE: (808) 524-2355
FACSIMILE: (808) 526-0290
krobbins@robbinsandassociates.net
FED. I.D. NO. 99-0175383

April 1, 2008

VIA HAND DELIVERY

The Honorable Susan Oki Mollway
Judge, United States Courthouse
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai'i  96850

Re:   Hawaii Children's Blood and Cancer Group v. Hawai'i Pacific Health, et al.,
      Civil No. CV03-00708 SOM/LEK

Dear Judge Mollway:

  As a courtesy to you and your staff, I wish to advise you that Judge Bert Ayabe has granted Defendants' dispositive motion on all remaining claims in the companion state court lawsuit. In this connection, I enclose a copy of Judge Ayabe's Minute Order. We have prepared an order for Mr. del Castillo's review which we trust will be filed shortly. Thereafter, judgment will be entered.

  Upon the entry of judgment in the state court case, we will file a motion in this case to modify your Rule 16 order and, thereafter, we will file our dispositive motion herein.

  If you wish for us to proceed otherwise, we look forward to your contact or that of a member of your staff.

Very truly yours,

Kenneth S. Robbins

KSR\08-0122
Enclosure
cc w/encl. (via fax):
  Arleen D. Jouxson-Meyers, M.D., M.P.H., Esq.
  Rafael G. del Castillo, Esq.

```
                        CIVIL MOTIONS CALENDAR
                            FIRST  CIRCUIT
                        TWENTY FIRST  DIVISION


            DATE:  TUESDAY, MARCH 18, 2008
           JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
           CLERK:
        REPORTER:
BAILIFF/LAW CLERK:  KALIKO WARRINGTON
---------------------------------------------------------------PAGE    1

2:00 P.M.

  1CC 02-1-000090 KELLEY WOODRUFF MD              ARLEEN DOROTHY JOUXSON
                        VS.                       RAFAEL GOODWIN DEL CASTIL
                  HAWAI'I PACIFIC HEALTH ETAL     FOR KELLEY WOODRUFF

                                                  KENNETH S ROBBINS
                                                  JOHN-ANDER L MEYER
                                                  WENDY MASAKO YAMAMOTO
                                                  CHARLES ROBERT CHING
                                                  PATRICK HUDSON JONES
                                                  FOR KAPIOLANI MEDICAL SP

                                                  SERGIO RUFO
                                                  FOR HAWAII PACIFIC HEALT

                                                  JOHN T KOMEIJI
                                                  KAREN YUKIE ARIKAWA
                                                  GREGG MINORU USHIRODA
                                                  FOR DELOITTE & TOUCHE LL

                                                  JOHN S NISHIMOTO
                                                  MICHAEL JOHN VAN DYKE
                                                  FOR DENNIS M WARREN

      DEFTS HAWAII PACIFIC HEALTH, KAPIOLANI MEDICAL
   SPECIALISTS, KAPIOLANI MEDICAL CTR FOR WOMEN &
   CHILDREN, ROGER DRUE, FRANCES A. HALLONQUIST, NEAL

   WINN, M.D. & CHERREL HAMMAR, M.D.'S MTN/SUMMARY
   JDGMT AS TO ALL REMAINING CLAIMS (MVT: K. ROBBINS)
    (FM: 3/14/2008)

   **********COURT REPORTER MARI-JO DAVIDSON**********
   2:02:14-2:58 P.M.              CT CLK: A. HONDA
   APPEARANCES: RAPHAEL DEL CASTILLO & ARLENE
                JOUXSON-MEYERS F/ PLAINTIFFS
             KENNETH ROBBINS, JOHN ANDERSON-MEYERS
                  & DOUGLAS ROSS F/ DEFENDANTS
      COURT HEARD THE ARGUMENT OF COUNSEL.  COURT TOOK
```

```
                        CIVIL MOTIONS CALENDAR
                             FIRST  CIRCUIT
                          TWENTY FIRST  DIVISION


              DATE:  TUESDAY, MARCH 18, 2008
              JUDGE: HONORABLE BERT I. AYABE, JUDGE PRESIDING
             CLERK:
          REPORTER:
BAILIFF/LAW CLERK:   KALIKO WARRINGTON
```
------------------------------------------------------------------PAGE    2

```
      THE MATTER UNDER ADVISEMENT.
      *********<MINUTE ORDER:  03/20/2008>*************
         THE COURT HAVING REVIEWED THE SUBJECT MOTION
   AND BEING DULY ADVISED OF THE RECORD AND FILE
   HEREIN AND FOR GOOD CAUSE APPEARING THEREFORE, THE
   COURT HEREBY GRANTS DEFENDANTS MOTION FOR SUMMARY
   JUDGMENT AS TO ALL REMAINING CLAIMS, FILED
   FEBRUARY 15, 2008.
         AS TO COUNT I (INJUNCTIVE RELIEF), THE COURT
   FINDS THAT THERE ARE NO GENUINE ISSUES OF MATERIAL
   FACT IN DISPUTE THAT PLAINTIFFS WILL SUFFER
   IRREPARABLE HARM IF THE INJUNCTIVE RELIEF IS NOT
   GRANTED.  THE COURT DECLINES TO IMPOSE INJUNCTIVE
   RELIEF TO RESTORE "TEAM CARE" AS REQUESTED BY
   PLAINTIFFS SINCE NO EVIDENCE HAS BEEN PRESENTED TO
   WARRANT SUCH ACTION BY THE COURT.  THUS, THE COURT
   GRANTS SUMMARY JUDGMENT AS TO COUNT I.
         AS TO COUNTS II AND III (VIOLATION OF HRS
   480-4(A), 480-4(B) AND 480-6), THE COURT FINDS
   THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT
   IN DISPUTE THAT DEFENDANTS ENGAGED IN ACTIONS TO
   RESTRAIN TRADE AND COMMERCE, CONTROL PRICES OR
   REFUSE TO DEAL IN VIOLATION OF HRS 480-4 OF 480-6.
   THERE WAS NO EVIDENCE PRESENTED BY PLAINTIFFS THAT
   DEFENDANTS CONDUCT WAS ANTICOMPETITIVE OR
   OTHERWISE EXCLUDED COMPETITORS BY IMPROPER MEANS.
   IN ADDITION, WITH RESPECT TO HRS 480-4, NO
   EVIDENCE WAS PRESENTED THAT DEFENDANTS WERE PART
   OF A CONTRACT OR CONSPIRACY TO RESTRAIN TRADE OR
   COMMERCE.  THUS, THE COURT GRANTS SUMMARY JUDGMENT
   AS TO COUNTS II OR III.
         AS TO COUNT IV (VIOLATION OF HRS 480-2), THE
   COURT FINDS THAT THERE ARE NO GENUINE ISSUES OF
   MATERIAL FACT IN DISPUTE THAT DEFENDANTS ENGAGED
   IN UNFAIR METHODS OF COMPETITION IN VIOLATION OF
   HRS 480-2.  THE COURT FINDS THAT PLAINTIFFS HAVE
   FAILED TO PRESENT ANY CREDIBLE EVIDENCE THAT
   DEFENDANTS CONDUCT AND ACTIONS WERE UNLAWFUL AND
   UNFAIR METHODS OF COMPETITION.  THUS, THE COURT
   GRANTS SUMMARY JUDGMENT AS TO COUNT IV.
```

```
                    CIVIL MOTIONS CALENDAR
                         FIRST CIRCUIT
                      TWENTY FIRST DIVISION


              DATE:  TUESDAY, MARCH 18, 2008
             JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
             CLERK:
          REPORTER:
 BAILIFF/LAW CLERK:  KALIKO WARRINGTON
```
----------------------------------------------------------------PAGE    1

2:00 P.M.

```
  1CC 02-1-000090  KELLEY WOODRUFF MD            ARLEEN DOROTHY JOUXSON
                          VS.                    RAFAEL GOODWIN DEL CASTIL
                   HAWAI'I PACIFIC HEALTH ETAL   FOR KELLEY WOODRUFF

                                                 KENNETH S ROBBINS
                                                 JOHN-ANDER L MEYER
                                                 WENDY MASAKO YAMAMOTO
                                                 CHARLES ROBERT CHING
                                                 PATRICK HUDSON JONES
                                                 FOR KAPIOLANI MEDICAL SP

                                                 SERGIO RUFO
                                                 FOR HAWAII PACIFIC HEALT

                                                 JOHN T KOMEIJI
                                                 KAREN YUKIE ARIKAWA
                                                 GREGG MINORU USHIRODA
                                                 FOR DELOITTE & TOUCHE LL

                                                 JOHN S NISHIMOTO
                                                 MICHAEL JOHN VAN DYKE
                                                 FOR DENNIS M WARREN
```

*****CONTINUED MINUTES OF 3/18/2008*****

AS TO COUNTS V AND VI (VIOLATION OF HRS 480-9), THE COURT FINDS THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT IN DISPUTE THAT DEFENDANTS ENGAGED IN ANTICOMPETITIVE CONDUCT IN VIOLATION IN HRS 480-9. THERE WAS NO EVIDENCE PRESENTED BY PLAINTIFFS THAT DEFENDANTS CONDUCT OF REFERRING PATIENTS TO KMS PEDIATRIC HEMATOLOGY-ONCOLOGISTS RATHER THAN HCBCG PEDIATRIC HEMATOLOGY-ONCOLOGISTS AND EXCLUDING PLAINTIFFS FROM "TEAM CARE" IS ANTICOMPETITIVE OR OTHERWISE UNLAWFUL. THUS, THE COURT GRANTS SUMMARY JUDGMENT AS TO COUNTS V AND VI.

AS TO COUNT VII (VIOLATION OF HRS 481A), THE

```
                    CIVIL MOTIONS CALENDAR
                         FIRST CIRCUIT
                     TWENTY FIRST DIVISION


            DATE:   TUESDAY, MARCH 18, 2008
           JUDGE:   HONORABLE BERT I. AYABE, JUDGE PRESIDING
           CLERK:
        REPORTER:
BAILIFF/LAW CLERK:   KALIKO WARRINGTON
```
--------------------------------------------------------PAGE   2

COURT FINDS THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT IN DISPUTE THAT DEFENDANTS ENGAGED IN DECEPTIVE TRADE PRACTICES IN VIOLATION OF HRS 481A. THE COURT FINDS THAT PLAINTIFFS FAILED TO PRESENT ANY EVIDENCE TO SUPPORT THEIR POSITION THAT THE NAME "KAPIOLANI CHILDREN'S BLOOD AND CANCER GROUP" CAUSES A LIKELIHOOD OF CONFUSION OR MISUNDERSTANDING WITH THE NAME "HAWAII CHILDREN'S BLOOD AND CANCER GROUP OR IS OTHERWISE DECEPTIVE. THUS, THE COURT GRANTS SUMMARY JUDGMENT AS TO COUNT VII.
   COUNSEL FOR DEFENDANTS TO PREPARE THE ORDER.
   *********

A COPY OF THE MINUTE ORDER SHALL BE PLACED IN THE COURT JACKETS OF KENNETH ROBBINS AND RAFAEL DEL CASTILLO.