# Jouxson-Meyers & del Castillo
Attorneys at Law
a Limited Liability Law Company

| | | | |
|---|---|---|---|
| | | Date/Time: | 4/2/2008 8:34:30 AM |
| To: | Hon. Susan Oki Mollway | Fax #: | 541-1724 |
| From: | Rafael del Castillo | Fax #: | (808) 422-8772 |
| Subject: | HCBCG v. HPH, et al., Civil No. CV03--00708 SOM/LEK | | |
| Pages: | 7 | | |
| Note: | Please see attached status report letter. | | |

CONFIDENTIALITY. This facsimile communication originated from the office of Rafael del Castillo, Jouxson-Meyers & del Castillo, AAL, LLLC. This message and all attachments are intended only for the confidential use of the designated recipient(s) and may include privileged and confidential attorney-client communication or work product. If you have received this facsimile communication in error, please notify me immediately by telephone at U.S. (808) 621-8806. Any review, distribution, or copying of this message is strictly prohibited. Thank you for your assistance.

302 California Ave
Suite 209
Wahiawa, Hawai'i 96786
Phone: (808) 621-8806
Fax: (808) 422-8772

Email Arleen: ajouxson@physicianslawfirm.com
Email Rafael: rdelcastillo@physicianslawfirm.com

Rafael G. del Castillo, Member

# *Jouxson-Meyers*
# *& del Castillo*

Attorneys at Law
A Limited Liability Law Company

April 2, 2008

Via facsimile

The Honorable Susan Oki Mollway
U.S. District Court Judge
District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-0338

Re:   Hawaii Children's Blood and Cancer Group vs. Hawai`i Pacific Health, et al.,
      Civil No. CV 03-00708 SOM-LEK

Dear Judge Mollway:

    Pursuant to the Court's order to report on the status of the case in First Circuit Court, *Woodruff, et al., vs. Hawai`i Pacific Health, et al.*, Civil No. 02-1-0090-01 (BIA), we write to advise you that the state court granted Defendants' motion for summary judgment on all of Plaintiff HCBCG's HRS Chapter 480 and 481A claims. Defendants conceded the relevant product and geographic market definitions and that Kapi`olani Medical Center for Women and Children possesses monopoly power in pediatric hematology oncology hospital services, which are services essential to the conduct of Plaintiff's HCBCG's practice. Defendants' expert opined that Plaintiff's market share has actually been growing based on data shown to be clearly erroneous. That opinion directly disputed the exhaustively detailed opinion and deposition testimony of Plaintiff's expert that Plaintiff's market share has been substantially diminished by anticompetitive conduct. The court preempted consideration of that dispute, holding that Plaintiff presented "no evidence" Defendants used improper means to exclude competitors, and "no credible" evidence of unfair methods of competition. A copy of the minute order is attached.

    HCBCG believes that the judgment would not be sustained on appeal because, inter alia, the court invaded the province of the jury. As this Court is aware, Defendants are among Hawaii's most politically and economically powerful entities. The "no evidence" conclusion is completely at odds with evidence given by competent and informed witnesses who were at substantial risk because Defendants wield such overwhelming power.

    As this Court is aware, the state court continued trial three times while Defendants kept chipping away at Plaintiff's market share over the more than three years since this Court stayed further proceedings in this matter, to the point where HCBCG is on the brink of being eliminated. The state court proceeding was thus inadequate to protect HCBCG's interests.

    Plaintiff HCBCG thus will move for reopening of these proceedings, pursuant to this Court's October 22, 2004 Order Denying Defendants' Motion To Dismiss, and Granting Defendants' Alternative Motion To Stay Proceedings Pending Resolution Of The Concurrent

302 California Ave
Suite 209
Wahiawa, Hawai`i 96786
Phone (808) 621-8806
Fax    (808) 422-8777
Email Arleen   ajouxson@physicianslawfirm.com
Email Rafael   rdelcastillo@physicianslawfirm.com

Rafael G. del Castillo, Member

The Honorable Susan Oki Mollway
U.S. District Court Judge
April 2, 2008
Re:  Hawaii Children's Blood and Cancer Group vs. Hawai'i Pacific Health, et al.,
     Civil No. CV 03-00708 SOM-LEK
Page 2

State Of Hawaii Circuit Court Case, at 11: "HCBCG may reopen these proceedings once the state case is completed, or if changes in circumstances render the state proceedings inadequate to protect HCBCG's interests." We do not believe that this Court intended by the foregoing language to stay the case until HCBCG exhausted its right to appeal the state court judgment. Any appeal, whether by Plaintiff or Defendants, should properly be taken in the courts having jurisdiction over the Sherman Act, pursuant to which HCBCG originally chose to pursue its claims. We intend to request, and will appreciate, an expedited review of the aforementioned motion to protect HCBCG's right of review in the event we have misunderstood the meaning of "completed." As Defendants have indicated they intend to file a motion, it appears they will not oppose reopening the case.

   This Court has previously denied defense motions to dismiss, and we are not aware that the Court has granted leave for another motion to dismiss. Defendants' only alternative is apparently to seek leave to file a motion for summary judgment. HCBCG would not oppose the opportunity to have this Court review, in light of the policy and precedent governing HCBCG's Sherman Act claims, whether HCBCG is entitled to a jury trial on those claims.

   Thank you for your assistance to the parties during the resolution of the State case. Please contact the undersigned if you have any questions.

                Very truly yours,

                Rafael G. del Castillo

Encl
cc:  Kenneth S. Robbins, Esq.

```
                    CIVIL MOTIONS CALENDAR
                        FIRST CIRCUIT
                    TWENTY FIRST DIVISION


         DATE:  TUESDAY, MARCH 18, 2008
        JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
        CLERK:
     REPORTER:
BAILIFF/LAW CLERK:  KALIKO WARRINGTON

-----------------------------------------------------------PAGE    1

 2:00 P.M.

  1CC 02-1-000090 KELLEY WOODRUFF MD           ARLEEN DOROTHY JOUXSON
                    VS.                        RAFAEL GOODWIN DEL CASTIL
                  HAWAI'I PACIFIC HEALTH ETAL  FOR KELLEY WOODRUFF

                                               KENNETH S ROBBINS
                                               JOHN-ANDER L MEYER
                                               WENDY MASAKO YAMAMOTO
                                               CHARLES ROBERT CHING
                                               PATRICK HUDSON JONES
                                               FOR KAPIOLANI MEDICAL SP

                                               SERGIO RUFO
                                               FOR HAWAII PACIFIC HEALT

                                               JOHN T KOMEIJI
                                               KAREN YUKIE ARIKAWA
                                               GREGG MINORU USHIRODA
                                               FOR DELOITTE & TOUCHE LL

                                               JOHN S NISHIMOTO
                                               MICHAEL JOHN VAN DYKE
                                               FOR DENNIS M WARREN

        DEFTS HAWAII PACIFIC HEALTH, KAPIOLANI MEDICAL
     SPECIALISTS, KAPIOLANI MEDICAL CTR FOR WOMEN &
     CHILDREN, ROGER DRUE, FRANCES A. HALLONQUIST, NEAL

     WINN, M.D. & CHERREL HAMMAR, M.D.'S MTN/SUMMARY
     JDGMT AS TO ALL REMAINING CLAIMS (MVT: K. ROBBINS)
        (FM: 3/14/2008)

         *********COURT REPORTER MARI-JO DAVIDSON*********
       2:02:14-2:58 P.M.              CT CLK: A. HONDA
     APPEARANCES: RAPHAEL DEL CASTILLO & ARLENE
                    JOUXSON-MEYERS F/ PLAINTIFFS
                  KENNETH ROBBINS, JOHN ANDERSON-MEYERS
                    & DOUGLAS ROSS F/ DEFENDANTS
        COURT HEARD THE ARGUMENT OF COUNSEL.  COURT TOOK
```

```
                    CIVIL MOTIONS CALENDAR
                        FIRST CIRCUIT
                     TWENTY FIRST DIVISION


           DATE:  TUESDAY, MARCH 18, 2008
          JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
          CLERK:
       REPORTER:
BAILIFF/LAW CLERK:  KALIKO WARRINGTON
```
------------------------------------------------------------------PAGE   2

THE MATTER UNDER ADVISEMENT.
\*\*\*\*\*\*\*\*\*<MINUTE ORDER:  03/20/2008>\*\*\*\*\*\*\*\*\*\*\*\*\*
    THE COURT HAVING REVIEWED THE SUBJECT MOTION AND BEING DULY ADVISED OF THE RECORD AND FILE HEREIN AND FOR GOOD CAUSE APPEARING THEREFORE, THE COURT HEREBY GRANTS DEFENDANTS MOTION FOR SUMMARY JUDGMENT AS TO ALL REMAINING CLAIMS, FILED FEBRUARY 15, 2008.
    AS TO COUNT I (INJUNCTIVE RELIEF), THE COURT FINDS THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT IN DISPUTE THAT PLAINTIFFS WILL SUFFER IRREPARABLE HARM IF THE INJUNCTIVE RELIEF IS NOT GRANTED.  THE COURT DECLINES TO IMPOSE INJUNCTIVE RELIEF TO RESTORE "TEAM CARE" AS REQUESTED BY PLAINTIFFS SINCE NO EVIDENCE HAS BEEN PRESENTED TO WARRANT SUCH ACTION BY THE COURT.  THUS, THE COURT GRANTS SUMMARY JUDGMENT AS TO COUNT I.
    AS TO COUNTS II AND III (VIOLATION OF HRS 480-4(A), 480-4(B) AND 480-6), THE COURT FINDS THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT IN DISPUTE THAT DEFENDANTS ENGAGED IN ACTIONS TO RESTRAIN TRADE AND COMMERCE, CONTROL PRICES OR REFUSE TO DEAL IN VIOLATION OF HRS 480-4 OF 480-6.  THERE WAS NO EVIDENCE PRESENTED BY PLAINTIFFS THAT DEFENDANTS CONDUCT WAS ANTICOMPETITIVE OR OTHERWISE EXCLUDED COMPETITORS BY IMPROPER MEANS.  IN ADDITION, WITH RESPECT TO HRS 480-4, NO EVIDENCE WAS PRESENTED THAT DEFENDANTS WERE PART OF A CONTRACT OR CONSPIRACY TO RESTRAIN TRADE OR COMMERCE.  THUS, THE COURT GRANTS SUMMARY JUDGMENT AS TO COUNTS II OR III.
    AS TO COUNT IV (VIOLATION OF HRS 480-2), THE COURT FINDS THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT IN DISPUTE THAT DEFENDANTS ENGAGED IN UNFAIR METHODS OF COMPETITION IN VIOLATION OF HRS 480-2.  THE COURT FINDS THAT PLAINTIFFS HAVE FAILED TO PRESENT ANY CREDIBLE EVIDENCE THAT DEFENDANTS CONDUCT AND ACTIONS WERE UNLAWFUL AND UNFAIR METHODS OF COMPETITION.  THUS, THE COURT GRANTS SUMMARY JUDGMENT AS TO COUNT IV.

```
                    CIVIL MOTIONS CALENDAR
                        FIRST CIRCUIT
                     TWENTY FIRST DIVISION


             DATE:  TUESDAY, MARCH 18, 2008
            JUDGE:  HONORABLE BERT I. AYABE, JUDGE PRESIDING
            CLERK:
         REPORTER:
BAILIFF/LAW CLERK:  KALIKO WARRINGTON
```
---------------------------------------------------------------PAGE   1

2:00 P.M.

```
1CC 02-1-000090 KELLEY WOODRUFF MD             ARLEEN DOROTHY JOUXSON
                    VS.                        RAFAEL GOODWIN DEL CASTIL
                HAWAI'I PACIFIC HEALTH ETAL    FOR KELLEY WOODRUFF

                                               KENNETH S ROBBINS
                                               JOHN-ANDER L MEYER
                                               WENDY MASAKO YAMAMOTO
                                               CHARLES ROBERT CHING
                                               PATRICK HUDSON JONES
                                               FOR KAPIOLANI MEDICAL SP

                                               SERGIO RUFO
                                               FOR HAWAII PACIFIC HEALT

                                               JOHN T KOMEIJI
                                               KAREN YUKIE ARIKAWA
                                               GREGG MINORU USHIRODA
                                               FOR DELOITTE & TOUCHE LL

                                               JOHN S NISHIMOTO
                                               MICHAEL JOHN VAN DYKE
                                               FOR DENNIS M WARREN
```

****CONTINUED MINUTES OF 3/18/2008*****

AS TO COUNTS V AND VI (VIOLATION OF HRS 480-9), THE COURT FINDS THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT IN DISPUTE THAT DEFENDANTS ENGAGED IN ANTICOMPETITIVE CONDUCT IN VIOLATION IN HRS 480-9.  THERE WAS NO EVIDENCE PRESENTED BY PLAINTIFFS THAT DEFENDANTS CONDUCT OF REFERRING PATIENTS TO KMS PEDIATRIC HEMATOLOGY-ONCOLOGISTS RATHER THAN HCBCG PEDIATRIC HEMATOLOGY-ONCOLOGISTS AND EXCLUDING PLAINTIFFS FROM "TEAM CARE" IS ANTICOMPETITIVE OR OTHERWISE UNLAWFUL.  THUS, THE COURT GRANTS SUMMARY JUDGMENT AS TO COUNTS V AND VI.

AS TO COUNT VII (VIOLATION OF HRS 481A), THE

```
              CIVIL MOTIONS CALENDAR
                  FIRST CIRCUIT
              TWENTY FIRST DIVISION


         DATE:  TUESDAY, MARCH 18, 2008
         JUDGE: HONORABLE BERT I. AYABE, JUDGE PRESIDING
         CLERK:
      REPORTER:
BAILIFF/LAW CLERK: KALIKO WARRINGTON
```
---------------------------------------------------------------PAGE    2

COURT FINDS THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT IN DISPUTE THAT DEFENDANTS ENGAGED IN DECEPTIVE TRADE PRACTICES IN VIOLATION OF HRS 481A. THE COURT FINDS THAT PLAINTIFFS FAILED TO PRESENT ANY EVIDENCE TO SUPPORT THEIR POSITION THAT THE NAME "KAPIOLANI CHILDREN'S BLOOD AND CANCER GROUP" CAUSES A LIKELIHOOD OF CONFUSION OR MISUNDERSTANDING WITH THE NAME "HAWAII CHILDREN'S BLOOD AND CANCER GROUP OR IS OTHERWISE DECEPTIVE. THUS, THE COURT GRANTS SUMMARY JUDGMENT AS TO COUNT VII.
   COUNSEL FOR DEFENDANTS TO PREPARE THE ORDER.
   *********
A COPY OF THE MINUTE ORDER SHALL BE PLACED IN THE COURT JACKETS OF KENNETH ROBBINS AND RAFAEL DEL CASTILLO.