CORRESPONDENCE

## ROBBINS & ASSOCIATES
ATTORNEYS AT LAW, A LAW CORPORATION
SUITE 2200, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Rose M.P. Carter, Paralegal
Lena Mobin, Paralegal

TELEPHONE: (808) 524-2355
FACSIMILE: (808) 526-0290
EMAIL: defend@robbinsandassociates.net
FED. I.D. NO. 99-0175383

## FACSIMILE MESSAGE

TO: The Honorable Susan Oki Mollway    FAX: 541-1724

FROM: Kenneth S. Robbins, Esq.

DATE: June 9, 2008

TOTAL # OF PAGES: 3

CASE NAME: HCBCG v. Hawaii Pacific Health, et al.; Civil No. CV03-00708 SOM/LEK

NOTE: Letter dated 6/9/08 from Kenneth S. Robbins, Esq.

If you do not receive all the pages or if any portions of the transmission are illegible, please call (808)524-2355. Our fax number is (808)526-0290.

FACSIMILE OPERATOR: ___Sandi Hishinuma___. Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by collect telephone, and return the original message to us at the above address via the U.S. Postal Service at our expense. Thank you.

| | **ROBBINS & ASSOCIATES** | |
|---|---|---|
| KENNETH S. ROBBINS | ATTORNEYS AT LAW, A LAW CORPORATION | TELEPHONE: (808) 524-2355 |
| JOHN-ANDERSON L. MEYER | SUITE 2200, DAVIES PACIFIC CENTER | FACSIMILE: (808) 526-0290 |
| SERGIO RUFO | 841 BISHOP STREET | krobbins@robbinsandassociates.net |
| | HONOLULU, HAWAI'I 96813 | FED. I.D. NO. 99-0175383 |
| Rose M.P. Carter, Paralegal | | |
| Lena Moben, Paralegal | | |

June 9, 2008

<u>VIA FACSIMILE</u>

The Honorable Susan Oki Mollway
Judge, United States Courthouse
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai'i 96850

Re:  <u>Hawaii Children's Blood and Cancer Group v. Hawai'i Pacific Health, et al.,
Civil No. CV03-00708 SOM/LEK</u>

Dear Judge Mollway:

      I write to you now after speaking with Mr. del Castillo this morning by way of a meet and confer and, following that, Mr. del Castillo's and my conversation with your courtroom manager, Ms. Toni Fujinaga.

      As you have noted a number of times on the record, you are awaiting the final outcome of the underlying state court case, pending before Judge Ayabe, before proceeding definitively in this case. In that regard, Mr. del Castillo has filed on behalf of his clients in the underlying case a motion to reconsider all but one of Judge Ayabe's orders which have granted partial summary judgment. Judge Ayabe has designated the said motion as a non-hearing motion and we have been awaiting Judge Ayabe's ruling for some weeks now. If Judge Ayabe denies the pending motion, that will dispose all issues in the underlying state action.

      As you know, Judge Kobayashi has kindly scheduled a status conference in this matter to be held on June 19, 2008. In the interim, we have some near-trial deadlines tomorrow, June 10, 2008, which Mr. del Castillo and I agree should be put over until after the status conference. Additionally, Mr. del Castillo and I agree that trial of this matter, currently scheduled for July 2, 2008, should be continued to allow Your Honor and counsel to assess the necessity of addressing any of the issues in this case, following Judge Ayabe's final ruling on the motion pending before him at this time. In that regard, we have already advised Mr. del Castillo of the fact that we have prepared a motion for summary judgment in this case, which we can only file after Judge Ayabe issues his final order in the underlying case.

      Accordingly, we ask that counsel need not meet tomorrow's near-trial deadlines and we look forward to conferring with Judge Kobayashi on June 19, by which time we hope Judge Ayabe will have ruled on Mr. del Castillo's motion to reconsider.

The Honorable Susan Oki Mollway
June 9, 2008
Page 2

       We thank you in advance for any consideration you give to our request.

                                                         Very truly yours,

                                                         Kenneth S. Robbins

KSR\08-0201
cc (via fax):
       Arleen D. Jouxson-Meyers, M.D., M.P.H., Esq.
       Rafael G. del Castillo, Esq.