# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00708SOM-LEK |
| CASE NAME: | Hawaii Children's Blood and Cancer Group vs. Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Arleen D. Jouxson<br>Rafael G. Del Castillo |
| ATTYS FOR DEFT: | Kenneth S. Robbins<br>Douglas C. Ross |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 06/19/2008 | TIME: | 10:25-10:26 |

COURT ACTION: EP: Status Conference Re: Status of Underlying State Action held.

Trial date and all deadlines are Vacated. Motion to Dismiss to be filed by **7/15/2008.**

Trial Setting Conference set for 9/8/2008 at 9:00 a.m. before Magistrate Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager