Mn to amend amended Rule 16

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

| | |
|---|---|
| KENNETH S. ROBBINS | 1000-0 |
| JOHN-ANDERSON L. MEYER | 8541-0 |
| SERGIO RUFO | 8211-0 |

2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email: krobbins@robbinsandassociates.net


DAVIS WRIGHT TREMAINE LLP

DOUGLAS ROSS
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 757-8135
Facsimile: (206) 757-7135
Email: douglasross@dwt.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH;
KAPI`OLANI MEDICAL SPECIALISTS;
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP, | ) ) ) | CIVIL NO. CV03-00708 SOM-LEK (Other Civil Action) |
| Plaintiff, | ) ) | DEFENDANTS HAWAI`I PACIFIC |

|  |  |
|---|---|
| vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,<br><br>    Defendants.<br><br>_____ | ) HEALTH, KAPI`OLANI MEDICAL<br>) SPECIALISTS AND KAPI`OLANI<br>) MEDICAL CENTER FOR WOMEN<br>) AND CHILDREN'S MOTION TO<br>) AMEND AMENDED RULE 16<br>) SCHEDULING ORDER, FILED<br>) DECEMBER 14, 2007;<br>) MEMORANDUM IN SUPPORT OF<br>) MOTION; DECLARATION OF<br>) KENNETH S. ROBBINS; EXHIBITS<br>) "A"-"E"; CERTIFICATE OF<br>) SERVICE<br>)<br>) JUDGE:  SUSAN OKI MOLLWAY<br>)         U.S. District Judge<br>)<br>) LESLIE E. KOBAYASHI<br>) U.S. Magistrate<br>)<br>) TRIAL:  7/2/08 |

DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI
MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN'S MOTION TO AMEND AMENDED
RULE 16 SCHEDULING ORDER, FILED DECEMBER 14, 2007

COME NOW Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists and Kapi`olani Medical Center for Women and Children (collectively "Defendants"), by and through their attorneys, Robbins & Associates, and file this their MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER, FILED DECEMBER 14, 2007.

This Motion is brought pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, Local Rule 7.1, the Declaration of Kenneth S. Robbins, and the files and records herein.

DATED: Honolulu, Hawai`i, July 3, 2008.

        /s/ Kenneth. S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

Civil No. CV03-00708 SOM-LEK; <u>Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.</u>; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER, FILED DECEMBER 14, 2007

3