order granting HPH MSJ on all remaining claims.doc

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2008 APR 18  PM 3: 24

H. CHING
CLERK

KENNETH S. ROBBINS        1000-0
JOHN-ANDERSON L. MEYER    8541-0
SERGIO RUFO               8211-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290

CHARLES ROBERT CHING  3166-0
Harbor Court
55 Merchant Street, 27th Floor
Honolulu, Hawaii 96813
Telephone:  (808) 527-2602
Facsimile:  (808) 535-7412          CIVIL NO. 02-1-0090-01 (BIA)

MARR HIPP JONES & WANG
A Limited Liability Law Partnership
PATRICK H. JONES        4246-0
SARAH O. WANG           6649-0
MELANIE MITO MAY        6739-0
Pauahi Tower
1001 Bishop Street, Suite 1550
Honolulu, Hawaii 96813
Telephone:  (808) 536-4900
Facsimile:  (808) 536-6700

DAVIS WRIGHT TREMAINE LLP

DOUGLAS ROSS
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 757-8135
Facsimile: (206) 757-7135

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS,
KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN, ROGER DRUE,
FRANCES A. HALLONQUIST, NEAL WINN, M.D.,
and SHERREL HAMMAR, M.D.

Exhibit "B"

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| KELLEY WOODRUFF, M.D. and HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>          Plaintiffs,<br><br>  vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN; ROGER DRUE; FRANCES A. HALLONQUIST; NEAL WINN, M.D.; SHERREL HAMMAR, M.D.; DELOITTE & TOUCHE LLP; DENNIS M. WARREN, ESQ; JOHN DOES 1-99; JANE DOES 1-99; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-10,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 02-1-0090-01 (BIA)<br>(Other Civil Action)<br><br>ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS, KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, ROGER DRUE, FRANCES A. HALLONQUIST, NEAL WINN, M.D. AND SHERREL HAMMAR, M.D.'S MOTION FOR SUMMARY JUDGMENT AS TO ALL REMAINING CLAIMS, FILED FEBRUARY 15, 2008<br><br>HEARING:<br>Date:  March 18, 2008<br>Time:  2:00 p.m.<br>Judge: Hon. Bert I. Ayabe<br><br>TRIAL:  4/7/08<br>JUDGE: HON. BERT ISAO AYABE |

ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS, KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, ROGER DRUE, FRANCES A. HALLONQUIST, NEAL WINN, M.D. AND SHERREL HAMMAR, M.D.'S MOTION FOR SUMMARY JUDGMENT AS TO ALL REMAINING CLAIMS, FILED FEBRUARY 15, 2008

Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists, Kapi`olani Medical Center for Women and Children, Roger Drue, Frances A. Hallonquist, Neal Winn, M.D., and Sherrel Hammar, M.D.'s Motion for Summary Judgment as to all Remaining Claims, filed February 15, 2008, came on for hearing on March 18, 2008 before the Honorable Bert I. Ayabe, Judge of the above-

2

entitled Court.   Rafael G. del Castillo, Esq. and Arleen D.

Jouxson-Meyers, Esq. appeared on behalf of Plaintiffs.  Douglas

Ross, Esq., Kenneth S. Robbins, Esq., and John-Anderson L. Meyer,

Esq. appeared on behalf of Defendants Hawai`i Pacific Health,

Kapi`olani Medical Specialists, Kapi`olani Medical Center for

Women and Children, Roger Drue, Frances A. Hallonquist, Neal

Winn, M.D., and Sherrel Hammar, M.D. (hereinafter "Defendants").

The Court, having reviewed the subject motion and being

duly advised of the record and files herein and for good cause

appearing therefor, hereby grants Defendants' Motion for Summary

Judgment as to all Remaining Claims, filed February 15, 2008.

As to Count I (injunctive relief), the court finds that

there are no genuine issues of material fact in dispute that

plaintiffs will suffer irreparable harm if the injunctive relief

is not granted. The Court declines to impose injunctive relief to

restore "team care" as requested by Plaintiffs since no evidence

has been presented to warrant such action by the Court. Thus, the

Court grants summary judgment as to Count I.

As to Counts II and III (violation of HRS §§ 480-4(a),

480-4(b), and 480-6), the Court finds that there are no genuine

issues of material fact in dispute that Defendants engaged in

actions to restrain trade and commerce, control prices, or refuse

to deal in violation of HRS §§ 480-4 or 480-6. There was no

evidence presented by Plaintiffs that Defendants' conduct was

3

anticompetitive or otherwise excluded competitors by improper
means. In addition, with respect to HRS § 480-4, no evidence was
presented that Defendants were part of a contract or conspiracy
to restrain trade or commerce. Thus, the Court grants summary
judgment as to Counts II and III.

As to Count IV (violation of HRS § 480-2), the Court
finds that Plaintiffs have failed to present any credible
evidence that Defendants' conduct and actions were unlawful and
unfair methods of competition. Thus, the Court grants summary
judgment as to Count IV.

As to Counts V and VI (violation of HRS § 480-9), the
Court finds that there are no genuine issues of material fact in
dispute that Defendants engaged in anticompetitive conduct in
violation of HRS § 480-9. There was no evidence presented by
Plaintiffs that Defendants' conduct of referring patients to KMS
pediatric hematology-oncologists rather than HCBCG pediatric
hematology-oncologists and excluding Plaintiffs from "team care"
is anticompetitive or otherwise unlawful. Thus, the Court grants
summary judgment as to Counts V and VI.

As to Count VII (violation of HRS Chapter 481A), the
Court finds that there are no genuine issues of material fact in
dispute that Defendants engaged in deceptive trade practices in
violation of HRS Chapter 481A. The Court finds that Plaintiffs
failed to present any evidence to support their position that the

4

name "Kapi`olani Children's Blood and Cancer Group" causes a likelihood of confusion or misunderstanding with the name "Hawai`i Children's Blood and Cancer Group" or is otherwise deceptive. Thus, the Court grants summary judgment as to Count VII.

DATED:  Honolulu, Hawaii, ___APR 16 2008_____.


_____
Judge of the above-entitled Court


APPROVED AS TO FORM:


_____
ARLEEN D. JOUXSON-MEYERS, ESQ.
RAFAEL G. DEL CASTILLO, ESQ.

Attorneys for Plaintiffs


Civil No. 02-1-0090-01 (BIA); Woodruff, et. al. v. Hawai`i Pacific Health, et al.; ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS, KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, ROGER DRUE, FRANCES A. HALLONQUIST, NEAL WINN, M.D., AND SHERREL HAMMAR, M.D.'S MOTION FOR SUMMARY JUDGMENT AS TO ALL REMAINING CLAIMS, FILED FEBRUARY 15, 2008