```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3                                  )
    HAWAII CHILDREN'S BLOOD AND     )  CV 03-00708 SOM-LEK
 4  CANCER GROUP,                   )
                                    )  Honolulu, Hawaii
 5            Plaintiff,            )  January 19, 2006
         vs.                        )  2:15 P.M.
 6                                  )
    HAWAII PACIFIC HEALTH, et al.,  )  Various Motions
 7                                  )
              Defendants.           )
 8  _____)

 9                    TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE SUSAN OKI MOLLWAY
10                 UNITED STATES DISTRICT JUDGE

11  APPEARANCES:

12  For the Plaintiff:         RAFAEL G. DEL CASTILLO
                               ARLEEN D. JOUXSON-MEYERS
13                             Jouxson-Meyers & del Castillo
                               302 California Ave., Ste. 209
14                             Honolulu, HI 96786

15  For the Defendants:        KENNETH S. ROBBINS
                               LEIGHTON M. HARA
16                             Robbins & Associates
                               Davies Pacific Ctr.
17                             841 Bishop St., Ste. 2200
                               Honolulu, HI 96813
18
    Official Court Reporter:   Debra Kekuna Chun, RPR, CRR
19                             United States District Court
                               300 Ala Moana Blvd. Ste. C285
20                             Honolulu, HI 96850
                               (808) 534-0667
21

22

23

24
    Proceedings recorded by machine shorthand, transcript
25  produced with computer-aided transcription (CAT).
```

Exhibit "C"

```
 1   the dispositive motion cutoff, but your motion to dismiss
 2   isn't based on any expert.  It's just based on the
 3   existing state court case.
 4           MR. ROBBINS:  Exactly.
 5           THE COURT:  And that has nothing to do with
 6   whatever expert reports there may be or not be in terms of
 7   your just wanting not to have to have this case around or
 8   going anyway while you're waiting for the state court
 9   trial.  So, you know, I'm kind of inclined to say, no, I'm
10   not going to modify the Rule 16 on the record in front of
11   me, but that doesn't affect whether the stay should be
12   extended.  I'm kind of inclined to say I'll strike the
13   motion to dismiss portion of the pending motion but not
14   the motion to stay portion, even though the motion to
15   dismiss or motion to stay is really not on my calendar.
16   If you guys don't mind, I'm just going to go ahead and
17   stay the case until after the state court trial.
18           And then, if there are dispositive motions that
19   someone wants to bring, then they have to move again to
20   amend the Rule 16, and at that time we'll see whether
21   there's good cause to move the Rule 16 for some motion to
22   dismiss other than the one that's in front of me now,
23   which, you know, is based on an existing state court trial
24   date, which, although it wasn't known to me to be in June
25   2006, seems to have been known to the parties; so that
```

1   stay the case is withdrawn.  Nevertheless, the stay is
2   extended, and the new trial date is October 3 at nine
3   o'clock.  There will be a new order that you'll get in the
4   mail with the deadlines that begin about a month before
5   the trial date with when your final pretrial statement is
6   due and then, you know, all the many things between your
7   final pretrial statement and the trial date.
8          Other than that, the dispositive motions cutoff
9   has passed but is subject to being reopened upon a new
10  motion to modify the dispositive motions cutoff, but it
11  must be based on occurrences between today and the date of
12  filing of that new motion to modify.  Those are not
13  limited to expert witness issues.  Anything that happens
14  between now and when you seek to reopen the dispositive
15  motions cutoff can be the basis of such a motion to
16  modify.
17         The discovery cutoff in this case is congruent
18  with the discovery cutoff in your state case sometime
19  before June 5th.
20         Does all of that make -- I'm asking really my
21  courtroom manager if she can tell me that she's -- I'm
22  going to get a royal tongue lashing.
23         MR. ROBBINS:  That all makes sense, Your Honor.
24  Not the royal tongue lashing, but everything you said
25  before that makes sense.

```
 1                COURT REPORTER'S CERTIFICATE
 2            I, Debra Kekuna Chun, Official Court Reporter,
 3   United States District Court, District of Hawaii, do
 4   hereby certify that the foregoing is a correct transcript
 5   from the record of proceedings in the above-entitled
 6   matter.
 7            DATED at Honolulu, Hawaii, February 23, 2006.
 8
 9                                    /s/ Debra Chun
10                                    DEBRA KEKUNA CHUN
11                                    RPR, CRR
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```