1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3
    HAWAII CHILDREN'S BLOOD        ) CIVIL NO. 03-00708 SOM-LEK
 4  AND CANCER GROUP               )
                                   ) Honolulu, Hawaii
 5           Plaintiff,             ) July 26, 2007
                                   ) 2:15 P.M.
 6        vs.                      )
                                   )
 7  HAWAII PACIFIC HEALTH,         ) Pltf. Hawaii Children's
    ET AL.                         ) Blood and Cancer Group's
 8                                 ) Motion to Dissolve Stay
             Defendant.            )
 9  _____)

10
                   TRANSCRIPT OF PROCEEDINGS
11          BEFORE THE HONORABLE SUSAN OKI MOLLWAY,
                UNITED STATES DISTRICT JUDGE
12
    APPEARANCES:
13
    For the Plaintiff:        ARLEEN D. JOUXSON-MEYERS, ESQ.
14                            RAFAEL G. Del CASTILLO, ESQ.
                              Jouxson-Meyers & Del Castillo LLLC
15                            302 California Ave., Ste. 209
                              Wahiawa, Hawaii  96786
16
    For the Defendant:        JOHN-ANDERSON L. MEYER, ESQ.
17                            KENNETH S. ROBBINS, ESQ.
                              Robbins & Associates
18                            Davies Pacific Center, Ste. 2200
                              841 Bishop Street
19                            Honolulu, Hawaii  96813

20  Official Court            GLORIA T. BEDIAMOL, RPR, RMR
    Reporter:                 United States District Court
21                            P.O. Box 50131
                              Honolulu, Hawaii 96850
22

23

24

25
```

Exhibit "D"

1   were not adjudicated in the state court. And I cannot tell
2   what those were until your whole state case has been
3   adjudicated.
4          So that's what I think is the wisest thing to do. And
5   I will deny the motion to dissolve the stay, and I am going to
6   keep the stay in place. ==And you folks have to proceed to a==
7   ==final== judgment in state court and then come back to me, ==and==
8   ==we'll take a look at whether there is indeed anything that I==
9   ==need to do or not in this case.==
10         Otherwise, you are asking me to guess right now. And
11  that doesn't seem very fruitful. And I think it's just going
12  to be expensive for you folks and could result in either
13  duplication or inconsistency.
14         So I will deny this motion to dissolve the stay for
15  the reasons I've stated here. I'm not going to do a written
16  order. I think I had discussed the issue of the stay already
17  at length in prior proceedings; so there will just be a
18  notation in the minutes that the motion is denied. Okay.
19  Thank you.
20         MR. DEL CASTILLO: And the basis for the denial would
21  be that the Court has not seen any difference --
22         THE COURT: I think I've -- the basis is what I've
23  stated today and it incorporates things that I've stated in
24  imposing the stay earlier. But what I have said earlier in
25  connection with the stay is supplemented by what I've just said

```
 1                COURT REPORTER'S CERTIFICATE
 2         I, Gloria T. Bediamol, Official Court Reporter, United
 3   States District Court, District of Hawaii, do hereby certify
 4   that the foregoing is a correct transcript from the record of
 5   proceedings in the above-entitled matter.
 6
 7         DATED at Honolulu, Hawaii, August 9, 2007.
 8
 9
10                              /s/ Gloria T. Bediamol
11                              GLORIA T. BEDIAMOL.
12                              RPR, RMR
13
14
15
16
17
18
19
20
21
22
23
24
25
```