IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HAWAII CHILDREN'S BLOCK AND CANCER GROUP, <br><br> Plaintiff, <br><br> vs. <br><br> HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN, <br><br> Defendants. <br> _____ | CIVIL NO. CV03-00708 SOM-LEK <br> (Other Civil Action) <br><br> CERTIFICATE OF SERVICE <br><br><br> JUDGE:  SUSAN OKI MOLLWAY <br>          U.S. District Judge <br><br>          LESLIE E. KOBAYASHI <br>          U.S. Magistrate <br><br> TRIAL:  5/23/06 |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:
RAFAEL G. DEL CASTILLO, ESQ.      July 3, 2008
rafa@hawaii.rr.com

Served by First Class Mail:

ARLEEN D. JOUXSON-MEYERS, ESQ.  July 3, 2008
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786

DATED: Honolulu, Hawai`i, July 3, 2008.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAPI`OLANI MEDICAL SPECIALISTS
AND KAPI`OLANI MEDICAL CENTER
FOR WOMEN AND CHILDREN

Civil No. CV03-00708 SOM-LEK; Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.; CERTIFICATE OF SERVICE (RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER, FILED DECEMBER 14, 2007)