IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HAWAII CHILDREN'S BLOCK AND CANCER GROUP,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,<br><br>　　　　　Defendants.<br>_____ | CIVIL NO. CV03-00708 SOM-LEK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br><br>JUDGE:  SUSAN OKI MOLLWAY<br>　　　　　U.S. District Judge<br><br>　　　　　LESLIE E. KOBAYASHI<br>　　　　　U.S. Magistrate<br><br>TRIAL: 5/23/06 |

CERTIFICATE OF SERVICE

　　　　I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:
RAFAEL G. DEL CASTILLO, ESQ.　　　July 3, 2008
rafa@hawaii.rr.com

Served by First Class Mail:

ARLEEN D. JOUXSON-MEYERS, ESQ.
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii  96786

July 3, 2008

  DATED:  Honolulu, Hawai`i, July 3, 2008.

         /s/ Kenneth S. Robbins
         KENNETH S. ROBBINS
         JOHN-ANDERSON L. MEYER
         SERGIO RUFO

         Attorneys for Defendants
         HAWAI`I PACIFIC HEALTH,
         KAPI`OLANI MEDICAL SPECIALISTS
         AND KAPI`OLANI MEDICAL CENTER
         FOR WOMEN AND CHILDREN

Civil No. CV03-00708 SOM-LEK; Hawaii Children's Blood and Cancer Group v. Hawai`i Pacific Health, et al.; CERTIFICATE OF SERVICE (RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER, FILED DECEMBER 14, 2007, FILED JULY 3, 2008)