IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CHILDREN'S BLOOD AND CANCER GROUP,<br><br>    Plaintiff,<br><br> vs.<br><br>HAWAI`I PACIFIC HEALTH; KAPI`OLANI MEDICAL SPECIALISTS; KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,<br><br>    Defendants.<br><br>_____ | CIVIL NO. CV03-00708 SOM-LEK<br>(Other Civil Action)<br><br>ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER, FILED DECEMBER 14, 2007, FILED JULY 3, 2008 |

ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN'S MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER, FILED <u>DECEMBER 14, 2007,</u> <u>FILED JULY 3, 2008</u>

Upon review of Defendants Hawai`i Pacific Health, Kapi`olani

Medical Center for Women and Children, and Kapi`olani Medical Specialists' *EX*

*PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON

DEFENDANTS HAWAI`I PACIFIC HEALTH, KAPI`OLANI MEDICAL

SPECIALISTS AND KAPI`OLANI MEDICAL CENTER FOR WOMEN AND

CHILDREN'S MOTION TO AMEND AMENDED RULE 16 SCHEDULING

ORDER, FILED DECEMBER 14, 2007, filed July 3, 2008, the Declaration of

Kenneth S. Robbins, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that said

*Ex Parte* is Motion is GRANTED. Defendants' MOTION TO AMEND

AMENDED RULE 16 SCHEDULING ORDER, FILED DECEMBER 14, 2007,

filed July 3, 2008 will be heard on **July 15, 2008, at 9:30 a.m.** before the

Honorable Leslie E. Kobayashi.

DATED:  Honolulu, Hawai`i, July 7, 2008.



  /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge