# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00708SOM-LEK |
| CASE NAME: | Hawaii Children's Blood and Cancer Group vs. Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 07/08/2008 | TIME: | |

COURT ACTION: EO: Regarding Defendants Hawaii Pacific Health, Kapiolani Medical Specialists, Kapiolani Medical Center For Women And Children's Motion to Amend Rule 16 Scheduling Order filed 12/14/2007 (to extend time to file dispositive motion) currently set for 7/15/2008 at 09:30 AM before Magistrate Judge Leslie E. Kobayashi.

Memorandum in Opposition is due **7/11/2008.**
No Reply Memorandum allowed.

Submitted by: Warren N. Nakamura, Courtroom Manager