Arleen D. Jouxson-Meyers          7223-0
ajouxson@physicianslawfirm.com
Rafael G. del Castillo             6909-0
rafa@hawaii.rr.com
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Ave., Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808)621-8806; Fax: (808)422-8772

Attorneys for Plaintiff
Hawaii Children's Blood And Cancer Group

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Children's Blood and Cancer Group, | ) Civil No. CV 03-00708 SOM/LEK ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE ) [Opp, Mtn to Amend Rule 16] ) |
| vs. | ) ) |
| Hawai`i Pacific Health; Kapi`olani Medical Specialists; Kapi`olani Medical Center for Women and Children, | ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the document referred to in the foregoing caption will be duly served upon counsel named below at their last known address, as follows:

Served Electronically through CM/ECF:

- Kenneth S. Robbins            July 11, 2008
    krobbins@robbinsandassociates.net

Served by First Class Mail:

        DOUGLAS ROSS            via 1st class mail
        DAVIS WRIGHT TREMAINE
        2600 Century Square
        1501 Fourth Avenue
        Seattle, Washington 98101
        Telephone: (206) 628-7754
        Facsimile: (206) 628-7699
        Email: douglasross@dwt.com

        Attorneys for Defendants
        Hawai`i Pacific Health, Kapi`olani Medical Specialists,
        and Kapi`olani Medical Center for Women and Children

Dated: Honolulu, Hawai`i, July 11, 2008

        /s/ Rafael del Castillo
        ARLEEN D. JOUXSON
        RAFAEL G. DEL CASTILLO

        Attorneys for Plaintiff
        Hawaii Children's Blood and Cancer Group