# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 03-00708SOM-LEK |
| CASE NAME: | Hawaii Children's Blood and Cancer Group Vs. Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Arleen D. Jouxson<br>Rafael G. Del Castillo |
| ATTYS FOR DEFT: | John Anderson Meyer |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | C7FTR-9:54:39-10:08:34 |
| DATE: | 07/15/2008 | TIME: | 9:54am-10:08am |

COURT ACTION:  EP: Defendants Hawaii Pacific Health, Kapiolani Medical Specialists, Kapiolani Medical Center for Women and Children's  Motion to  Amend Rule 16 Scheduling Order filed 12/14/2007 (to extend time to file dispositive motion) [147]-Defendants' Counsel informed the Court that the Plaintiffs have filed in State Court a Petition for Writ of Mandamus and a Motion to Stay yesterday, July 14, 2008.
This Court will inform Judge Mollway of this information as to the State Court proceeding.  The Motion is hereby Granted.  At a Status Conference on June 19, 2008 [145] Court vacated the Trial Date and all other scheduling deadlines and set a deadline for a Motion to Dismiss to be filed by July 15, 2008.  That deadline of July 15, 2008 is hereby vacated.

Trial Setting Conference presently set for 9/8/2008 @9:00 a.m. before this Court will remain on Calendar.


Submitted by Leslie L. Sai, Courtroom Manager