# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 03-00708SOM-LEK |
| CASE NAME: | Hawaii Children's Blood & Cancer Group Vs. Hawaii Pacific Health, et al., |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 07/16/2008 | TIME: | |

COURT ACTION:    "MINUTE ORDER"

EO: COURT ORDER GRANTING DEFENDANTS' MOTION TO AMEND RULE 16 SCHEDULING ORDER, FILED DECEMBER 14, 2007.

  On July 3, 2008, Defendants Hawai`i Pacific Health, Kapi`olani Medical Specialists, and Kapi`olani Medical Center for Women and Children (collectively "Defendants") filed the instant Motion to Amend Rule 16 Scheduling Order, Filed December 14, 2007 ("Motion").  Plaintiff Hawaii Children's Blood and Cancer Group ("Plaintiff") filed its memorandum in opposition on July 11, 2008.  This matter came on for hearing on July 15, 2008.  Appearing on behalf of Defendants was John Anderson Meyer, Esq., and appearing on behalf of Plaintiff were Rafael Del Castillo, Esq., and Arleen Jouxson, Esq.

  After careful consideration of the Motion, supporting and opposing memoranda, and the arguments of counsel, Defendants' Motion is hereby GRANTED.  The Court HEREBY VACATES the trial date and all unexpired deadlines.  The Court will schedule a trial date and the associated deadlines at the trial resetting conference on September 8, 2008, at 9:00 a.m.  The Court will issue an amended Rule 16 scheduling order thereafter.

  IT IS SO ORDERED.

Submitted by Leslie L. Sai, Courtroom Manager