# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00708SOM-LEK |
| CASE NAME: | Hawaii Children's Blood and Cancer Group vs. Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Rafael G. Del Castillo |
| ATTYS FOR DEFT: | John-Anderson L. Meyer |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 09/08/2008 | TIME: | 9:13-9:15 |

COURT ACTION:   EP: Trial Setting Conference held.

1. Jury trial on August 4, 2009 at 9:00 a.m. before SOM
2. Final Pretrial Conference on June 23, 2009 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by June 16, 2009
5. File motions to Join/Add Parties/Amend Pleadings by January 2, 2009
6. File other Non-Dispositive Motions by May 6, 2009
7. File Dispositive Motions by March 4, 2009
8a. File Motions in Limine by July 14, 2009
8b. File opposition memo to a Motion in Limine by July 21, 2009
11a. Plaintiff's Expert Witness Disclosures by February 2, 2009
11b. Defendant's Expert Witness Disclosures by March 4, 2009
12. Discovery deadline June 5, 2009
13. Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by July 21, 2009
21. File Final witness list by July 14, 2009
24. Exchange Exhibit and Demonstrative aids by July 7, 2009
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by July 14, 2009
26. File objections to the Exhibits by July 21, 2009
28a. File Deposition Excerpt Designations by July 14, 2009
28b. File Deposition Counter Designations and Objections by July 21, 2009
29. File Trial Brief by July 21, 2009

30.    File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00708SOM-LEK;
Hawaii Children's Blood and Cancer Group vs. Hawaii Pacific Health, et al.;
Rule 16 Scheduling Conference Minutes
09/08/2008